IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br>1-23-1 Kamikurechi,<br>Fujiyoshida-shi,<br>Yamanashi-ken 403-0001,<br>Japan<br><br>Plaintiff,<br><br>v.<br><br>OSRAM GMBH<br>Hellabrunner Strasse 1<br>81543 Munich<br>Germany<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH<br>Wernerwerkstrasse 2<br>93049 Regensburg<br>Germany<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.        (   )<br><br><br><br><br><br><br>__COMPLAINT__<br><br>__JURY TRIAL DEMANDED__ |

__COMPLAINT__

Plaintiff Citizen Electronics Company, Ltd. ("CE"), by and through the undersigned

attorneys, brings its complaint against defendants OSRAM GmbH and OSRAM Opto

Semiconductors GmbH (collectively "OSRAM") as follows:

__PARTIES__

1.  CE is a Japanese company having a principal place of business at 1-23-1 Kamikurechi,

Fujiyoshida-shi, Yamanashi-ken 403-0001, Japan.

2.  On information and belief, OSRAM GmbH is a German company with a principal

place of business at Hellabrunner Strasse 1, 81543 Munich, Germany.

3. On information and belief, OSRAM Opto Semiconductors GmbH is a German company with a principal place of business at Wernerwerkstrasse 2, 93049 Regensburg Germany, and it is a subsidiary of OSRAM GmbH.

## NATURE OF THE ACTION

4. This is an action for declaratory judgment that CE's white light emitting diodes ("LEDs") do not infringe upon any of Defendants' intellectual property rights in U.S. Patent Nos. 6,066,861; 6,245,259; 6,277,301; 6,576,930; 6,592,780; and 6,613,247 (hereinafter "patents in suit"), and/or that such intellectual property rights are invalid.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202. Venue is proper in this judicial district under 28 U.S.C. § 1391 and 35 U.S.C. § 293. The amount in controversy exceeds $75,000, exclusive of interest and costs.

6. This court has personal jurisdiction over defendants. Upon information and belief, defendant OSRAM GmbH is the assignee of each patent in suit. Because OSRAM GmbH is a non-resident owner of a United States patent, "the United States District Court for the District of Columbia [has] jurisdiction" as if "[OSRAM GmbH] was personally within the jurisdiction of the court." 35 U.S.C. § 293.

7. Upon information and belief, OSRAM Opto Semiconductors GmbH is the non-resident owner and/or exclusive licensee of the patents in suit, and upon information and belief it has the right to sue for infringement of the patents in suit.

**PATENTS IN SUIT**

8.  United States Patent 6,066,861 ("the '861 patent") entitled WAVELENGTH-CONVERTING CASTING COMPOSITION AND ITS USE to Klaus Hohn of Taufkirchen, Germany, Alexandra Debray of Regensburg, Germany, Peter Schlotter of Freiburg, Germany, Ralf Schmidt of Vorstetten, Germany, and Jurgen Schneider of Kirchzarten, Germany issued on May 23, 2000 to Siemens Aktiengesellschaft (Ex. A attached hereto).

9.  United States Patent 6,245,259 ("the '259 patent") entitled WAVELENGTH-CONVERTING CASTING COMPOSITION AND LIGHT-EMITTING SEMICONDUCTOR COMPONENT to Klaus Hohn of Taufkirchen, Germany, Alexandra Debray of Regensburg, Germany, Peter Schlotter of Freiburg, Germany, Ralf Schmidt of Vorstetten, Germany, and Jurgen Schneider of Kirchzarten, Germany issued on June 12, 2001 to Osram Opto Semiconductors, GmbH & Co. OHG (Ex. B attached hereto).

10.  United States Patent 6,277,301 ("the '301 patent") entitled METHOD OF PRODUCING A WAVELENGTH-CONVERTING CASTING COMPOSITION to Klaus Hohn of Taufkirchen, Germany, Alexandra Debray of Regensburg, Germany, Peter Schlotter of Freiburg, Germany, Ralf Schmidt of Vorstetten, Germany, and Jurgen Schneider of Kirchzarten, Germany issued on August 21, 2001 to Osram Opto Semiconductors GmbH & Co. OHG (Ex. C attached hereto).

