EPPING · HERMANN · FISCHER
PATENTANWALTSGESELLSCHAFT MBH 

EPPING·HERMANN·FISCHER · Ridlerstr. 55 · D-80339 Munich

Yoshio Murano
Manager, Patent Section
Citizen Electronics Co., Ltd.
1-23-1 Kamikurechi
Fujiyoshida-shi, Yamanashi-ken 403-0001
Japan
Fax 0081 555 23 5323 (4 pages)

cc: Mr. Katsuhiko Noguchi, Executive Director

| Your Ref: | Our Ref: | Munich, |
|---|---|---|
| | P2002,0852 EP02 | October 29, 2003 |
| | | (RS/FK) |

**OSRAM vs. CITIZEN**

Dear Mr. Murano:

This regards to your letter of October 28, 2003.

I wonder that you are still not clear about the figure which I refer to. Please find enclosed the copy of the figures which were discussed during our meeting on October 10, 2003. In this copy the figure which I refered to in my concluding explanation during our meeting and which I refered to in my previous letter of October 26, 2003 is marked with a thick frame. Contrary to your assertion in your above mentioned letter there are no figures which have been subsequently made by other members of the OSRAM team.

Please note that the drawing attached to your letter of Oct. 28 is unfortunately not an appropriate basis for investigating the meaning of the paragraph in question because the real distribution of particles in CITIZEN's LED components is substantially different to that what is shown in your sketch! This could be easily seen from the SEM images of cross sections of CITIZEN's LED components.

With regard to the requested Japanese translation of item 1 of my detailed written explanation of October 14, 2003 Sonderhoff law firm

MANAGING DIRECTORS
Dr.-Ing. Wilhelm Epping
Dipl.-Ing. Uwe Hermann
Dipl.-Ing. Volker Fischer
Dipl.-Phys. Richard Schachtner
Dipl.-Ing. Alwin Rietzler
Dr.rer.nat. Michael Lettenberger

MUNICH
Ridlerstrasse 55
D-80339 Munich
Phone +49 89 50 03 29-0
Fax +49 89 50 03 29-99

REGENSBURG
Golgenbergstrasse 2b
D-93053 Regensburg
Phone +49 941 70 54 99-0
Fax +49 941 70 54 99-9

POSTAL ADDRESS
P.O.Box 121026
D-80034 Munich

EMAIL
info@ehf-patent.com

BANK
HypoVereinsbank Munich
Account No. 383 89 530
Bank Code 700 202 70

VAT: DE812867287
Tax No. 607/60294

Amtsgericht München
HRB 148733

www.ehf-patent.com

Page 2 of our letter dated October 29, 2003
to Mr. Murano
Our Ref.: P2002,0852 EP02

informed me that the translation has been sent to you yesterday. I hope that it has reached you in the meantime.

Finally it has to be emphasized that it is still our position that specifically white LED components of CITIZEN make unauthorized use of and infringe OSRAM patent rights directed to luminescence conversion particle size and principle of conversion LED. Your argument that the scope of U.S. 6,576,930 B2 is weak and not persuasive.

We await your response to the letter of Mr. Pokorny dated October 13, 2003 (copy enclosed) by tomorrow.

Yours faithfully,
EPPING HERMANN FISCHER
Patentanwaltsgesellschaft mbH

*[signature]*

Richard Schachtner
Patent Attorney

Enclosures:
as mentioned

cc:  Ms. Mariko Mimura
     Dr. Ernst Nirschl
     Mr. Gerd Pokorny
     Mr. Toshio Yano
     Mr. Marwinski