FOR THE TECHNICAL PRESS
Regensburg, July 19, 2004

Patent rights of Osram Opto Semiconductors

## Agreement with distributor

**Osram Opto Semiconductors GmbH, Regensburg, has received a declaration from the American distributor, American Opto Plus Inc., Pomona, USA that it will not import or market any LEDs that infringe Osram's patent rights.**

This declaration relates in particular to products supplied by the manufacturer Dominant Semiconductors Sdn. Bhd., Malaysia, against whom Osram Opto Semiconductors has filed a lawsuit with the ITC (International Trade Commission) in Washington for infringement of patent rights. The patent rights cover two basic technologies for LEDs.

Conversion technology enables white LEDs to be manufactured with only one semiconductor chip. A suitable phosphor converter is used to convert the light from a blue emitting InGaN (indium gallium nitride) chip into white light. In the mid 1990s, Osram Opto Semiconductors was the first manufacturer to develop these LEDs and bring them onto the market. They are used for backlighting displays in mobile phones and dashboards.

A second group of patent rights relates to special designs for electrical connections such as those used for high-power LEDs. These designs are used above all in cars. Typical applications include lighting for car interiors and tail lights.

"American Opto Plus, one of the major distributors, has now recognised the importance of our patent portfolio", said Dr. Rüdiger Müller. The CEO of Osram Opto Semiconductors stressed that the company would not tolerate any infringement of its

patent rights and would take legal action against any unauthorised use. Osram has a large number of patents that have been acquired over many years of intensive research and development work. The company has already signed patent licensing agreements with major manufacturers such as Nichia, Rohm and Everlight.

**About Osram Opto Semiconductors**

Osram Opto Semiconductors GmbH, Regensburg, is a subsidiary of Osram, one of the two largest lighting manufacturers in the world. It offers its customers solutions based on semiconductor technology for the lighting, sensor and visualisation sectors. The company has sites in Regensburg, San José (USA) and Penang (Malaysia). In the 2003 fiscal year (to the end of September) its 3,300 employees produced sales totalling EUR 392 million. For more information go to www.osram-os.com.

Contact for the technical press:
Markus Rademacher
Tel. +49 89 6213 2597
Fax +49 89 6213 3457
E-mail: M.Rademacher@Osram.de

*(Please do not print the address!)*