IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br>1-23-1 Kamikurechi,<br>Fujiyoshida-shi,<br>Yamanashi-ken 403-0001,<br>Japan<br><br>    Plaintiff,<br><br>  v.<br><br><br>OSRAM GMBH<br>Hellabrunner Strasse 1<br>81543 Munich<br>Germany<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH<br>Wernerwerkstrasse 2<br>93049 Regensburg<br>Germany<br>    Defendants. | Civil Action No.  ( )<br><br><br><br>**JURY TRIAL DEMANDED** |

**Certificate required by LCvR 7.1 of the Local Rules
of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Plaintiff Citizen Electronics Company, Ltd., certify that to the best of my knowledge and belief, the following parent companies, subsidiaries or affiliates of plaintiff Citizen Electronics Company, Ltd. (itself a publicly traded company) have outstanding securities in the hands of the public:

  1)  **Citizen Watch Co., Ltd.**
      6-1-12, Tanashi-cho, Nishi-Tokyo-shi,
      Tokyo, Japan 188-8511

  2)  **Cimeo Precision Company, Ltd.**
      4107-5, Oaza-miyota, Miyota-machi, Kitasaku-gun,
      Nagano-ken, Japan 389-0295

    3)     **Miyota Company, Ltd.**
            4107-5, Oaza-Miyota, Miyota-machi, Kitasaku-gun,
            Nagano Prefecture, Japan  389-0294

    These representations are made in order that judges of this court may determine the need for recusal.

                        Attorney of Record for Plaintiff
                        **CITIZEN ELECTRONICS COMPANY, LTD.**

Dated: August 2, 2005

                        Robert C. Nissen, Esq. (Bar No. 455576 )
                        OBLON, SPIVAK, McCLELLAND,
                          MAIER & NEUSTADT, P.C.
                        1940 Duke Street
                        Alexandria, VA 22314
                        (703) 413-3000