IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OSRAM GMBH )<br>)<br>and )<br>)<br>OSRAM OPTO SEMICONDUCTORS GMBH )<br>)<br>Defendants. ) | Civil Action No. 1:05CV01560<br><br>Judge: Ellen Segal Huvelle |

PLAINTIFF'S MOTION
FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Robert C. Nissen, a member in good standing of the bar of this Court and attorney for Plaintiff Citizen Electronics Company, Ltd. ("Citizen"), respectfully moves this Court, pursuant to Local Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, for the admission of Attorneys Richard D. Kelly, Steven P. Weihrouch, Daniel J. Pereira, and Alexander E. Gasser as visiting attorneys to represent Citizen in the above-captioned action, and in support of this motion states:

1. Attorneys Kelly, Weihrouch and Pereira are partners and Attorney Gasser is an associate with the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street, Alexandria, Virginia 22314, (703) 413-3000; fax (703) 413-2220; e-mail: rkelly@oblon.com, sweihrouch@oblon.com, dpereira@oblon.com and agasser@oblon.com.

2. Attorneys Kelly, Weihrouch, Pereira and Gasser are each members in good standing of the respective bars to which they are admitted, as shown in the

Declarations attached as Exhibits 1, 2, 3 and 4 respectively.

    a. Attorney Kelly is a member in good standing of the Bar of the Commonwealth of Virginia and the following federal courts: the Supreme Court of the United States, the United States Courts of Appeals for the Fourth Circuit, Eleventh Circuit, and Federal Circuit, and the United States District Courts for the Eastern District of Virginia and Northern District of California.

    b. Attorney Weihrouch is a member in good standing of the Bar of the Commonwealth of Virginia and the following federal courts: The United States Supreme Court, the United States Courts of Appeals for the Fourth Circuit and Federal Circuit, and the United States District Court for the Eastern District of Virginia.

    c. Attorney Pereira is a member in good standing of the Bar of the Commonwealth of Virginia.

    d. Attorney Gasser is a member in good standing of the Bar of the State of Wisconsin and the following federal courts: the United States Court of Appeals for the Seventh and Federal Circuits and the United States District Court for the Eastern District of Wisconsin.

3. None of the above-named attorneys has been disciplined by this Court or any other court.

4. The purpose of this motion is to make it possible for Attorneys Kelly, Weihrouch, Pereira and Gasser to represent Citizen with respect to the subject matter of the above captioned-action. Attorneys Kelly, Weihrouch, Pereira and Gasser have regularly represented the interests of Citizen, and seek admission before this Court

to participate in all aspects of litigation.

**WHEREFORE**, the undersigned respectfully requests this Court enter an Order admitting Richard D. Kelly, Steven P. Weihrouch, Daniel J. Pereira, and Alexander E. Gasser *pro hac vice* to the United States District Court for the District of Columbia.

Dated: August 8, 2005

Respectfully submitted,

Robert C. Nissen, Esq.
D.C. Bar Membership No. 455,576
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314
(703) 413-3000 (tel.)
(703) 413-2220 (fax)

Attorneys for the Plaintiff
Citizen Electronics Company, Ltd.