IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OSRAM GMBH ) <br> ) <br> and ) <br> ) <br> OSRAM OPTO SEMICONDUCTORS GMBH ) <br> ) <br> Defendants. ) | Civil Action No.  1:05CV01560 <br><br> Judge:  Ellen Segal Huvelle |

DECLARATION OF STEVEN P. WEIHROUCH, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

STEVEN P. WEIHROUCH, ESQ., of full age, hereby certifies pursuant to 28 U.S.C.§ 1746, as follows:

1. I am an attorney-at-law and a partner in the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., with offices located at 1940 Duke Street, Alexandria, Virginia 22314. My office phone number is (703) 412-7020.

2. I have been a member of the Bar of the Commonwealth of Virginia since 1988. In addition, I am admitted to practice before the following federal courts: The United States Supreme Court, the United States Courts of Appeals for the Fourth and Federal Circuits, and the United States District Court for the Eastern District of Virginia.

3. No disciplinary proceedings have been brought against me in any jurisdiction, and I am presently in good standing in every jurisdiction to which I have been admitted.

4. I have been admitted to practice *pro hac vice* in this Court only once in the last two years.

5.    I do not engage in the practice of law from an office located within the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

6.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

7.    My application for leave to practice in this Court is made by motion of Robert C. Nissen, Esq. of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., who is authorized to practice law in the District of Columbia and is a member in good standing of the Bar of this Court, and by the consent of counsel for plaintiff, Citizen Electronics Company, Ltd..

8.    For the foregoing reasons, I respectfully request that this Court enter the enclosed Order admitting me *pro hac vice* in the above-captioned action.

I hereby declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 8, 2005

Respectfully submitted,

Steven P. Weihrouch, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
Tel: (703) 413-3000
Fax: (703) 413-2220

Attorneys for Citizen Electronics Company, Ltd.

2