IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>OSRAM GMBH<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH<br><br>Defendants. | Civil Action No.  1:05CV01560<br><br>Judge:  Ellen Segal Huvelle |

### ORDER GRANTING PLAINTIFF'S MOTION
### FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Upon consideration of Plaintiff's motion for the admission *pro hac vice* of Richard D. Kelly, Steven P. Weihrouch, Daniel J. Pereira, and Alexander E. Gasser as counsel for Plaintiff, Citizen Electronics Company, Ltd., it is, this ____ day of August 2005:

ORDERED, that the motion is granted; and it is FURTHER ORDERED, that Richard D. Kelly, Steven P. Weihrouch, Daniel J. Pereira, and Alexander E. Gasser of the law firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., are admitted to practice before this Court *pro hac vice*.

_____
Judge Ellen S. Huvelle
United States District Court for the District of Columbia