IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>OSRAM GMBH<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>Defendants. | Civil Action No. 1:05-cv-01560-ESH |

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

WHEREFORE Plaintiff Citizen Electronics Company, Ltd. ("CE") and Defendants OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM") have reached an agreement;

IT IS STIPULATED THAT:

1) The time period for OSRAM to respond to CE's Complaint is extended up through and including October 24, 2005;

2) OSRAM will agree to and cooperate with CE to accomplish a one-month extension for CE to respond to OSRAM's German complaint, once that proceeding is formally commenced after service of the German complaint.

Date:   September 21, 2005

| Attorneys for Plaintiff<br>**CITIZEN ELECTRONICS COMPANY, LTD.** | Attorneys for Defendants<br>**OSRAM GMBH AND OSRAM OPTO SEMICONDUCTORS GMBH** |
|---|---|
| */s/ signature* | */s/ Alexander E. [signature] (w/permission) 9-22-05* |
| Robert C. Nissen, Esq. (Bar No. 455476)<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone: (703) 413-3000 | Christian A. Chu, Esq. (Bar No. 483948)<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>Tel: (202) 783-5070 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____          _____
                                  UNITED STATES DISTRICT JUDGE