A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizen Electronics Company, Ltd.

       Plaintiff(s)

vs.

OSRAM GmbH
OSRAM Opto Semiconductors GmbH
       Defendant(s)

**APPEARANCE**

CASE NUMBER   1:05-cv-01560-ESH

To the Clerk of this court and all parties of record:

Please enter the appearance of __Christian A. Chu__ as counsel in this
          (Attorney's Name)

case for: __Osram GmbH and Osram Opto Semiconductors GmbH__
       (Name of party or parties)

October 24, 2005
Date

Bar No. 483948
BAR IDENTIFICATION

_/s/ Christian A. Chu_
Signature

Christian A. Chu
Print Name

1425 K St., N.W., 11th floor
Address

Washington, DC 20005
City    State    Zip Code

(202) 783-5070
Phone Number