IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>Defendants. | Civil Action No. 1:05-cv-01560-ESH |

## OSRAM GmbH AND OSRAM OPTO SEMICONDUCTORS GmbH'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for OSRAM GmbH and OSRAM Opto Semiconductors GmbH, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of OSRAM GmbH and OSRAM Opto Semiconductors GmbH which have any outstanding securities in the hands of the public:

Siemens AG

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for OSRAM GmbH and OSRAM Opto Semiconductors GmbH.

Dated: October 24, 2005

FISH & RICHARDSON P.C.

By: _____
Christian A. Chu (Bar No. 483948)
FISH & RICHARDSON P.C.
1425 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Tel: (202) 783-5070

Alan D. Smith
Charles Sanders
Fish & Richardson P.C.
225 Franklin St.
Boston, MA 02110
(617) 542-5070

Attorneys for Defendants
**OSRAM GmbH AND OSRAM OPTO SEMICONDUCTORS GmbH**