**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZEN ELECTRONICS COMPANY, LTD.

      Plaintiff,

     v.

OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS GMBH,

      Defendants.

Civil Action No. 1:05CV01560 ESH

## DEFENDANTS' MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, Defendants Osram Gmbh and Osram Opto Semiconductors Gmbh respectfully move for the admission *pro hac vice* of attorneys Alan D. Smith and Charles Sanders.

As provided by Local Rule 83.2(d), the declarations of Messrs. Smith and Sanders in support of this motion are attached. In their respective declarations, Messrs. Smith and Sanders, state that:

- They are each attorneys with the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, tel: 617-542-5070; facsimile: 617-542-8906.

- Their e-mail addresses are, respectively: smith@fr.com, and sanders@fr.com.

- They are each members in good standing of the respective bars to which they are admitted, as detailed in their respective declarations.

- Neither of them have been disciplined by this Court or any other court.

- Neither of them is currently admitted in any case in this District.

- In the last 24 months, Messrs. Smith and Sanders have sought and were admitted *pro hac vice* in a case related to the pending matter: <u>Citizen Electronics Co., Ltd. v. OSRAM GmbH and OSRAM Opto Semiconductors GmbH</u>, Civil Action No. 1:05CV00112-ESH. .

On these bases, Defendants request that this motion be granted and that Messrs. Smith and

Sanders be permitted to participate in all aspects of this litigation.

Date:   October 24, 2005

                                        Attorneys for Defendants
                                        **OSRAM GMBH AND**
                                        **OSRAM OPTO SEMICONDUCTORS**
                                        **GMBH**

                                        _____
                                        Christian A. Chu (Bar No. 483948)
                                        FISH & RICHARDSON P.C.
                                        1425 K Street, N.W.
                                        Suite 1100
                                        Washington, D.C. 20005
                                        Tel: (202) 783-5070

2