UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZEN ELECTRONICS COMPANY, LTD.

Plaintiff,

v.

OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS GMBH,

Defendants.

Civil Action No. 1:05CV01560 ESH

## DECLARATION OF ALAN D. SMITH TO APPEAR PRO HAC VICE

I, Alan D. Smith, declare as follows:

1.     My full name is Alan D. Smith.  I submit this Declaration pursuant to Local Civil Rule 83.2(d) in support of a motion that I be permitted to appear on behalf of Defendants in the above action.

2.     I am an attorney with the firm Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110.  My telephone number is (617) 542-5070.

3.     I am a member in good standing of the bars of the Commonwealth of Massachusetts, the State of New York and the United States District Court for the District of Massachusetts, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of California, the United States Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office, without any restriction on my eligibility to practice.

4.     I certify that I have not been disciplined by any bar and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I am not currently admitted in any cases in this District.  Other than the present case, I was admitted *pro hac vice* in one case in this District the preceding 24 months: *Citizen Electronics Co., Ltd. v. OSRAM GmbH and OSRAM Opto Semiconductors GmbH*, Civil Action No. 1:05CV00112 ESH.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 24, 2005

Alan D. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906

Counsel for OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS GMBH

2