UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>Defendants. | Civil Action No. 1:05CV01560 ESH |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Motion for Alan D. Smith to Appear *Pro Hac Vice* is GRANTED.


Dated: _____         _____
                                     UNITED STATES DISTRICT JUDGE