UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OSRAM GMBH and<br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>　　　　Defendants. | Civil Action No. 1:05CV01560 ESH |

# [PROPOSED] ORDER

　　　　IT IS HEREBY ORDERED that the Motion for Charles H. Sanders to Appear *Pro Hac Vice* is GRANTED.


Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE