UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZEN ELECTRONICS COMPANY, LTD.

Plaintiff,

v.

OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS GMBH,

Defendants.

Civil Action No. 1:05-cv-01560-ESH

## DECLARATION OF CHARLES H. SANDERS IN SUPPORT OF OSRAM GmbH AND OSRAM OPTO SEMICONDUCTORS GmbH'S MOTION TO DISMISS

I, Charles H. Sanders, declare as follows:

1.      I am an attorney at the firm of Fish & Richardson P.C., counsel to Defendants OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM"). I have personal knowledge of the facts stated herein and would competently testify to them if called upon to do so.

2.      Exhibit 1 is a true and correct copy of this Court's July 29, 2005 Order of Dismissal in *Citizen Electronics Co., Ltd. v. OSRAM GmbH and OSRAM Opto Semiconductors GmbH*, Civil Action No. 1:05-cv-00112-ESH.

3.      Citizen Electronics Co., Ltd. ("Citizen") did not appeal this Court's July 29, 2005 Order of Dismissal in *Citizen Electronics Co., Ltd. v. OSRAM GmbH and OSRAM Opto Semiconductors GmbH*, Civil Action No. 1:05-cv-00112-ESH.

4.      Exhibit 2 is a true and correct copy of Citizen's Complaint in the current suit.

5.      Exhibit 3 is a true and correct copy of an e-mail from Citizen's counsel, Mr. Alexander E. Gasser, to OSRAM's counsel, Mr. Charles Sanders, dated August 10, 2005.

6.      Exhibit 4 is a true and correct copy of a Stipulation for Extension of Time to Respond to the Complaint.

7.      Citizen did not meet with OSRAM to engage in any substantive licensing discussions after the filing of the Stipulation for Extension of Time to Respond to the Complaint (Exhibit 4).


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of October 2005, at Boston, Massachusetts.


Charles Sanders
Fish & Richardson P.C.
225 Franklin St.
Boston, MA 02110
(617) 542-5070