UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZEN ELECTRONICS COMPANY, LTD.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-0112 (ESH) |
| | ) |
| **OSRAM GMBH and OSRAM OPTO SEMICONDUCTORS GMBH,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of plaintiff's Motion to Amend Judgment [#15], it is this 29th day of July, 2005, hereby

**ORDERED** that the Motion to Amend the Court's Order of July 14, 2005 is **GRANTED**; and it is further

**ORDERED** that the Order of July 14, 2005 [#13] shall be amended to read that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

                                                    s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Dated: July 29, 2005