## Charles Sanders

| | |
|---|---|
| **From:** | Alex Gasser [AGasser@oblon.com] |
| **Sent:** | Wednesday, August 10, 2005 3:33 PM |
| **To:** | Charles Sanders |
| **Subject:** | CE - Osram |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Dear Charles,

We have considered and hereby decline your counter-proposal regarding CE and OSRAM each waiving service under the Hague Convention.

Accordingly, if the OSRAM entities do not wish to accept our original proposal, which is to waive service in return for a 60 day period to answer the new complaint (which was emailed to you on August 3rd), CE will rely upon conventional methods of service.

Best regards,

Alex

Alexander E. Gasser
Attorney at Law
Oblon, Spivak, McClelland, Maier & Neustadt
1940 Duke Street
Alexandria, VA 22314
(703) 412-6006 (Direct Phone)
(703) 413-2220 (Fax)
agasser@oblon.com

10/24/2005