IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>OSRAM GMBH<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>Defendants. | Civil Action No. 1:05-cv-01560-ESH |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

WHEREFORE Plaintiff Citizen Electronics Company, Ltd. ("CE") and Defendants OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM") have reached an agreement;

IT IS STIPULATED THAT:

1) The time period for OSRAM to respond to CE's Complaint is extended up through and including October 24, 2005;

2) OSRAM will agree to and cooperate with CE to accomplish a one-month extension for CE to respond to OSRAM's German complaint, once that proceeding is formally commenced after service of the German complaint.

Date:   September 21, 2005

| Attorneys for Plaintiff<br>**CITIZEN ELECTRONICS COMPANY, LTD.** | Attorneys for Defendants<br>**OSRAM GMBH AND OSRAM OPTO SEMICONDUCTORS GMBH** |
|---|---|
| *[signature]*<br>Robert C. Nissen, Esq. (Bar No. 455476)<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone: (703) 413-3000 | *[signature]* (w/permission) 9-22-05<br>Christian A. Chu, Esq. (Bar No. 483948)<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>Tel: (202) 783-5070 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____       _____
                                                                           UNITED STATES DISTRICT JUDGE