IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>      Plaintiff,<br><br>   v.<br><br>OSRAM GMBH<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH,<br><br>      Defendants. | Civil Action No. 1:05CV01560-ESH |

**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS**

WHEREFORE Plaintiff Citizen Electronics Company, Ltd. ("Citizen") and Defendants OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM") have agreed to an extension of time for Citizen to oppose OSRAM's Motion to Dismiss (paper no. 9) and for OSRAM to reply thereto;

IT IS STIPULATED THAT, SUBJECT TO THIS COURT'S APPROVAL:

1)     The time period for Citizen to oppose OSRAM's Motion to Dismiss is extended up through and including November 10, 2005;

2)     The time period for OSRAM to reply to Citizen's opposition is extended up through and including November 22, 2005.

Date:   November 2, 2005

| Attorneys for Plaintiff<br>**CITIZEN ELECTRONICS COMPANY, LTD.** | Attorneys for Defendants<br>**OSRAM GMBH AND OSRAM OPTO SEMICONDUCTORS GMBH** |
|---|---|
|    /s/ Robert C. Nissen<br>Robert C. Nissen, Esq. (Bar No. 455,576)<br>OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone:  (703) 413-3000 |  /s/ Christian A. Chu  (w/permission)<br>Christian A. Chu, Esq.  (Bar No. 483948)<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>Tel: (202) 783-5070 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____      _____
                                                                                                                   UNITED STATES DISTRICT JUDGE