IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZEN ELECTRONICS COMPANY, LTD.** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**OSRAM GMBH** )<br>)<br>and )<br>)<br>**OSRAM OPTO SEMICONDUCTORS GMBH** )<br>)<br>**Defendants.** )<br>) | Case Number 1:05CV01560 (ESH) |

**DECLARATION OF ALEXANDER E. GASSER IN SUPPORT
OF CITIZEN ELECTRONICS COMPANY LTD.'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

I, Alexander E. Gasser, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an associate in the Law Firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., in Alexandria, Virginia, and I am an attorney of record in this case.

2. I am admitted to the Wisconsin State Bar, and I am a member in good standing.

3. I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge.

4. Attached as Exhibit 1 is a true and correct copy of email communications from March 2005 that include communications to a representative of Citizen Electronics Company, Ltd. (hereinafter, "CE") from an individual representing a German distributor of CE's white LED products.

5. Attached as Exhibit 2 are portions of search results through the WPINDEX/INPADOC database showing that the patents in this instant suit are related to the patent documents asserted by OSRAM against CE in OSRAM's German lawsuit filed on or around March 14, 2005. Only portions of the search are attached, because the entire WPINDEX/INPADOC search for all patents in suit is 238 pages long.

6. Attached as Exhibit 3 is a graphical representation, illustrating how the patents in suit originate from the same German patent documents (i.e., DE 19638667 and DE 19625622) from which the patent documents asserted by OSRAM against CE in OSRAM's German lawsuit originate.

7. CE, through its undersigned counsel, telephoned Charles Sanders, OSRAM's counsel, on or around September 28, 2005, and proposed a framework of general terms from which CE and OSRAM could commence settlement negotiations.

8. As of yet, the undersigned is unaware that OSRAM has ever directly addressed the framework of general terms proposed by CE on or around September 28, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

November 10, 2005          _____
                           [signature]