```
---------------------- Original Message ----------------------
 From:    Ito Tokio <tk-ito@mail.c-e.co.jp>
 To:      <n.hetzel@endrich.com>
 Cc:      MAIL-WATCH <mail-watch@mail.c-e.co.jp>,
          Kagami Makoto <mk-kgm@mail.c-e.co.jp>
 Date:    Tue, 22 Mar 2005 12:58:39 +0900
 Subject: Re: OSRAM
----
```

Dear Endrich san,

Thank you for the information.

I immediately pass this matter to our lawyer for study and find the re-
action aqgainst Osram.

Please wait for our lawyer's correspondence.

Best regards,
Ito Tokio

> Dear Ito San,
>
> we are in a very very serious situation, because of your white LED.
> OSRAM
has claimed at the upper civil court in D|sseldorf, that your
deliveries of white LED are infringing existing patents of OSRAM.
Because of this, they
have accused our company and your company and mentioned a value of   5
Mill. as value of this claim and also, that we are responsible for your
debts of breaking the patent rights. As you are supping multimillion of
white LED, we are anxious, that this could cost us millions of Euro, if
we would lose at the civil court.
>
> Because of this enormous risk, I visited yesterday, 17.03.2005 OSRAM
> and
talked to the senior vice president corporate projects Gerd Pokorny.
>
> After long negotiations, we have made following agreement:
>
> 1. Endrich Bauelemente will stop the promotion and sales of white
> Citizen
LED, only the color white, but of course any kind of housing.
> 2. We are allowed to deliver and fulfil existing orders to customers
> as
far as we have confirmed the orders to customers.
> 3. We do not promote, we do not offer, we do not send samples and we
> do
not accept any new order for these kind of LED.
> 4. OSRAM informed us, that they have exchanged licenses with Nichia
> and
only that company, who has a license from Nichia and OSRAM, is allowed
to produce white LED.
> 5. OSRAM is at the moment in negotiations with 52 LED manufacturers
to
force them, to sign a license agreement.
> 6. OSRAM is very much interested to start personal discussions with

Citizen regarding this matter. They told me, that you had already discussions with OSRAM last year, but by unknown reasons these negotiations had been stopped.
>
> The situation is for us very dangerous and frustrating as we can not anymore offer and promote your white LEDs. As you are coming up with super bright fantastic white LEDs, this is a non acceptable situation.
> Therefore I ask you, to put all your influence on the management of Citizen Corporation, that they start new negotiations with OSRAM. I was also told, that starting the claim at the civil court and arrival of the claim in your house means, that it takes a time of 4-5 weeks. If you do not take the chance to contact OSRAM during this time and try to start negotiations, they will start the official claim at the German upper civil courts, which may
create extremely high costs of  500 000 or more Euro and this fight against OSRAM could need a time of up to 5 years. During this time, we are not allowed to sell your products and in case, that you would loose the claim, you have to pay enormous penalties in the amount of millions of Euro.
>
> I, for our company, can not take this risk, which could destroy our company immediately. Therefore I had to accept the conditions of OSRAM.
>
> Of course you might be in a much better position, but I do not know,
> if
you have any patents, I do not know, how is the agreement with Nichia and finally I believe, that this a matter between the patent holder OSRAM and the manufacturer like you, but not a matter for the distributor.
>
> OSRAM confirmed, that they are really willing to start with you at any
moment new negotiations and I can only hope, that you follow these suggestions.
> In the meantime we have sent you through Mr. Delassae the claim at the
upper civil court and Mr. Delassae has to translate it in English and you also got direct from Mr. Pokorny from OSRAM also the claim in German language and you are asked to start immediate translation into Japanese, that your patent lawyers may understand the claims of patents from OSRAM.
>
> I'm not in a position to understand and judge, if their claim to
> produce
white light is so unique, that it can forbid to anybody on this world to produce white LED accept Nichia as OSRAM made a cross license exchange with Nichia.
>
> Therefore please treat this matter as very important and very urgent, because you have a maximum time of 5 weeks to start negotiations with Siemens. If this time is over, they are no more accepting discussions and will wait for the result at the court. And what is frustrating for us?
During all these time, and that might be also next years, we are not allowed to promote your products, which are emitting white color. Therefore please translate into Japanese, study carefully with your patent lawyers and start negotiations with OSRAM. This is my biggest

```
hope, so that we can again start promotion of your product in a short
time.
> Please keep us informed as we have to know, what is going on in this
matter.
>
> Best regards,
>
> W. ENDRICH
>


--------------------- Original Message Ends --------------------
```