us6066861/pn

L1   ANSWER 1 OF 1  WPINDEX  COPYRIGHT 2005 THE THOMSON CORP on STN
ACCESSION NUMBER:     1998-077400 [07]   WPINDEX
CROSS REFERENCE:      1998-053586 [06]
DOC. NO. NON-CPI:     N1998-061835
DOC. NO. CPI:         C1998-025963
TITLE:                Light especially white light emitting semiconductor
                      device - has luminescence conversion element for
                      wavelength conversion of initial emitted radiation.
DERWENT CLASS:        A85 L03 P81 P85 Q25 Q71 U11 U12 U14 V07 W05 W06 X22 X26
INVENTOR(S):          DEBRAY, A; SCHLOTTER, P; SCHMIDT, R; SCHNEIDER, J; HOEHN,
                      K; REEH, U; STATH, N; WAITL, G; HOHN, K
PATENT ASSIGNEE(S):   (SIEI) SIEMENS AG; (SIEI) OSRAM OPTO SEMICONDUCTORS GMBH
                      & CO OHG; (SIEI) OSRAM OPTO SEMICONDUCTORS GMBH; (DEBR-I)
                      DEBRAY A; (HOHN-I) HOHN K; (SCHL-I) SCHLOTTER P; (SCHM-I)
                      SCHMIDT R; (SCHN-I) SCHNEIDER J; (OSRA-N) OSRAM GMBH
COUNTRY COUNT:        22
PATENT INFORMATION:

| PATENT NO | KIND | DATE | WEEK | LA | PG | MAIN IPC | |
|---|---|---|---|---|---|---|---|
| WO 9750132 | A1 | 19971231 | (199807)* | GE | 41 | H01L033-00 | |
| RW: AT BE CH DE DK ES FI FR GB GR IE IT LU MC NL PT SE | | | | | | | |
| W: BR CN JP KR US | | | | | | | |
| DE 19638667 | A1 | 19980402 | (199819) | | 14 | H01L033-00 | |
| WO 9812757 | A1 | 19980326 | (199819) | GE | 27 | | |
| RW: AT BE CH DE DK ES FI FR GB GR IE IT LU MC NL PT SE | | | | | | | |
| W: BR CN JP KR US | | | | | | | |
| EP 862794 | A1 | 19980909 | (199840) | GE | | | |
| R: DE ES FR GB PT SE | | | | | | | |
| JP 11500584 | W | 19990112 | (199912) | | 23 | H01L033-00 | |
| EP 907969 | A1 | 19990414 | (199919) | GE | | H01L033-00 | |
| R: DE ES FR GB PT SE | | | | | | | |
| BR 9706787 | A | 19990413 | (199921) | | | | |
| CN 1207206 | A | 19990203 | (199924) | | | | |
| BR 9709998 | A | 19990810 | (199953) | | | | |
| CN 1228873 | A | 19990915 | (200001) | | | | |
| US 6066861 | A | 20000523 | (200032)# | | | H01L033-00 | <-- |
| JP 2000236112 | A | 20000829 | (200046) | | 8 | H01L033-00 | |
| KR 99071493 | A | 19990927 | (200048) | | | H01L033-00 | |
| JP 2000512806 | W | 20000926 | (200051) | | 35 | H01L033-00 | |
| DE 19655185 | A1 | 20001012 | (200052) | | | H01L033-00 | |
| DE 29724284 | U1 | 20000921 | (200055) | | | H01L033-00 | |
| DE 29724382 | U1 | 20001221 | (200106) | | | H01L033-00 | |
| KR 2000022539 | A | 20000425 | (200107) | | | H01L033-00 | |
| US 2001000622 | A1 | 20010503 | (200126) | | | H01L033-00 | |
| DE 19638667 | C2 | 20010517 | (200128) | | | H01L033-00 | |
| US 2001002049 | A1 | 20010531 | (200131) | | | H01L033-00 | |
| US 6245259 | B1 | 20010612 | (200135) | | | H01L033-00 | |
| US 6277301 | B1 | 20010821 | (200150) | | | C09K011-02 | |
| US 2001028053 | A1 | 20011011 | (200162) | | | C09K011-02 | |
| US 2001030326 | A1 | 20011018 | (200166) | | | H01L033-00 | |
| US 2001045647 | A1 | 20011129 | (200202) | | | H01L023-48 | |
| DE 29724543 | U1 | 20020228 | (200223) | | | H01L033-00 | |

```
DE 29724582      U1 20020704 (200252)          H01L033-00
EP 1221724       A2 20020710 (200253)  GE      H01L033-00
   R: DE ES FR GB PT SE
JP 2002208733    A  20020726 (200264)        9 H01L033-00
JP 2002232002    A  20020816 (200269)        9 H01L033-00
JP 2002249769    A  20020906 (200274)       10 C09K011-80
EP 862794        B1 20021127 (200279)  GE      H01L033-00
   R: DE ES FR GB PT SE
JP 2002317177    A  20021031 (200304)        9 C09K011-80
JP 2002317178    A  20021031 (200304)       10 C09K011-80
DE 59708820      G  20030109 (200305)          H01L033-00
JP 3364229       B2 20030108 (200306)        9 H01L033-00
US 6576930       B2 20030610 (200340)          H01L033-00
US 6592780       B2 20030715 (200348)          C09K011-02
US 6613247       B1 20030902 (200359)          H01L033-00
JP 2004031988    A  20040129 (200410)       17 H01L033-00
JP 2004031989    A  20040129 (200410)       18 H01L033-00
