# Exhibit 3
# OSRAM PATENT FAMILY

