US006245259B1

## (12) United States Patent
### Höhn et al.

(10) Patent No.: **US 6,245,259 B1**
(45) Date of Patent: ***Jun. 12, 2001**

(54) **WAVELENGTH-CONVERTING CASTING COMPOSITION AND LIGHT-EMITTING SEMICONDUCTOR COMPONENT**

(75) Inventors: **Klaus Höhn**, Taufkirchen; **Alexandra Debray**, Regensburg; **Peter Schlotter**, Freiburg; **Ralf Schmidt**, Vörstetten; **Jürgen Schneider**, Kirchzarten, all of (DE)

(73) Assignee: **Osram Opto Semiconductors, GmbH & Co. OHG**, Regensburg (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/650,932**

(22) Filed: **Aug. 29, 2000**

### Related U.S. Application Data

(62) Division of application No. 09/536,564, filed on Mar. 28, 2000, which is a division of application No. 09/082,205, filed on May 20, 1998, now Pat. No. 6,066,861, which is a continuation of application No. PCT/DE97/02139, filed on Sep. 22, 1997.

(30) **Foreign Application Priority Data**

Sep. 20, 1996  (DE) ............................... 196 38 667

(51) Int. Cl.[7] ........................... **H01L 33/00**; C09K 11/02; H01J 63/04
(52) U.S. Cl. ...................... **252/301.36**; 257/99; 257/98; 257/100; 257/81; 257/89; 313/486; 313/467; 313/468
(58) Field of Search ....................... 252/301.36, 301.4 R; 257/99, 98, 100; 313/486, 467, 468; 250/81, 89

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,453,604 | 7/1969 | Geusic et al. | 340/173 |
| 3,510,732 | 5/1970 | Amans | 317/234 |
| 3,529,200 | 9/1970 | Potter | 313/108 |
| 3,573,568 | 4/1971 | Siegel | 313/108 |
| 3,593,055 | 7/1971 | Geusic | 313/108 |
| 3,654,463 | 4/1972 | Geusic et al. | 250/71 R |
| 3,691,482 | 9/1972 | Pinnow et al. | 332/7.51 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 26 42 465 | 3/1978 | (DE) . |
| 38 04 293 A1 | 8/1989 | (DE) . |

(List continued on next page.)

OTHER PUBLICATIONS

Translation of Japanese Patent No. 2927279.
Applied Physics Letters, "Candela–class high–brightness InGaN/AlGaN double–heterostructure blue–light–emitting diodes", Mar. 28, 1994, 64 (13), pp. 1687–1689.

(List continued on next page.)

*Primary Examiner*—C. Melissa Koslow
(74) *Attorney, Agent, or Firm*—Fish & Richardson P.C.

(57) **ABSTRACT**

The wavelength-converting casting composition is based on a transparent epoxy casting resin with a luminous substance admixed. The composition is used in an electroluminescent component having a body that emits ultraviolet, blue or green light. An inorganic luminous substance pigment powder with luminous substance pigments is dispersed in the transparent epoxy casting resin. The luminous substance is a powder of Ce-doped phosphors and the luminous substance pigments have particle sizes $\leq 20$ $\mu$m and a mean grain diameter $d_{50} \leq 5$ $\mu$m.

**16 Claims, 4 Drawing Sheets**



US 6,245,259 B1
Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 3,699,478 | 10/1972 | Pinnow et al. | 332/7.51 |
| 3,819,974 | 6/1974 | Stevenson et al. | 313/499 |
| 3,932,881 | 1/1976 | Mita | 357/17 |
| 3,942,185 | 3/1976 | Lebailly | 357/17 |
| 4,146,790 | 3/1979 | Goetzberger et al. | 250/336 |
| 4,173,495 | 11/1979 | Rapp et al. | 136/89 PC |
| 4,262,206 | 4/1981 | Viehmann | 250/483 |
| 4,298,820 | 11/1981 | Bongers et al. | 313/463 |
| 4,431,941 | 2/1984 | Roy et al. | 313/487 |
| 4,495,514 | 1/1985 | Lawrence et al. | 357/67 |
| 4,550,256 | 10/1985 | Berkstresser et al. | 250/483.1 |
| 4,599,537 | 7/1986 | Yamashita | 313/501 |
| 4,716,337 | 12/1987 | Huiskes et al. | 313/487 |
| 4,727,283 | 2/1988 | Van Kemenade et al. | 313/487 |
| 4,734,619 | 3/1988 | Havel | 313/516 |
| 4,818,983 | 4/1989 | Hara et al. | 340/794 |
| 5,019,746 | 5/1991 | Merg | 313/512 |
| 5,035,513 | 7/1991 | Fehrenbach et al. | 374/161 |
| 5,120,214 | 6/1992 | Tokarlin | 424/690 |
| 5,184,114 | 2/1993 | Brown | 340/701 |
| 5,369,289 | 11/1994 | Tamaki et al. | 257/99 |
| 5,471,113 | 11/1995 | DeBacker et al. | 313/487 |
| 5,535,230 | 7/1996 | Abe | 372/43 |
| 5,602,418 | 2/1997 | Imai et al. | 257/627 |
| 5,652,438 | 7/1997 | Sassa et al. | 257/94 |
| 5,656,832 | 8/1997 | Ohba et al. | 257/190 |
| 5,670,798 | 9/1997 | Schetzina | 257/96 |
| 5,959,316 | 9/1999 | Lowery | 257/98 |
| 5,998,925 * | 12/1999 | Shimizu et al. | 313/503 |
| 6,066,861 * | 5/2000 | Hohn et al. | 257/99 |
| 6,078,063 | 6/2000 | Nakamura et al. | 257/96 |

