

**IN ADVANCE BY FAX (5 Pages)**
**FOLLOWED BY COURIER**

**CITIZEN ELECTRONICS CO. LTD**
Director of Research and
Development Division
1-23-1 Kami-Kurechi
Fuji Yoshida

Yamanashi 403-0001
JAPAN

Fax-Letter
0081-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

cc: Director of General
    Affairs Division

| Ihr Zeichen/Nachricht vom | Unsere Nachricht vom | Unsere Zeichen | OSRAM-Haus München · Hellabrunner Str. 1 |
|---|---|---|---|
| | | Po/mt | January 28, 2003 |

Dear Sirs,

I am writing to you as an appreciated company regarding an important intellectual property matter.

As you are probably aware, OSRAM has made and continues to make substantial investment in research and development in a phosphor converting white LED technology. OSRAM holds strong patents in the phosphor conversion area. While we do not want to impact our relationship I need to clarify our position on a key patent.

We believe that CITIZEN manufactures, markets and sells white LED products incorporating a phosphor conversion technology, which makes use of our Particle Size Patents (see Enclosure 1a, 1b, 1c). We further believe that your products, either separately or as part of other products, are offered for sale, sold and used in countries where our Particle Size Patents are in force. We would be willing to offer to CITIZEN a royalty-bearing license under our Particle Size Patents, provided we can discuss this with you as soon as possible.

Please contact me by letter (fax: 0049 89 6213-2019) or via e-mail (g.pokorny@OSRAM.de) at your earliest convenience. We suggest to hold a meeting with CITIZEN as soon as possible. We believe you should be interested in discussing licence terms with us promptly. At this time, I am authorized to offer reasonable licensing terms under the Particle Size Patents. These terms are only available to those companies that take a license voluntarily.

| Bearbeiter<br>G:\Trautmann\citizen.28.01.03.doc | ☎ 089 6213-2376<br>Vermittlung 089 6213-0 | Fax<br>089 6213-2019 | E-Mail:<br>M.Trautmann@OSRAM.DE | |
|---|---|---|---|---|
| Briefadresse:<br>OSRAM GmbH<br>D-81536 München | Paketadresse:<br>OSRAM GmbH<br>Hellabrunner Str. 1<br>D-81543 München | OSRAM-Gesellschaft mit<br>beschränkter Haftung<br>München<br>Vorsitzender des<br>Aufsichtsrates:<br>Jürgen Radomski | Geschäftsführung:<br>Wolf-Dieter Bopst,<br>Vorsitzender<br>Jörg Schaefer<br>Thomas Seeberg | Registergericht:<br>München HRB 4151 |

If we have not heard anything from you by February 21, 2003 we will assume that your LEDs contain unlicensed particle size technology. In that case, should OSRAM be forced to take further action against CITIZEN or its customers, the favourable licensing terms I am prepared to offer will no longer be available. We look forward to your reply.

Very truly yours,

OSRAM
Gesellschaft mit beschränkter Haftung

Gerd Pokorny
Vice President

**Enclosures**