11.  United States Patent 6,576,930 ("the '930 patent") entitled LIGHT-RADIATING SEMICONDUCTOR COMPONENT WITH A LUMINESCENCE CONVERSION ELEMENT to Ulrike Reeh of Munchen, Germany, Klaus Hohn of Taufkirchen, Germany, Norbert Stath of Regensburg, Germany, Gunter Waitl of Regensburg, Germany, Peter Schlotter of Freiburg,

Germany, Jurgen Schneider of Kirchzarten, Germany, and Ralf Schmidt of Vorstetten, Germany issued on June 10, 2003 to Osram Opto Semiconductors GmbH (Ex. D attached hereto).

12.     United States Patent 6,592,780 ("the '780 patent") entitled WAVELENGTH-CONVERTING CASTING COMPOSITION AND WHITE LIGHT-EMITTING SEMICONDUCTOR COMPONENT to Klaus Hohn of Taufkirchen, Germany, Alexandra Debray of Regensburg, Germany, Peter Schlotter of Freiburg, Germany, Ralf Schmidt of Vorstetten, Germany, and Jurgen Schneider of Kirchzarten, Germany issued on July 15, 2003 to Osram Opto Semiconductors GmbH (Ex. E attached hereto).

13.     United States Patent 6,613,247 ("the '247 patent") entitled WAVELENGTH-CONVERTING CASTING COMPOSITION AND WHITE LIGHT-EMITTING SEMICONDUCTOR COMPONENT to Klaus Hohn of Taufkirchen, Germany, Alexandra Debray of Regensburg, Germany, Peter Schlotter of Freiburg, Germany, Ralf Schmidt of Vorstetten, Germany, and Jurgen Schneider of Kirchzarten, Germany issued on September 2, 2003 to Osram Opto Semiconductors GmbH (Ex. F attached hereto).

## BACKGROUND

14.  CE has imported, offered for sale, and sold white light emitting diodes (LEDs) in the United States, and CE continues to import, offer for sale, and sell white light emitting diodes in the United States.

15.  Commencing in 2003, OSRAM asserted to CE that the white LEDs imported, offered for sale, and sold by CE in the United States infringe each of the patents in suit.  Throughout 2003, CE and OSRAM exchanged correspondence and discussed the alleged infringement of the patents in suit, but the parties reached no agreement.

16. OSRAM's January 28, 2003, letter to CE stated that "Citizen manufactures, markets, and sells white LED products . . . which makes use of our Particle Size Patents" and that OSRAM further believes "that your products . . . are offered for sale, sold, and used in countries where our Particle Size Patents are in force." Ex. G.

17. OSRAM's October 29, 2003 letter to CE stated :

Finally it has to be emphasized that it is still our position that specifically white LED components of CITIZEN make unauthorized use of and infringe OSRAM patent rights directed to luminescence conversion particle size and principle of conversion LED. Your argument that the scope of U.S. 6,576,930 B2 is weak and not persuasive."

Ex. H.

18. On or around May 6, 2004, OSRAM filed a request before the International Trade Commission (hereinafter, "ITC") to exclude from entry into the United States LEDs and products incorporating LEDs that are manufactured, imported, or sold by three corporations (not including CE).

19. Each of the patents in suit were asserted by OSRAM in its ITC Proceeding complaint, filed on or around May 6, 2004.

20. In an OSRAM press release dated July 19, 2004 (Ex. I), the CEO of Osram Opto Semiconductors GmbH, "stressed that the company would not tolerate any infringement of its patent rights and would take legal action against any unauthorized use."

21. On January 18, 2005, CE filed Civil Action No. 05-CV-00112 before the U.S. District Court for the District of Columbia, requesting declaratory judgment against OSRAM and requesting a finding of non-infringement and/or invalidity of the patents in suit.