JP 2004048069    A  20040212 (200413)       17 H01L033-00
US 2004016908    A1 20040129 (200413)          C09K011-02
JP 2004111981    A  20040408 (200425)       18 H01L033-00
US 2004084687    A1 20040506 (200430)          H01L033-00
EP 907969        B1 20040526 (200435)  GE      H01L033-00
   R: DE ES FR GB PT SE
DE 59711671      G  20040701 (200443)          H01L033-00
EP 1434279       A2 20040630 (200443)  GE      H01L033-00
   R: DE ES FR GB PT SE
EP 1439586       A2 20040721 (200447)  GE      H01L033-00
   R: DE ES FR GB PT SE
EP 1441395       A2 20040728 (200449)  GE      H01L033-00
   R: DE ES FR GB PT SE
EP 1441396       A2 20040728 (200449)  GE      H01L033-00
   R: DE ES FR GB PT SE
EP 1441397       A2 20040728 (200449)  GE      H01L033-00
   R: DE ES FR GB PT SE
CN 1515623       A  20040728 (200469)          C08L063-00
DE 29724847      U1 20041104 (200472)          H01L033-00
DE 29724848      U1 20041104 (200472)          H01L033-00
DE 29724849      U1 20041104 (200472)          C08L063-00
US 6812500       B2 20041102 (200472)          H01L033-00
CN 1534802       A  20041006 (200506)          H01L033-00
CN 1534803       A  20041006 (200506)          H01L033-00
CN 1558454       A  20041229 (200523)          H01L033-00
CN 1558455       A  20041229 (200523)          H01L033-00
CN 1560931       A  20050105 (200525)          H01L033-00
DE 29724849      U9 20050421 (200527)          C08L063-00
KR 2004111696    A  20041231 (200528)          H01L033-00
KR 2004111697    A  20041231 (200528)          H01L033-00
KR 2004111698    A  20041231 (200528)          H01L033-00
KR 2004111699    A  20041231 (200528)          H01L033-00
KR 2004111700    A  20041231 (200528)          H01L033-00
KR 2004111701    A  20041231 (200528)          H01L033-00
US 2005127385    A1 20050616 (200540)          H01L033-00
US 2005161694    A1 20050728 (200550)          H01L029-20
JP 2005252293    A  20050915 (200560)       17 H01L033-00
JP 2005260256    A  20050922 (200562)       17 H01L033-00
JP 2005286342    A  20051013 (200567)       18 H01L033-00
US 2005231953    A1 20051020 (200569)          F21K002-00
```

APPLICATION DETAILS:

| PATENT NO | KIND | | APPLICATION | DATE |
|-----------|------|--|-------------|------|
| WO 9750132 | A1 | | WO 1997-DE1337 | 19970626 |
| DE 19638667 | A1 | | DE 1996-1038667 | 19960920 |
| WO 9812757 | A1 | | WO 1997-DE2139 | 19970922 |
| EP 862794 | A1 | | EP 1997-909167 | 19970922 |
| | | | WO 1997-DE2139 | 19970922 |
| JP 11500584 | W | | WO 1997-DE2139 | 19970922 |
| | | | JP 1998-514190 | 19970922 |
| EP 907969 | A1 | | EP 1997-931666 | 19970626 |
| | | | WO 1997-DE1337 | 19970626 |
| BR 9706787 | A | | BR 1997-6787 | 19970922 |
| | | | WO 1997-DE2139 | 19970922 |
| CN 1207206 | A | | CN 1997-191656 | 19970922 |
| BR 9709998 | A | | BR 1997-9998 | 19970626 |
| | | | WO 1997-DE1337 | 19970626 |
| CN 1228873 | A | | CN 1997-197402 | 19970626 |
| US 6066861 | A | Cont of | WO 1997-DE2139 | 19970922 |
| | | | US 1998-82205 | 19980520 |
| JP 2000236112 | A | Div ex | JP 1998-514190 | 19970922 |
| | | | JP 2000-48025 | 19970922 |
| KR 99071493 | A | | WO 1997-DE2139 | 19970922 |
| | | | KR 1998-703765 | 19980520 |
| JP 2000512806 | W | | WO 1997-DE1337 | 19970626 |
| | | | JP 1998-502117 | 19970626 |
| DE 19655185 | A1 | Div ex | DE 1996-1038667 | 19960920 |
| | | | DE 1996-1055185 | 19960920 |
| DE 29724284 | U1 | | DE 1997-2024284 | 19970922 |
| | | Application no. | EP 1997-909167 | 19970922 |
| DE 29724382 | U1 | | DE 1997-2024382 | 19970922 |
| | | Application no. | EP 1997-909167 | 19970922 |
| KR 2000022539 | A | | WO 1997-DE1337 | 19970626 |
| | | | KR 1998-710985 | 19981226 |
| US 2001000622 | A1 | Cont of | WO 1997-DE1337 | 19970626 |
| | | Div ex | US 1998-221789 | 19981228 |
| | | | US 2000-731220 | 20001206 |
| DE 19638667 | C2 | | DE 1996-1038667 | 19960920 |
| US 2001002049 | A1 | Cont of | WO 1997-DE1337 | 19970626 |
| | | Div ex | US 1998-221789 | 19981228 |
| | | | US 2000-731452 | 20001207 |