FOREIGN PATENT DOCUMENTS

| Number | Date | Country |
|---|---|---|
| 90 13 615 | 1/1991 | (DE) . |
| 0 039 017 B1 | 11/1981 | (EP) . |
| 0486052A1 | 5/1992 | (EP) . |
| 1332462 | 10/1973 | (GB) . |
| 2053953 | 2/1981 | (GB) . |
| 1589964 | 5/1981 | (GB) . |
| 46-7462 | 12/1971 | (JP) . |
| 47-17684 | 9/1972 | (JP) . |
| 49-1221 | 1/1974 | (JP) . |
| 49-112577 | 10/1974 | (JP) . |
| 50-43913 | 4/1975 | (JP) . |
| 52-45181 | 10/1977 | (JP) . |
| 54-41660 | 12/1979 | (JP) . |
| 59-50455 | 4/1984 | (JP) . |
| 63-280467 | 11/1988 | (JP) . |
| 4-63162 | 5/1992 | (JP) . |
| 4-63163 | 5/1992 | (JP) . |
| 5-152609 | 6/1993 | (JP) . |
| 5-63068 | 8/1993 | (JP) . |
| 7-99345 | 4/1995 | (JP) . |
| 7-176794 | 7/1995 | (JP) . |
| 8-7614 | 1/1996 | (JP) . |
| 98/12757 * | 3/1998 | (WO) . |

OTHER PUBLICATIONS

J. Applied Physics, "Large–band gap SiC, III–V nitride, and II–VI Zn–Se–based semiconductor device technologies", Aug. 1, 1994, 76 (3), pp. 1363–1398.

J. Vac. Sci. Technol., InGaN/AlGaN blue–light emitting diode, May/Jun. 1995, A13 (3), pp. 705–710.

Journal of IES (Illuminating Engineering Soc.), "Improved color rendition in high pressure mercury vapor lamps", Jan. 1977, pp. 89–91.

Physical Review, "Frequency Upconversion in $YF_3:Yb^{3+}$ $Tm3^+$", Apr. 15, 1971, B3 (8), pp. 2698–2705.

J. Applied Physics, "Efficiency of Red, Green, and Blue Infrared–to–Visible Conversion Sources", Apr. 1971, pp. 1958–1960.

English abstract of Japanese Laid–open Patent 01–179471, Jul. 17, 1989.

Translation of Japanese Laid–open Patent 05–152609, Jun. 18, 1993.

English abstract of Japanese Laid–open 07–099345, Apr. 11, 1995.

Translation of Japanese Laid–open Patent 07–176794, Jul. 14, 1995.

Translation of Japanese Laid–open Patent 08–7614, Jan. 12, 1996.

Osinski, Marek, AlGaN/InGaN/GaN blue light emitting diode degradation under pulsed current stress, Applied Physics Letter, Aug. 12, 1996, pp. 898–900.

D.J. Robbins: "The Effects of Crystal Field and Temperature on the Photoluminescence Excitation of $Ce^{3+}$ in YAG", J. Electrchem. Soc.: Solid State Science and Technology 1979, vol. 126, No. 9, pp. 1550–1555.

Glen A. Slack et al.: "Optical Absorption of $Y_3A_{15}O_{12}$ from 10– to 55000–cm Wave Numbers", Physical Review, vol. 177, No. 3, Jan. 15, 1969, pp. 1308–1314.

Shuji Nakamura et al.: "The blue laser diode: GaN based Light emitters and lasers", Springer Vertag, Berlin, 1997, pp. 216–219, 328.

G.. Blasse et al.,: "A New Phosphor for Flying—Spot Cathode–Ray Tubes for Color Television: Yellow Emitting $Y^3Al_5O^{12}-Ce_{3+}$", Applied Physics Letter, vol. 11, No. 2, 15, pp. 53, 54.

B.M.J. Smets: "Phosphors Based On Rare–Earths, A New Era in Fluorescent Lighting", Materials Chemistry and Physics, 16 (1987), pp. 283–299.

Cheo et al.: "White Light Emitting glasses", Journal Solid State Chemistry, 1991, pp. 17–29.

Siemans Forsch.—Entwichkl.—Ber. Bd (1997), No. 3, p. 162 [Siemens Research and Development Reports], vol. 6.

S.N. Mohammad et al.: "emerging gallium Nitride Based Devices", Proceeding of the IEEE, vol. 83, No. 10, Oct. 1995, pp. 1306–1355.

Translation of Japanese Laid–open Patent 50–43913, Apr. 21, 1975.

* cited by examiner













FIG 6



FIG 7



FIG 8

# WAVELENGTH-CONVERTING CASTING COMPOSITION AND LIGHT-EMITTING SEMICONDUCTOR COMPONENT

## CROSS-REFERENCE TO RELATED APPLICATION

This is a division of copending application Ser. No. 09/536,564, filed Mar. 28, 2000, which is a division of application Ser. No. 09/082,205, filed May 20, 1998, now U.S. Pat. No. 6,066,861, which was a continuation of international application PCT/DE97/02139, filed Sep. 22, 1997, which designated the United States.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates to a wavelength-converting casting composition based on a transparent epoxy casting resin which is mixed with a luminous substance, for an electroluminescent component having a body that emits ultraviolet, blue or green light.