22. In addition to the patents in suit, CE's declaratory judgment Civil Action No. 05-CV-00112 included OSRAM's U.S. patent no. 6,812,500. OSRAM's motion which led to the dismissal of this earlier suit stated that OSRAM did not accuse CE of infringing this patent, and therefore, U.S. 6,812,500 is not part of this suit.

23. On May 2, 2005, OSRAM released a report "FOR THE TRADE PRESS" on its OSRAM Opto Semiconductors GmbH website (Ex. J), entitled, "Osram to protect patents: Osram Opto Semiconductors files action for patent infringement against Citizen," and further stating:

> Based on its conviction that Citizen is infringing fundamental patent rights, Osram Opto Semiconductors has filed action against the Japanese LED manufacturer Citizen Electronics Co., LTD. at Dusseldorf Regional Court. With this move, Osram intends to enforce its patents for the manufacture of Light Emitting Diodes (LEDs).
>
> In its suit, Osram stresses that Citizen has infringed and is still infringing its patents by importing, selling and offering certain white Light Emitting Diodes (LED) in Germany.

24. OSRAM's May 2, 2005 press release also mentions the OSRAM ITC proceeding filed on or around May 6, 2004, which now is pending only against one remaining company named Dominant Semiconductors. OSRAM's CEO is then quoted as saying: "Our objective in taking legal action against Citizen and issuing warnings to Dominant is to prevent unauthorized use of our technology." Ex. J.

25. On July 14, 2005, the Court dismissed Civil Action No. 05-CV-00112 for lack of subject matter jurisdiction. In dismissing that case, the Court accepted OSRAM's argument that the German action by OSRAM against CE was not relevant to the jurisdictional issues because it occurred after suit was filed.

26. Although the Court's July 14, 2005 dismissal of Civil Action No. 05-CV-00112 was phrased "with prejudice," the Court on July 29, 2005, amended its July 14, 2005 Order to dismiss the action "without prejudice." The Court amended its July 14, 2005 Order in response to a motion filed by CE on July 18, 2005.

27. The instant complaint was not filed earlier due to the pendency of CE's earlier filed Civil Action No. 05-CV-00112, and the pendency of CE's motion to amend the July 14, 2005 judgment in that action.

28. OSRAM's actions created a reasonable apprehension on the part of CE that it would face an infringement suit as a result of CE's selling of white LEDs in the U.S., with the reasonable apprehension existing at the time this suit was filed, caused at least by virtue of OSRAM's May 2, 2005 press release, as well as other actions by OSRAM, including those stated herein.

## COUNT I
### *Non-Infringement of the Patents in Suit*

29. CE repeats the allegations of paragraph 1 through 28 as if fully set forth herein.

30. There is an actual case or controversy as to infringement of the patents in suit. On information and belief, CE's LED products do not and would not infringe the patents in suit.

## COUNT II
### *Invalidity of the Patents in Suit*

31. CE repeats the allegations of paragraphs 1 through 30 as if fully set forth herein.

32. There is an actual case or controversy as to the validity of claims in each of the patents in suit. Upon information and belief, claims within each of the patents in suit are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 101 et seq.

## PRAYER FOR RELIEF

WHEREFORE, CE respectfully requests that the Court:

(a)    Adjudge that the patents in suit are not infringed by CE;

(b)    Adjudge that claims within the patents in suit are invalid;

(c)    Award CE its costs, reasonable attorneys' fees, and expenses;

(d)    Declare this an exceptional case under 35 U.S.C. §285 and award CE its costs and

attorneys fees for prosecuting this action; and

(e)    Award such other and further relief as the Court deems just and proper.


## JURY DEMAND

Plaintiff CE demands trial by jury of all issues as to which it has a right to trial by jury.


Attorneys for Plaintiff
**CITIZEN ELECTRONICS COMPANY, LTD.**


Dated: August 2, 2005

Robert C. Nissen, Esq. (Bar No. 455,576)
OBLON, SPIVAK, McCLELLAND,
    MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000