| US 6245259 | B1 | Cont of | WO 1997-DE2139 | 19970922 |
| | | Div ex | US 1998-82205 | 19980520 |
| | | Div ex | US 2000-536564 | 20000328 |
| | | | US 2000-650932 | 20000829 |
| US 6277301 | B1 | Cont of | WO 1997-DE2139 | 19970922 |
| | | Div ex | US 1998-82205 | 19980520 |
| | | | US 2000-536564 | 20000328 |
| US 2001028053 | A1 | Cont of | WO 1997-DE2139 | 19970922 |
| | | Div ex | US 1998-82205 | 19980520 |
| | | Div ex | US 2000-536564 | 20000328 |
| | | Cont of | US 2000-650932 | 20000829 |
| | | | US 2001-843080 | 20010425 |
| US 2001030326 | A1 | Cont of | WO 1997-DE1337 | 19970626 |
| | | Div ex | US 1998-221789 | 19981228 |

```
                                    US 2001-828727    20010409
US 2001045647   A1 Cont of          WO 1997-DE2139    19970922
                   Div ex           US 1998-82205     19980520
                   Div ex           US 2000-536564    20000328
                                    US 2000-731406    20001206
DE 29724543     U1                  DE 1997-2024543   19970626
                   Application no.  EP 1997-931666    19970626
DE 29724582     U1                  DE 1997-2024582   19970626
                   Application no.  EP 1997-931666    19970626
EP 1221724      A2 Div ex           EP 1997-909167    19970922
                                    EP 2002-7512      19970922
JP 2002208733   A  Div ex          JP 1998-514190    19970922
                                    JP 2001-369805    19970922
JP 2002232002   A  Div ex          JP 1998-514190    19970922
                                    JP 2001-369806    19970922
JP 2002249769   A  Div ex          JP 1998-514190    19970922
                                    JP 2001-369804    19970922
EP 862794       B1                  EP 1997-909167    19970922
                                    WO 1997-DE2139    19970922
                   Related to       EP 2002-7512      19970922
JP 2002317177   A  Div ex          JP 1998-514190    19970922
                                    JP 2001-369803    19970922
JP 2002317178   A  Div ex          JP 1998-514190    19970922
                                    JP 2001-369802    19970922
DE 59708820     G                   DE 1997-508820    19970922
                                    EP 1997-909167    19970922
                                    WO 1997-DE2139    19970922
JP 3364229      B2                  WO 1997-DE2139    19970922
                                    JP 1998-514190    19970922
US 6576930      B2 Cont of          WO 1997-DE1337    19970626
                   Div ex           US 1998-221789    19981228
                                    US 2000-731452    20001207
US 6592780      B2 Cont of          WO 1997-DE2139    19970922
                   Div ex           US 1998-82205     19980520
                   Div ex           US 2000-536564    20000328
                   Cont of          US 2000-650932    20000829
                                    US 2001-843080    20010425
US 6613247      B1 Cont of          WO 1997-DE2139    19970922
                   Div ex           US 1998-82205     19980520
                   Div ex           US 2000-536564    20000328
                                    US 2000-654368    20000901
JP 2004031988   A  Div ex          JP 1998-502117    19970626
                                    JP 2003-355314    20031015
JP 2004031989   A  Div ex          JP 1998-502117    19970626
                                    JP 2003-355317    20031015
JP 2004048069   A  Div ex          JP 1998-502117    19970626
                                    JP 2003-355316    20031015
US 2004016908   A1 Cont of          WO 1997-DE2139    19970922
                   Div ex           US 1998-82205     19980520
                   Div ex           US 2000-536564    20000328
                                    US 2003-623819    20030721
JP 2004111981   A  Div ex          JP 1998-502117    19970626
                                    JP 2003-355315    20031015