### 2. Description of the Related Art

A component of that type has become known, for instance, from German published, non-prosecuted patent application DE 38 04 293. The reference describes an arrangement with an electroluminescent diode or laser diode, in which the emissions spectrum emitted by the diode is shifted toward longer wavelengths, by means of a plastic element mixed with a fluorescing, light-converting, organic colorant. The light emitted by the arrangement as a result has a different color from what the light emitting diode emitted. Depending on the type of colorant added to the plastic, it is possible to produce LED arrays that light up in different colors with one and the same type of light-emitting diode (LED).

In many potential applications for LEDs, such as in display elements in motor vehicle dashboards, illumination in aircraft and automobiles, and in LED displays capable of showing full color, there is an increasing demand for LED arrays with which mixed color light and in particular white light can be generated.

However, the prior art casting compositions of the type referred to at the outset with organic luminous substances exhibit a shift in the color location, that is, the color of the light emitted by the electroluminescent component, under temperature and temperature/humidity stresses. Japanese patent disclosure JP-07 176 794-A describes a white-light-emitting planar light source, in which two diodes that emit blue light are disposed on one face end of a transparent plate and emit light into the transparent plate. The transparent plate is coated on one of the two opposed main sides with a fluorescing substance that emits light when it is excited with the blue light of the diodes. The light emitted by the fluorescing substance has a different wavelength from the blue light emitted by the diodes. In this known component, it is especially difficult to apply the fluorescing substance in such a way that the light source emits homogeneous white light. Moreover, replicability and mass production presents major problems, because even slight fluctuations in the layer thickness of the fluorescing layer, for instance from irregularities of the surface of the transparent plate, cause a change in the white of the light emitted.

## SUMMARY OF THE INVENTION

It is accordingly an object of the invention to provide a wavelength-converting casting mass, which overcomes the above-mentioned disadvantages of the prior art devices and methods of this general type and with which electroluminescent components can be produced that emit homogeneous mixed-colored light, and which enables mass production at reasonable engineering effort and expense and with maximally replicable component characteristics. The emitted light should be color-stable even under temperature and temperature/humidity stresses. It is a further object to specify a use for the casting mass and a method for producing the composition.

With the foregoing and other objects in view there is provided, in accordance with the invention, a wavelength-converting casting composition, for converting a wavelength of ultraviolet, blue or green light emitted by an electroluminescent component, comprising:

a transparent epoxy casting resin;

an inorganic luminous substance pigment powder dispersed in the transparent epoxy resin, the pigment powder comprising luminous substance pigments from a phosphorous group having the general formula $A_3B_5X_{12}$:M;

the luminous substance pigments having grain sizes $\leq 20$ $\mu$m and a mean grain diameter $d_{50} \leq 5$ $\mu$m.

In accordance with an added feature of the invention, the mean grain diameter $d_{50}$ of the luminous substance pigments is between one and two micrometers.

Inorganic/mineral luminous substances are extremely stable with regard to temperature and temperature/humidity stresses.

In accordance with an additional feature of the invention, the composition includes the following parts:

a) epoxy casting resin $\geq 60\%$ by weight;
b) luminous substance pigments $>0$ and $\leq 25\%$ by weight;
c) thixotropic agent $>0$ and $\leq 10\%$ by weight;
d) mineral diffusor $>0$ and $\leq 10\%$ by weight;
e) processing adjuvant $>0$ and $\leq 3\%$ by weight;
f) hydrophobic agent $>0$ and $\leq 3\%$ by weight; and
g) adhesion promoters $>0$ and $\leq 2\%$ by weight.

Suitable epoxy casting resins are described for instance in German published, non-prosecuted patent application 26 42 465 (pp. 4–9, in particular examples 1–4), and in European patent disclosure EP 0 039 017 and U.S. Pat. No. 4,365,052 (pp. 2–5, in particular examples 1–8 appearing in both the EP and U.S. patents). The disclosures of those documents are hereby expressly incorporated by reference.

Pyrogenic silicic acid is for instance used as the thixotropic agent. The thixotropic agent is used to thicken the epoxy casting resin, so as to reduce the sedimentation of the luminous substance pigment powder. The flow and wetting properties are also adjusted for processing the casting resin

$CaF_2$ is preferably used as a mineral diffusor for optimizing the luminous pattern of the component.

Glycol ether is for instance suitable as a processing adjuvant. It improves the compatibility between the epoxy casting resin and the luminous substance pigment powder and is thus used to stabilize the dispersion of luminous substance pigment powder and epoxy casting resin. To that end, surface modifiers based on silicone can also be employed.

The hydrophobic agent, such as liquid silicone wax, is also used to modify the pigment surface; in particular, the compatibility and wettability of the inorganic pigment surface is improved with the organic resin.

The adhesion promoter, such as functional alkoxysiloxane, improves the adhesion between the pigments and the epoxy resin in the cured state of the casting

composition. As a result it is attained that the boundary face between the epoxy resin and the pigments will not rupture, for instance in response to temperature fluctuations. Gaps between the epoxy resin and the pigments would cause light losses in the component.

The epoxy casting resin, preferably with a reactive triple oxiran ring, preferably includes a monofunctional and/or multifunctional epoxy casting resin system ($\geq 80\%$ by weight, such as bisphenol-A-diglycidyl ether), a reactive diluent ($\leq 10\%$ by weight, such as aromatic monoglycidyl ether), a multifunctional alcohol ($\leq 5\%$ by weight), a degassing agent based on silicone ($\leq 1\%$ by weight), and a decolorizing component to adjust the color number ($\leq 1\%$ by weight).