US 2004084687   A1 Cont of          WO 1997-DE2139    19970922
                   Div ex           US 1998-82205     19980520
                   Div ex           US 2000-536564    20000328
                   Cont of          US 2000-650932    20000829
```

```
                          Cont of        US 2001-843080    20010425
                                         US 2003-616783    20030710
EP 907969      B1                        EP 1997-931666    19970626
                                         WO 1997-DE1337    19970626
DE 59711671    G                         DE 1997-511671    19970626
                                         EP 1997-931666    19970626
                                         WO 1997-DE1337    19970626
EP 1434279     A2  Div ex                EP 1997-931666    19970626
                                         EP 2004-8349      19970626
EP 1439586     A2  Div ex                EP 1997-931666    19970626
                                         EP 2004-8348      19970626
EP 1441395     A2  Div ex                EP 1997-931666    19970626
                                         EP 2004-9016      19970626
EP 1441396     A2  Div ex                EP 1997-931666    19970626
                                         EP 2004-9017      19970626
EP 1441397     A2  Div ex                EP 1997-931666    19970626
                                         EP 2004-9018      19970626
CN 1515623     A   Div ex                CN 1997-191656    19970922
                                         CN 2003-116399    19970922
DE 29724847    U1                        DE 1997-2024847   19970626
                   Application no.        EP 1997-931666    19970626
DE 29724848    U1                        DE 1997-2024848   19970626
                   Application no.        EP 1997-931666    19970626
DE 29724849    U1                        DE 1997-2024849   19970922
                   Application no.        EP 1997-909167    19970922
US 6812500     B2  Cont of               WO 1997-DE1337    19970626
                   Div ex                US 1998-221789    19981228
                                         US 2000-731220    20001206
CN 1534802     A   Div ex                CN 1997-197402    19970626
                                         CN 2003-1118178   19970626
CN 1534803     A   Div ex                CN 1997-197402    19970626
                                         CN 2003-1118179   19970626
CN 1558454     A   Div ex                CN 1997-191656    19970922
                                         CN 2004-36701     19970922
CN 1558455     A   Div ex                CN 1997-191656    19970922
                                         CN 2004-36704     19970922
CN 1560931     A   Div ex                CN 1997-191656    19970922
                                         CN 2004-36703     19970922
DE 29724849    U9                        DE 1997-2024849   19970922
KR 2004111696  A                         KR 2004-719066    20041125
KR 2004111697  A                         KR 2004-719067    20041125
KR 2004111698  A                         KR 2004-719068    20041125
KR 2004111699  A                         KR 2004-719069    20041125
KR 2004111700  A                         KR 2004-719070    20041125
KR 2004111701  A                         KR 2004-719071    20041125
US 2005127385  A1  Cont of               WO 1997-DE1337    19970626
                   Div ex                US 1998-221789    19981228
                   Cont of               US 2000-731220    20001206
                                         US 2004-979778    20041102
US 2005161694  A1  Cont of               WO 1997-DE1337    19970626
                   Cont of               US 1998-221789    19981228
                                         US 2005-80786     20050315
JP 2005252293  A   Div ex                JP 2003-355315    19970626
                                         JP 2005-112809    20050408
JP 2005260256  A   Div ex                JP 2003-355314    19970626