In accordance with another feature of the invention, the luminous substance pigments are substantially spherical particles or flakelike particles. The tendency to clumping of such pigments is advantageously very slight. The $H_2O$ content is below 2%.

In the production and processing of epoxy casting resin components with inorganic luminous substance pigment powders, in general not only wetting but also sedimentation problems occur. Especially luminous substance pigment powders with $d_{50} \leq 5$ $\mu$m have a strong tendency to clumping. In the last-named composition of the casting composition, the luminous substance pigments, with the above-indicated particle size, can advantageously be substantially free of clumps and can be dispersed homogeneously in the epoxy casting resin. This dispersion is stable even under long-term storage of the casting composition. Essentially no problems of wetting and/or sedimentation occur.

In accordance with a further feature of the invention, the luminous substance pigments are particles of Ce-doped garnets, such as, particularly, YAG:Ce particles. An advantageous dopant concentration is 1%, for example, and an advantageous luminous substance concentration is 12%, for example. The preferred high-purity luminous substance pigment powder also advantageously has an iron content of $\leq 5$ ppm. A high iron content leads to high light losses in the component. The luminous substance pigment powder is highly abrasive. The iron content in the casting composition can therefore rise considerably during production. Iron contents in the casting composition <20 ppm are advantageous.

The inorganic luminous substance YAG:Ce has the particular advantage, among others, that this involves insoluble color pigments with an index of refraction of approximately 1.84. As a result, along with the wavelength conversion, dispersion and scattering effects occur that lead to good mixing of blue diode emissions with yellow converter radiation.

It is also especially advantageous that the luminous substance concentration in the epoxy resin when inorganic luminous substance pigments are used is not limited by the solubility, as is the case for organic colorants.

For further reduction of clumping, the luminous substance pigments may advantageously be provided with a silicone coating.

With the above and other objects in view there is also provided, in accordance with the invention, a method of producing a wavelength-converting casting composition, for converting a wavelength of ultraviolet, blue or green light emitted by an electroluminescent component, the method which comprises:

providing a base of transparent epoxy casting resin;
providing a luminous substance pigment powder of luminous substance pigments from a phosphorous group having the general formula $A_3B_5X_{12}$:M;

tempering the luminous substance pigment powder at a temperature of $\geq 200°$ C. and subsequently mixing the tempered pigment powder with the epoxy casting resin.

Tempering is preferably effected for approximately ten hours. As a result, again the tendency to clumping can be reduced.

As an alternative or in addition for this purpose, the luminous substance pigment powder, before being mixed with the epoxy casting resin, can be slurried in a high-boiling alcohol and subsequently dried. A further possibility for reducing clumping is to add a hydrophobic silicone wax to the luminous substance pigment powder before the powder is mixed with the epoxy casting resin. Surface stabilization of the phosphors by heating the pigments in the presence of glycol ethers, for instance for 16 hours at T>60° C., is especially advantageous.

To avoid problematic contamination upon dispersal of the luminous substance pigments, caused by abrasion, reaction vessels, agitators and dispersing devices as well as rolling mechanisms of glass, corundum, carbide and nitride materials as well as especially hardened types of steel are used. Clump-free luminous substance dispersions are also obtained by ultrasonic methods or by the use of screens and glass ceramic frits.

An especially preferred inorganic luminous substance for producing optoelectronic components that light up white is the phosphorous YAG:Ce ($Y_3Al_5O_{12}$:$Ce^{3+}$). This phosphorous can be especially simply mixed with transparent epoxy casting resins conventionally used in LED technology. Also conceivable as luminous substances are other garnets, doped with rare earths, such as $Y_3Ga_5O_{12}$:$Ce^{3+}$, $Y(Al,Ga)_5O_{12}$:$Ce^{3+}$, and $Y(Al,Ga)_5O_{12}$:$Tb^{3+}$.

To generate mixed-colored light, the thiogallates doped with rare earths are moreover especially suitable, examples being $CaGa_2S_4$:$Ce^{3+}$ and $SrGa_2S_5$:$Ce^{3+}$. Once again, the use of aluminates doped with rare earths, such as $YAlO_3$:$Ce^{3+}$, $YGaO_3$:$Ce^{3+}$, $Y(Al,Ga)O_3$:$Ce^{3+}$, and orthosilicates doped with rare earths, $M_2SiO_5$:$Ce^{3+}$ (M:Sc,Y,Sc), such as $Y_2SiO_5$:$Ce^{3+}$ is conceivable. In all the yttrium compounds, the yttrium can in principle also be replaced with scandium or lanthanum.

Therefore, in the phosphorous group $A_3B_5X_{12}$:M, the variables may stand for the following exemplary elements: A=Y, Ca, Sr; B=Al, Ga, Si; X=O, S; and M=$Ce^{3+}$, $Tb^{3+}$. The variables can represent a single one of the listed exemplary elements. Alternatively, the variables can represent a mixture of two or more of the listed exemplary elements.