                                         JP 2005-112811    20050408
JP 2005286342  A   Div ex                JP 2003-355315    19970626
```

```
                                        JP 2005-112810      20050408
     US 2005231953   A1 Cont of          WO 1997-DE1337      19970626
                        Cont of          US 1998-221789      19981228
                        Cont of          US 2005-80786       20050315
                                         US 2005-150916      20050613
```

FILING DETAILS:

```
     PATENT NO       KIND                PATENT NO
     ------------------------------------------------------
     EP 862794       A1 Based on         WO 9812757
     JP 11500584     W  Based on         WO 9812757
     EP 907969       A1 Based on         WO 9750132
     BR 9706787      A  Based on         WO 9812757
     BR 9709998      A  Based on         WO 9750132
     KR 99071493     A  Based on         WO 9812757
     JP 2000512806   W  Based on         WO 9750132
     DE 19655185     A1 Div ex           DE 19638667
     KR 2000022539   A  Based on         WO 9750132
     US 6245259      B1 Div ex           US 6066861
     US 6277301      B1 Div ex           US 6066861
     US 2001028053   A1 Div ex           US 6066861
                        Cont of          US 6245259
     US 2001045647   A1 Div ex           US 6066861
                        Div ex           US 6277301
     EP 1221724      A2 Div ex           EP 862794
     EP 862794       B1 Related to       EP 1221724
                        Based on         WO 9812757
     DE 59708820     G  Based on         EP 862794
                        Based on         WO 9812757
     JP 3364229      B2 Previous Publ.   JP 11500584
                        Based on         WO 9812757
     US 6592780      B2 Div ex           US 6066861
                        Cont of          US 6245259
                        Div ex           US 6277301
     US 6613247      B1 Div ex           US 6066861
                        Div ex           US 6277301
     US 2004016908   A1 Div ex           US 6066861
                        Div ex           US 6277301
     US 2004084687   A1 Div ex           US 6066861
                        Cont of          US 6245259
                        Div ex           US 6277301
                        Cont of          US 6592780
     EP 907969       B1 Based on         WO 9750132
     DE 59711671     G  Based on         EP 907969
                        Based on         WO 9750132
     EP 1434279      A2 Div ex           EP 907969
     EP 1439586      A2 Div ex           EP 907969
     EP 1441395      A2 Div ex           EP 907969
     EP 1441396      A2 Div ex           EP 907969
     EP 1441397      A2 Div ex           EP 907969
     US 2005127385   A1 Cont of          US 6812500
```

```
PRIORITY APPLN. INFO: DE 1996-19638667      19960920
                      DE 1996-19625622      19960626
                      US 1998-82205         19980520
                      DE 1996-19655185      19960920
```

MEMBER 18

```
LEVEL 1
AN     246140434 INPADOC  ED 20041028  EW 200444  UP 20050804  UW 200531
TI     Lichtabstrahlendes Halbleiterbauelement mit Lumineszenzkonversionselement
       .
PA     OSRAM OPTO SEMICONDUCTORS GMBH
PAS    OSRAM OPTO SEMICONDUCTORS GMBH
PAA    DE
TL     German
DT     Utility Model
PIT    DEU1 UTILITY MODEL
PI     DE 29724847       U1 20040930
AI     DE 1997-29724847  U  19970626
PRAI   DE 1997-29724847  U  19970626
       DE 1996-19625622  A1 19960626
       DE 1996-19638667  A1 19960920   (EDPR 19990324)
       EP 1997-931666    A  19970626
ICM    (7) H01L033-00
EPC    C09K11/77M2D; C09K11/77M6; C09K11/77P2D; C09K11/77P6; C09K11/77S2;
       C09K11/77S2H; C09K11/77S6; H01L33/00B2B; H01L33/00B3B
```

MEMBER 19

```
LEVEL 1
AN     246140450 INPADOC  ED 20041028  EW 200444  UP 20050804  UW 200531
TI     Lichtabstrahlendes Halbleiterbauelement mit Lumineszenzkonversionselement
       .