Preferably, the casting composition according to the invention is used in a radiation-emitting semiconductor body, in particular with an active semiconductor layer or semiconductor layer sequence of $Ga_xIn_{1-x}N$ or $Ga_xAl_{1-x}N$, which in operation emits an electromagnetic radiation of the ultraviolet, blue and/or green spectral range. The luminous substance particles in the casting composition convert some of the radiation originating in this spectral range into radiation with a longer wavelength, in such a way that the semiconductor component emits mixed radiation, and in particular mixed-colored light comprising this radiation as well as radiation from the ultraviolet, blue and/or green spectral range. This means for instance that the luminous substance particles spectrally selectively absorb some of the radiation emitted by the semiconductor body and emit in the longer-wave range. Preferably, the radiation emitted by the semiconductor body has a relative maximum intensity at a wavelength lambda $\lambda \leq 520$ nm, and the wavelength range spectrally selectively absorbed by the luminous substance particles is outside this maximum intensity.

It is also advantageously possible for a plurality of different kinds of luminous substance particles, which emit at different wavelengths, to be dispersed in the casting composition. This is preferably achieved by means of different doping in different host lattices. This advantageously makes it possible to generate manifold color mixtures and color temperatures of the light emitted by the component. This is especially of interest for LEDs capable of emitting full color.

In a preferred use of the casting composition of the invention, a radiation-emitting semiconductor body (such as an LED chip) is at least partly enclosed by the casting composition. The casting composition is preferably simultaneously used as a component envelope (housing). The advantage of a semiconductor component in accordance with this embodiment is essentially that conventional production lines used to make conventional LEDs (such as radial LEDs) can be used to produce it. For the component envelope, instead of the transparent plastic used for this purpose in conventional LEDs, the casting composition can simply be employed.

With the casting composition of the invention, it is possible in a simple way, with a single colored light source, particularly an LED with a single semiconductor body that emits blue light, to create mixed-colored and in particular white light. For instance to generate white light with a semiconductor body that emits blue light, some of the radiation emitted by the semiconductor body is converted out of the blue spectral range into the yellow spectral range, which is complementary in color to blue, by means of inorganic luminous substance particles.

The color temperature or color location of the white light can be varied by a suitable choice of the luminous substance, its particle size, and its concentration. In addition, luminous substance mixtures can also be employed, and as a result advantageously the desired tonality of the color of the emitted light can be adjusted very precisely.

Especially preferably, the casting composition is used in a radiation-emitting semiconductor body in which the emitted radiation spectrum has a maximum intensity at a wavelength between 420 nm and 460 nm, and in particular at 430 nm (examples being semiconductor bodies based on $Ga_xAl_{1-x}N$) or 450 nm (such as semiconductor bodies based on $Ga_xIn_{1-x}N$). With such a semiconductor component, nearly all the colors and mixed colors in the CIE chromaticity diagram can advantageously be generated.

Instead of the radiation-emitting semiconductor body of electroluminescing semiconductor material, however, some other electroluminescing material may be used, such as polymer material.

With the objects of the invention is view there is further provided, in accordance with the invention, a light-emitting semiconductor component, comprising:

a semiconductor body formed of a semiconductor layer sequence and being capable, during an operation of the semiconductor component, of emitting electromagnetic radiation in at least one of an ultraviolet, blue, and green spectral range;

a wavelength-converting casting composition disposed in a vicinity of the semiconductor body, the casting composition being formed of a transparent epoxy casting resin and an inorganic luminous substance pigment powder dispersed in the transparent epoxy resin, the pigment powder comprising luminous substance pigments from a phosphorous group having the general formula $A_3B_5X_{12}$:M and having grain sizes $\leq 20$ μm and a mean grain diameter $d_{50} \leq 5$ μm;

the luminous substance pigments converting a portion of the radiation originating from the ultraviolet, blue and green spectral range into radiation of a higher wavelength, such that the semiconductor component emits mixed radiation including the higher-wavelength radiation and radiation from at least one of the ultraviolet, blue and green spectral range.

In other words, the casting composition is especially suitable for a light-emitting semiconductor component (for instance an LED), in which the electroluminescing semiconductor body is disposed in a recess of a prefabricated housing, optionally already provided with a leadframe, and the recess is provided with the casting composition. This kind of semiconductor component can be produced in great numbers on conventional production lines. All that is needed, after mounting of the semiconductor body in the housing, is to fill the recess with the casting composition.

A semiconductor component that emits white light can be produced with the casting composition according to the invention advantageously by choosing the luminous substance in such a way that a blue radiation emitted by the semiconductor body is converted into complementary wavelength ranges, in particular blue and yellow, or additive color triads, such as blue, green and red. The yellow or green and red light is generated via the luminous substances. The color tonality (color location in the CIE chromaticity diagram) of the white light thus produced can then be varied by means of a suitable choice of the luminous substance or luminous substances in terms of their mixture and concentration.

To improve the mixing of the radiation emitted by an electroluminescing semiconductor body with the radiation converted by the luminous substance and thus to improve the homogeneity of color of the light emitted by the component, in an advantageous feature of the casting composition according to the invention a blue-luminescing colorant, which attenuates a so-called directional characteristic of the radiation emitted by the semiconductor body. The term "directional characteristic" is understood to mean that the radiation emitted by the semiconductor body has a preferential emission direction.

A semiconductor component according to the invention that emits white light, with an electroluminescing semiconductor body emitting blue light, can be especially preferably achieved by admixing the inorganic luminous substance YAG:Ce ($Y_3Al_5O_{12}$:$Ce^{3+}$) with the epoxy resin used for the casting composition. Some of the blue radiation emitted by the semiconductor body is shifted by the inorganic luminous substance ($Y_3Al_5O_{12}$:$Ce^{3+}$) into the yellow spectral range and thus into a wavelength range that is complementary in color to the color blue. The color tonality (color location in the CIE chromaticity diagram) of the white light can then be varied by means of a suitable choice of the colorant concentration.