PA     OSRAM OPTO SEMICONDUCTORS GMBH
PAS    OSRAM OPTO SEMICONDUCTORS GMBH
PAA    DE
TL     German
DT     Utility Model
PIT    DEU1 UTILITY MODEL
PI     DE 29724848       U1 20040930
AI     DE 1997-29724848  U  19970626
PRAI   DE 1997-29724848  U  19970626
       DE 1996-19625622  A1 19960626
       DE 1996-19638667  A1 19960920   (EDPR 19990324)
       EP 1997-931666    A  19970626
ICM    (7) H01L033-00
EPC    C09K11/77M2D; C09K11/77M6; C09K11/77P2D; C09K11/77P6; C09K11/77S2;
       C09K11/77S2H; C09K11/77S6; H01L33/00B2B; H01L33/00B3B
```

```
-----------
MEMBER 20
-----------

LEVEL 1
AN     246140466 INPADOC  ED 20041028  EW 200444  UP 20050414  UW 200515
TI     Lichtabstrahlendes optisches Bauelement mit einer
       wellenlaengenkonvertierenden Vergussmasse.
PA     OSRAM OPTO SEMICONDUCTORS GMBH
```

```
ICS    (7) G02F002-02
ICA    (7) C09K011-80
EPC    H01L33/00B2B; H01L33/00B3B

LEVEL 2
AN     138301458 INPADOC  ED 20040220  EW 200408  UP 20050310  UW 200510
TI     Wellenlaengenkonvertierende Vergussmasse und lichtabstrahlendes
       Halbleiterbauelement.
PA     SIEMENS AG
PAS    SIEMENS AG
PAA    DE
TL     German
DT     Utility Model
PIT    DEU1 UTILITY MODEL
PI     DE 29724284          U1 20000921
AI     DE 1997-29724284     U  19970922
PRAI   DE 1997-29724284     U  19970922
       DE 1996-19638667     A1 19960920   (EDPR 19990324)
       EP 1997-909167       A  19970922
ICM    (7) H01L033-00
ICS    (7) G02F002-02
ICA    (7) C09K011-80
EPC    C09K11/77M2D; C09K11/77M6; C09K11/77P2D; C09K11/77P6; C09K11/77S2;
       C09K11/77S2H; C09K11/77S6; H01L33/00B2B; H01L33/00B3B
```

MEMBER 15

```
LEVEL 1
AN     143277218 INPADOC  ED 20010130  EW 200104  UP 20010507  UW 200118
TI     WELLENLAENGENKONVERTIERENDE VERGUSSMASSE UND LICHTABSTRAHLENDES
       HALBLEITERBAUELEMENT.
PA     OSRAM OPTO SEMICONDUCTORS GMBH & CO. OHG
PAS    OSRAM OPTO SEMICONDUCTORS GMBH
PAA    DE
DT     Utility Model
PIT    DEU1 UTILITY MODEL
PI     DE 29724382          U1 20010125
AI     DE 1997-29724382     U  19970922
PRAI   DE 1997-29724382     U  19970922
       DE 1996-19638667     A1 19960920   (EDPR 19990324)
       EP 1997-909167       A  19970922
ICM    (7) H01L033-00
ICA    (7) C09K011-80
EPC    H01L33/00B2B; H01L33/00B3B

LEVEL 2
AN     143277218 INPADOC  ED 20040220  EW 200408  UP 20050310  UW 200510
TI     Wellenlaengenkonvertierende Vergussmasse und lichtabstrahlendes
       Halbleiterbauelement.
PA     OSRAM OPTO SEMICONDUCTORS GMBH & CO. OHG
PAS    OSRAM OPTO SEMICONDUCTORS GMBH
PAA    DE
TL     German
DT     Utility Model
PIT    DEU1 UTILITY MODEL
```

```
PI    DE 29724382        U1 20001221
AI    DE 1997-29724382   U  19970922
PRAI  DE 1997-29724382   U  19970922
      DE 1996-19638667   A1 19960920   (EDPR 19990324)
      EP 1997-909167     A  19970922
ICM   (7) H01L033-00
ICA   (7) C09K011-80
EPC   C09K11/77M2D; C09K11/77M6; C09K11/77P2D; C09K11/77P6; C09K11/77S2;
      C09K11/77S2H; C09K11/77S6; H01L33/00B2B; H01L33/00B3B


-----------
MEMBER 16
-----------

LEVEL 1
AN    172136194 INPADOC  ED 20020409  EW 200214  UP 20030128  UW 200304
TI    LICHTABSTRAHLENDES HALBLEITERBAUELEMENT MIT LUMINESZENZKONVERSIONSELEMENT
      .