In addition, light-scattering particles, so-called diffusers, can be added to the casting composition. As a result, the color impression and the emission characteristics of the semiconductor component can advantageously be still further optimized.

With the casting composition of the invention, advantageously an ultraviolet radiation emitted by an electroluminescing semiconductor body along with the visible radiation can advantageously be converted into visible light. This markedly increases the brightness of the light emitted by the semiconductor body.

A particular advantage of semiconductor components according to the invention that emit white light, and in which YAG:Ce is used in particular as the luminescence-

7

converting colorant, is that this luminous substance on excitation with blue light causes a spectral shift of approximately 100 nm between absorption and emission. This leads to a substantial reduction and reabsorption of the light emitted by the luminous substance and thus to a higher light yield. Moreover, YAG:Ce advantageously has high thermal and photochemical (such as UV) stability (substantially higher than organic luminous substances) so that even white-emitting diodes for outdoor use and/or high temperature ranges can be produced.

YAG:Ce has by now proved itself to be the best-suitable luminous substance in terms of reabsorption, light yield, thermal and photochemical stability, and processability. However, the use of other Ce-doped phosphors, in particular Ce-doped types of garnet, is also conceivable.

The wavelength conversion of the primary radiation is determined by the crystal field cleavage of the active transition metal centers in the host lattice. By substituting Gd and/or Lu for Y, or Ga for Al in the $Y_3Al_5O_{12}$ garnet lattice, the emission wavelengths can be shifted in various ways, and this can also be done by the type of doping. By substituting $Eu^{3+}$ and/or $Cr^{3+}$ for $Ce^{3+}$ centers, corresponding shifts can be brought about. Corresponding dopings with $Nd^{3+}$ and $Er^{3+}$ even make it possible, because of the greater ion radii and thus reduced crystal field cleavage, to make components that emit infrared (IR) light.

Other features which are considered as characteristic for the invention are set forth in the appended claims.

Although the invention is illustrated and described herein as embodied in a wavelength-converting casting composition, its use, and method for its production, it is nevertheless not intended to be limited to the details shown, since various modifications and structural changes may be made therein without departing from the spirit of the invention and within the scope and range of equivalents of the claims.

The construction and method of operation of the invention, however, together with additional objects and advantages thereof will be best understood from the following description of specific embodiments when read in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic sectional view of a first semiconductor component with a casting composition according to the invention;

FIG. 2 is a schematic sectional view of a second semiconductor component with a casting composition according to the invention;

FIG. 3 is a schematic sectional view of a third semiconductor component with a casting composition according to the invention;

FIG. 4 is a schematic sectional view of a fourth semiconductor component with a casting composition according to the invention;

FIG. 5 is a schematic sectional view of a fifth semiconductor component with a casting composition according to the invention;

FIG. 6 is a graph of an emission spectrum of a semiconductor body that emits blue light, with a layer sequence on the basis of GaN;

FIG. 7 is a graph of the emissions spectra of two semiconductor components with a casting composition according to the invention, which emit white light; and

FIG. 8 is a graph of the emissions spectra of further semiconductor components that emit white light.

8

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference is now had to the figures of the drawing in which elements that are identical or that function identically are identified by the same reference numerals throughout.

In the light-emitting semiconductor component of FIG. 1, the semiconductor body 1 is secured by its back-side contact 11 to a first electrical terminal 2 by means of an electrically conductive joining means such as a metal solder or an adhesive. The front-side contact 12 is joined to a second electrical terminal 3 by means of a bond wire 14.

The free surfaces of the semiconductor body 1 and portions of the electrical terminals 2 and 3 are enclosed directly by a hardened, wavelength-converting casting or potting composition 5. The casting composition preferably has the following: epoxy casting resin 80 to 90% by weight, luminous substance pigments (YAG:Ce) $\leq 15\%$ by weight, diethylene glycol monomethyl ether $\leq 2\%$ by weight, Tegopren a processing adjuvant (additive for keeping the surface of the resin free from bubbles, craters and similar faults) 6875-45$\leq 2\%$ by weight, Aerosil a thixotropic agent 200$\leq 5\%$ by weight.

The exemplary embodiment of a semiconductor component according to the invention shown in FIG. 2 differs from that of FIG. 1 in that the semiconductor body 1 in portions of the electrical terminals 2 and 3 are enclosed not by a wavelength-converting potting mass but by a transparent envelope 15. The transparent envelope 15 does not cause any change in the wavelength of the radiation emitted by the semiconductor body 1 and for instance comprises an epoxy, silicone or acrylate resin conventionally used in LED technology, or some other suitable radiation-permeable material, such as inorganic glass.

A layer 4 is applied to the transparent envelope 15. The layer 4 comprises a wavelength-converting casting composition and, as shown in FIG. 2, covers the entire surface of the envelope 15. It is equally conceivable for the layer 4 to cover only a portion of the surface. The layer 4 for instance comprises a transparent epoxy resin which is mixed with luminous substance particles 6. Once again, for a semiconductor component that emits white light, YAG:Ce is preferred as the luminous substance.