PA    OSRAM OPTO SEMICONDUCTORS GMBH & CO. OHG
PAS   OSRAM OPTO SEMICONDUCTORS GMBH
PAA   DE
DT    Utility Model
PIT   DEU1 UTILITY MODEL
PI    DE 29724543        U1 20020404
AI    DE 1997-29724543   U  19970626
PRAI  DE 1997-29724543   U  19970626
      DE 1996-19625622   A1 19960626
      DE 1996-19638667   A1 19960920   (EDPR 19990324)
      EP 1997-931666     A  19970626
ICM   (7) H01L033-00
ICS   (7) H01S005-026; (7) F21S008-10; (7) G09F009-33;
      (7) G09F009-35; (7) C09D005-22; (7) B64D047-02
ICA   (7) C09K011-80
ICI   (7) F21Y101:02; (7) F21W101:08; (7) F21W101:06
EPC   H01L33/00B3B


LEVEL 2
AN    172136194 INPADOC  ED 20040220  EW 200408  UP 20050804  UW 200531
TI    Lichtabstrahlendes Halbleiterbauelement mit Lumineszenzkonversionselement
      .
PA    OSRAM OPTO SEMICONDUCTORS GMBH & CO. OHG
PAS   OSRAM OPTO SEMICONDUCTORS GMBH
PAA   DE
TL    German
DT    Utility Model
PIT   DEU1 UTILITY MODEL
PI    DE 29724543        U1 20020228
AI    DE 1997-29724543   U  19970626
PRAI  DE 1997-29724543   U  19970626
      DE 1996-19625622   A1 19960626
      DE 1996-19638667   A1 19960920   (EDPR 19990324)
      EP 1997-931666     A  19970626
ICM   (7) H01L033-00
ICS   (7) H01S005-026; (7) F21S008-10; (7) G09F009-33;
      (7) G09F009-35; (7) C09D005-22; (7) B64D047-02
ICA   (7) C09K011-80
```

```
PRAI  DE 1997-59708820     A  19970922
      DE 1996-19638667     A  19960920     (EDPR 19990324)
      WO 1997-DE2139       W  19970922     (EDPR 19990329)
ICM   (7) H01L033-00
ICS   (7) H01S005-32

LEGAL STATUS
AN    192452402 INPADOC
20031204 DE8363   - OPPOSITION AGAINST THE PATENT
                  .......................................20031209


  -----------
  MEMBER 22
  -----------

LEVEL 1
AN    237134114 INPADOC  ED 20040701  EW 200427  UP 20040701  UW 200427
TI    LICHTABSTRAHLENDES HALBLEITERBAUELEMENT MIT LUMINESZENZKONVERSIONSELEMENT
      .
IN    REEH, ULRIKE; HOEHN, KLAUS; STATH, NORBERT; WAITL, GUENTHER; SCHLOTTER,
      PETER; SCHMIDT, ROLF; SCHNEIDER, JUERGEN
INS   REEH ULRIKE; HOEHN KLAUS; STATH NORBERT; WAITL GUENTHER; SCHLOTTER PETER;
      SCHMIDT ROLF; SCHNEIDER JUERGEN
INA   DE; DE; DE; DE; DE; DE; DE
PA    OSRAM OPTO SEMICONDUCTORS GMBH
PAS   OSRAM OPTO SEMICONDUCTORS GMBH
PAA   DE
TL    German
DT    Patent
PIT   DEC0 GRANTED EUROPEAN PATENTS
PI    DE 59711671          C0 20040701
AI    DE 1997-59711671     A  19970626
PRAI  DE 1997-59711671     A  19970626
      DE 1996-19625622     A  19960626
      DE 1996-19638667     A  19960920     (EDPR 19990324)
      WO 1997-DE1337       W  19970626
ICM   (7) H01L033-00
ICS   (7) H01S005-32

LEGAL STATUS
AN    237134114 INPADOC
20050525 DE8363   - OPPOSITION AGAINST THE PATENT
                  .......................................20050527
20051013 DE8327   CHANGE IN THE PERSON/NAME/ADDRESS OF THE PATENT OWNER
                  OSRAM GESELLSCHAFT MIT BESCHRAENKTER HAFTUNG, 81543
                  .......................................20051013


  -----------
  MEMBER 23
  -----------

LEVEL 1
AN    26520611 INPADOC  EW 199837  UP 20050624  UW 200524
TI    SEALING MATERIAL WITH WAVELENGTH CONVERTING EFFECT, APPLICATION AND
      PRODUCTION PROCESS.