FIG. 3 illustrates a particularly advantageous and preferred embodiment of the invention. The first and second electrical terminals 2, 3 are embedded in an opaque, and optionally prefabricated, basic housing 8 that has a recess 9. The term "prefabricated" is understood to mean that the basic housing 8 is already finished at the terminals 2, 3, for instance by means of injection molding, before the semiconductor body is mounted on the terminal 2. The basic housing 8, by way of example, is formed of opaque plastic, and in terms of its form the recess 9 is embodied as a reflector 17 for the radiation emitted by the semiconductor body in operation (the reflection optionally being achieved by means of suitable coating of the inside walls of the recess 9). Such basic housings 8 are used in particular for LEDs that are surface-mounted on printed circuit boards. They are applied, before mounting of the semiconductor body, to a conductor strip (lead frame) that has the electrical terminals 2, 3, the application for instance being done by injection molding.

The recess 9 is filled with a casting composition 5, whose composition is equivalent to that given above in conjunction with the description of FIG. 1.

FIG. 4 shows a so-called radial diode. Here, the electroluminescing semiconductor body 1 is secured, for instance by

soldering or adhesive bonding, in a part 16, embodied as a reflector, of the first electrical terminal 2. Such housing constructions are known in LED technology and therefore require no further description here. The free surfaces of the semiconductor body 1 are covered directly by a is casting composition 5 containing luminous substance particles 6, and the casting composition in turn is surrounded by a further transparent housing envelope 10.

It will be appreciated by those skilled in the art that, in the construction of FIG. 4 as well, analogously to the component of FIG. 1, an integral envelope comprising hardened casting composition 5 with luminous substance particles 6, may also be used.

In the exemplary embodiment of FIG. 5, a layer 4 (see the list of materials given above) is coated directly on the semiconductor body 1. The semiconductor body 1 and portions of the electrical terminals 2, 3 are enclosed by a further transparent housing envelope 10. The latter causes no change in wavelength of the radiation that has passed through the layer 4, and it is made for instance from a transparent epoxy resin that is usable in LED technology, or from glass.

Such semiconductor bodies 1 provided with a layer 4 and without an envelope can naturally advantageously be used in all the housing constructions known from LED technology (such as SMD housings, and radial housings; see FIG. 4).

In all the components described above, in order to optimize the color impression of the light emitted and to adapt the emission characteristics, the casting composition 5, optionally the transparent envelope 15, and/or optionally the further transparent envelope 10 may have light-scattering particles, advantageously so-called diffusers. Examples of such diffusers are mineral fillers, in particular $CaF_2$, $TiO_2$, $SiO_2$, $CaCO_3$, or $BaSO_4$, or organic pigments. These materials can easily be added to epoxy resins. FIGS. 6–8 illustrate emissions spectra. FIG. 6 refers to a semiconductor body that emits blue light (luminescence maximum at $\lambda$~430 nm) and FIGS. 7 and 8 refer to semiconductor components that emit white light.. In each case, the wavelength $\lambda$ is plotted in nm on the abscissa, and a relative electroluminescence (EL) intensity is plotted on the ordinate.

Of the radiation emitted by the semiconductor body in FIG. 6, only some is converted into a longer-wavelength range, so that white light is created as the mixed color. The dashed line 30 in FIG. 7 represents an emissions spectrum of a semiconductor component which emits radiation comprising two complementary wavelength ranges (blue and yellow) and thus emits combined white light. The emissions spectrum here has one maximum each at wavelengths between approximately 400 and approximately 430 nm (blue) and between approximately 550 and 580 nm (yellow). The solid line 31 represents the emissions spectrum of a semiconductor component that mixes the color white from three wavelength ranges (additive color triad comprising blue, green and red). The emissions spectrum here has one maximum each for the wavelengths of approximately 430 nm (blue), approximately 500 nm (green) and approximately 615 nm (red).

FIG. 8 shows an emissions spectrum of a white-emitting semiconductor component, which is provided with a semiconductor body that transmits an emissions spectrum as shown in FIG. 6 and in which YAG:Ce is used as the luminous substance. Of the radiation shown in FIG. 6 emitted by the semiconductor body, only some is converted into a longer-wavelength range, so that white light is created as a mixed color. The variously dashed lines 32–33 of FIG. 8 represent emissions spectra of semiconductor components according to the invention, in which the epoxy resin of the casting composition 5 has different YAG:Ce concentrations. Each emissions spectrum has one maximum intensity between lambda=420 nm and lambda=430 nm (i.e., in the blue spectrum), and between lambda=520 nm and lambda=545 nm (i.e., in the green spectrum). The emission bands having the longer-wavelength maximum intensity are predominantly located in the yellow spectral range. The graph of FIG. 8 shows that in the semiconductor component of the invention, the CIE color location of the white light can be varied in a simple way by varying the luminous substance concentration in the epoxy resin.

While the foregoing specification refers specifically to a semiconductor body, for example LED chips or laser diode chips, the invention is not in the least restricted to these embodiments. The term may also be understood to mean a polymer LED, for instance, that emits an equivalent radiation spectrum.

We claim:

1. A wavelength-converting casting composition, for converting a wavelength of ultraviolet, blue or green light emitted by an electroluminescent component, comprising:
    a transparent epoxy casting resin;
    an inorganic luminous substance pigment powder dispersed in said transparent resin, said pigment powder comprising luminous substance pigments from Ce-doped phosphors; and
    said luminous substance pigments having grain sizes $\leq 20$ $\mu$m and a mean grain diameter $d_{50} \leq 5$ $\mu$m.

2. The casting composition according to claim 1, wherein said luminous substance pigments are substantially spherical particles.

3. The casting composition according to claim 1, wherein said luminous substance pigments are flakelike particles.

4. The casting composition according to claim 1, wherein the mean grain diameter $d_{50}$ of said luminous substance pigments is between one and two micrometers.