      MASSE DE SCELLEMENT A EFFET CONVERTISSEUR DE LONGUEUR D'ONDE, UTILISATION
      ET PROCEDE DE PRODUCTION.
```

```
        WELLENLAeNGENKONVERTIERENDE VERGUSSMASSE, DEREN VERWENDUNG UND VERFAHREN
        ZU DEREN HERSTELLUNG.
IN      HOEHN, KLAUS; DEBRAY, ALEXANDRA; SCHLOTTER, PETER; SCHMIDT, RALF;
        SCHNEIDER, JUERGEN
INS     HOEHN KLAUS; DEBRAY ALEXANDRA; SCHLOTTER PETER; SCHMIDT RALF; SCHNEIDER
        JUERGEN
INA     DE; DE; DE; DE; DE
PA      SIEMENS AKTIENGESELLSCHAFT
PAS     SIEMENS AG
PAA     DE
TL      English; French; German
LA      German
DT      Patent
PIT     EPA1 PUBL. OF APPLICATION WITH SEARCH REPORT
PI      EP 862794          A1 19980909
DS      R: DE ES FR GB PT SE
AI      EP 1997-909167      A 19970922
PRAI    WO 1997-DE2139      W 19970922   (EDPR 19990329)
        DE 1996-19638667    A 19960920   (EDPR 19990324)
ICM     (6) H01L033-00
ICS     (6) H01S003-19
EPC     C09K11/77M2D; C09K11/77M6; C09K11/77P2D; C09K11/77P6; C09K11/77S2;
        C09K11/77S2H; C09K11/77S6; H01L33/00B2B; H01L33/00B3B


LEVEL 2
AN      26520611 INPADOC  ED 20021202  EW 200248  UP 20050624  UW 200524
TI      SEALING MATERIAL WITH WAVELENGTH CONVERTING EFFECT AND ITS PRODUCTION
        PROCESS, PROCESS OF FABRICATING A LIGHT EMITTING SEMICONDUCTOR DEVICE AND
        LIGHT EMITTING SEMICONDUCTOR DEVICE.
        MASSE DE SCELLEMENT A EFFET CONVERTISSEUR DE LONGUEUR D'ONDE ET PROCEDE
        DE SA PRODUCTION, PROCEDE DE PRODUCTION D'UN DISPOSITIF SEMI-CONDUCTEUR
        EMETTEUR DE LUMIERE ET DISPOSITIF SEMI-CONDUCTEUR EMETTEUR DE LUMIERE.
        WELLENLAeNGENKONVERTIERENDE VERGUSSMASSE UND VERFAHREN ZU DEREN
        HERSTELLUNG, VERFAHREN ZUM HERSTELLEN EINES LICHT ABSTRAHLENDEN
        HALBLEITERBAUELEMENTS UND LICHT ABSTRAHLENDES HALBLEITERBAUELEMENT.
IN      HOEHN, KLAUS; DEBRAY, ALEXANDRA; SCHLOTTER, PETER; SCHMIDT, RALF;
        SCHNEIDER, JUERGEN
INS     HOEHN KLAUS; DEBRAY ALEXANDRA; SCHLOTTER PETER; SCHMIDT RALF; SCHNEIDER
        JUERGEN
INA     DE; DE; DE; DE; DE
PA      OSRAM OPTO SEMICONDUCTORS GMBH & CO. OHG
PAS     OSRAM OPTO SEMICONDUCTORS GMBH
PAA     DE
TL      English; French; German
LA      German
DT      Patent
PIT     EPB1 PATENT
PI      EP 862794          B1 20021127
DS      R: DE ES FR GB PT SE
AI      EP 1997-909167      A 19970922
PRAI    WO 1997-DE2139      W 19970922   (EDPR 19990329)
        DE 1996-19638667    A 19960920   (EDPR 19990324)
ICM     (7) H01L033-00
ICS     (7) H01S005-32
EPC     C09K11/77M2D; C09K11/77M6; C09K11/77P2D; C09K11/77P6; C09K11/77S2;
        C09K11/77S2H; C09K11/77S6; H01L33/00B2B; H01L33/00B3B
```