5. The casting composition according to claim 1, which comprises the following components:
    a) epoxy casting resin $\geq 60\%$ by weight;
    b) luminous substance pigments $>0$ and $\leq 25\%$ by weight;
    c) thixotropic agent $>0$ and $\geq 10\%$ by weight;
    d) mineral diffusor $>0$ and $\leq 10\%$ by weight;
    e) processing adjuvant $>0$ and $\geq 3\%$ by weight;
    f) hydrophobic agent $>0$ and $\leq 3\%$ by weight; and
    g) adhesion promoters $>0$ and $\leq 2\%$ by weight.

6. The casting composition according to claim 1, wherein said Ce-doped phosphors are garnets.

7. The casting composition according to claim 1, wherein said Ce-doped phosphors are YAG:Ce based particles.

8. The casting composition according to claim 1, which comprises a content of iron $\leq 20$ ppm.

9. The casting composition according to claim 1, wherein said luminous substance pigments are formed with a silicon coating.

10. A light-emitting semiconductor component, comprising:
    a semiconductor body formed of a semiconductor layer sequence and being capable, during an operation of the semiconductor component, of emitting electromagnetic radiation in at least one of an ultraviolet, blue, and green spectral range;
    a wavelength-converting casting composition disposed in a vicinity of said semiconductor body, said casting

US 6,245,259 B1

| 11 | 12 |

composition being formed of a transparent epoxy casting resin and an inorganic luminous substance pigment powder dispersed in said transparent resin, said pigment powder comprising first luminous substance pigments from Ce-doped phosphors and having grain sizes $\leqq 20$ $\mu$m and a mean grain diameter $d_{50} \leqq 5$ $\mu$m;

said luminous substance pigments converting a portion of the radiation originating from the at least one of the ultraviolet, blue and green spectral range into radiation of a higher wavelength, such that the semiconductor component emits mixed radiation including the higher-wavelength radiation and radiation from the at least one of the ultraviolet, blue and green spectral range.

11. The light-emitting semiconductor component according to claim **10**, wherein said casting composition encloses at least a part of said semiconductor body.

12. The light-emitting semiconductor component according to claim **10**, wherein said semiconductor body is adapted to emit radiation in a blue spectral range having a maximum luminescence intensity at a wavelength between 420 nm and 460 nm.

13. The light-emitting semiconductor component according to claim **10**, which further comprises an opaque base housing having a recess formed therein, said semiconductor body being disposed in said recess and said recess being at least partially filled with said casting composition.

14. The light-emitting semiconductor component according to claim **10**, wherein said inorganic luminous substance pigment powder further comprises additional luminous substance pigments that differ from said first luminous substance pigments in respect to a host lattice distribution and a type and extent of doping.

15. The light-emitting semiconductor component according to claim **10**, wherein said semiconductor body is a blue light emitting semiconductor body, and said Ce-doped phosphor comprises types of garnet adapted to shift some of the blue light emitted by said semiconductor body into a yellow spectral range, whereby the semiconductor component emits white light.

16. The light-emitting semiconductor component according to claim **10**, wherein said semiconductor body is a blue light emitting semiconductor body, and luminous substance pigment powder shifts some of the blue light emitted by said semiconductor body into a green and red spectral range, whereby the semiconductor component emits white light.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,245,259 B1                                                        Page 1 of 2
DATED         : June 12, 2001
INVENTOR(S)   : Klaus Höhn, Alexandra Debray, Peter Schlotter, Ralf Schmidt and Jürgen Schneider

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Title page,</u>
**References Cited,**
U.S. PATENT DOCUMENTS, 3,573,568 change Patent "4/1971" to -- 6/1969 --
FOREIGN PATENT DOCUMENTS, change Patent "90 13 615" to -- 90 13 615.2 --

**ABSTRACT,**
After "sizes", change "$\leqq$" to -- $\leq$ --
After "$d_{50}$", change "$\leqq$" to -- $\leq$ --

<u>Column 2,</u>
Line 32, change "$\geqq$" to -- $\geq$ --

<u>Column 3,</u>
Lines 10, 11-13, 23 and 38, change "$\leqq$" to -- $\leq$ --

<u>Column 4,</u>
Line 2, change "$\geqq$" to -- $\geq$ --
Line 10, insert -- point -- after "boiling"
Line 65, change "$\leqq$" to -- $\leq$ --

<u>Column 5,</u>
Lines 66 and 67, change "$\leqq$" to -- $\leq$ --
Line 51, change "is" to -- in --

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,245,259 B1                                                    Page 2 of 2
DATED        : June 12, 2001
INVENTOR(S)  : Klaus Höhn, Alexandra Debray, Peter Schlotter, Ralf Schmidt and Jürgen Schneider

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 8,
Lines 17, 17, 21 and 22, change "$\leqq$" to -- $\leq$ --

Column 9,
Line 5, delete "is"

Column 10,
Lines 30 and 31, change "$\leqq$" to -- $\leq$ --

Column 10, claim 5,
Lines 42, 44 and 46, change "$\geqq$" to -- $\geq$ --
Lines 43, 45, 47 and 48, change "$\leqq$" to -- $\leq$ --

Column 10, claim 8,
Change "$\leqq$" to -- $\leq$ --

Column 11, claim 10,
Line 6, change "$\leqq$" to -- $\leq$ --

Signed and Sealed this

Twenty-sixth Day of February, 2002

*Attest:*

*Attesting Officer*

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*