

⑲ **BUNDESREPUBLIK DEUTSCHLAND**



**DEUTSCHES PATENT- UND MARKENAMT**

⑫ **Gebrauchsmusterschrift**

⑩ **DE 297 24 382 U 1**

㊿ Int. Cl.⁷:
**H 01 L 33/00**
// C09K 11/80

| | | |
|---|---|---|
| ㉑ | Aktenzeichen: | 297 24 382.9 |
| ㉖ | Anmeldetag: | 22. 9. 1997 |
| | aus Patentanmeldung: | 97 90 9167.5 |
| ㊼ | Eintragungstag: | 21. 12. 2000 |
| ㊸ | Bekanntmachung im Patentblatt: | 25. 1. 2001 |

**DE 297 24 382 U 1**

㊱ Innere Priorität:
196 38 667. 5    20. 09. 1996

㊨ Inhaber:
OSRAM Opto Semiconductors GmbH & Co. oHG, 93049 Regensburg, DE

㊁ Vertreter:
Epping, Hermann & Fischer GbR, 80339 München

㊺ Wellenlängenkonvertierende Vergußmasse und lichtabstrahlendes Halbleiterbauelement

㊗ Wellenlängenkonvertierende Vergußmasse (5) auf der Basis eines transparenten Epoxidgießharzes, das mit einem Leuchtstoff versetzt ist, für ein elektrolumineszierendes Bauelement mit einem ultraviolettes, blaues oder grünes Licht aussendenden Körper (1), dadurch gekennzeichnet, daß im transparenten Epoxidgießharz ein anorganisches Leuchtstoffpigmentpulver mit Leuchtstoffpigmenten (6) aus der Gruppe der Phosphore mit der allgemeinen Formel $A_3B_5X_{12}$ : M dispergiert ist und daß die Leuchtstoffpigmente Korngrößen $\leq 20\,\mu m$ und einen mittleren Korndurchmesser $d_{50} \leq 5\,\mu m$ aufweisen.



**DE 297 24 382 U 1**

1997 G 2507 DE 01

297 24 382.9

1

Beschreibung

Wellenlängenkonvertierende Vergußmasse und lichtabstrahlendes
5  Halbleiterbauelement

Die Erfindung betrifft eine wellenlängenkonvertierende Verguß-
masse auf der Basis eines transparenten Epoxidgießharzes, das
mit einem Leuchtstoff versetzt ist, insbesondere für die Ver-
10  wendung bei einem elektrolumineszierenden Bauelement mit einem
ultraviolettes, blaues oder grünes Licht aussendenden Körper.

Ein derartiges Bauelement ist beispielsweise aus der Offenle-
gungsschrift DE 38 04 293 bekannt. Darin ist eine Anordnung mit
15  einer Elektrolumineszenz- oder Laserdiode beschrieben, bei der
das von der Diode abgestrahlte Emmissionsspektrum mittels eines
mit einem fluoreszierenden, lichtwandelnden organischen Farb-
stoff versetzten Elements aus Kunststoff zu größeren Wellenlän-
gen hin verschoben wird. Das von der Anordnung abgestrahlte
20  Licht weist dadurch eine andere Farbe auf als das von der
Leuchtdiode ausgesandte. Abhängig von der Art des dem Kunst-
stoff beigefügten Farbstoffes lassen sich mit ein und demselben
Leuchtdiodentyp Leuchtdiodenanordnungen herstellen, die in un-
terschiedlichen Farben leuchten.

25

In vielen potentiellen Anwendungsgebieten für Leuchtdioden, wie
zum Beispiel bei Anzeigeelementen im Kfz-Armaturenbereich, Be-
leuchtung in Flugzeugen und Autos und bei vollfarbtauglichen
LED-Displays, tritt verstärkt die Forderung nach Leuchtdioden-
30  anordnungen auf, mit denen sich mischfarbiges Licht, insbeson-
dere weißes Licht erzeugen läßt.

Die bislang bekannten Vergußmassen der eingangs genannten Art
mit organischen Leuchtstoffen zeigen bei Temperatur- und Tempe-
35  ratur-Feuchtebeanspruchung jedoch eine Verschiebung des Farbor-
tes, also des Farbe des vom elektrolumineszierenden Bauelement
abgestrahlten Lichtes.



1997 G 2507 DE 01

297 24 382.9

2

In JP-07 176 794-A ist eine weißes Licht aussendende planare
Lichtquelle beschrieben, bei der an einer Stirnseite einer
transparenten Platte zwei blaues Licht emittierende Dioden an-
geordnet sind, die Licht in die transparente Platte hinein aus-
5   senden. Die transparente Platte ist auf einer der beiden einan-
der gegenüberliegenden Hauptflächen mit einer fluoreszierenden
Substanz beschichtet, die Licht emittiert, wenn sie mit dem
blauen Licht der Dioden angeregt wird. Das von der fluoreszie-
10  renden Substanz emittierte Licht hat eine andere Wellenlänge
als das von den Dioden emittierte blaue Licht. Bei diesem be-
kannten Bauelement ist es besonders schwierig, die fluoreszie-
rende Substanz in einer Art und Weise aufzubringen, daß die
Lichtquelle homogenes weißes Licht abstrahlt. Darüber hinaus
15  bereitet auch die Reproduzierbarkeit in der Massenfertigung
große Probleme, weil schon geringe Schichtdickenschwankungen
der fluoreszierenden Schicht, z. B. aufgrund von Unebenheiten
der Oberfläche der transparenten Platte, eine Änderung des
Weißtones des abgestrahlten Lichtes hervorruft.
20

Der vorliegenden Erfindung liegt die Aufgabe zugrunde, eine
Vergußmasse der eingangs genannten Art zu entwickeln, mit der
elektrolumineszierende Bauelemente hergestellt werden können,
die homogenes mischfarbiges Licht abstrahlen und die eine Mas-
25  senfertigung mit vertretbarem technischen Aufwand und mit wei-
testgehend reproduzierbarer Bauelementcharakteristik ermög-
licht. Weiterhin sollen entsprechende lichtabstrahlende Halb-
leiterbauelemente angegeben werden. Das abgestrahlte Licht soll
auch bei Temperatur- und Temperatur-Feuchtebeanspruchung
30  farbstabil sein.

Diese Aufgabe wird durch eine Vergußmasse mit den Merkmalen des
Schutzanspruches 1 und durch ein lichtabstrahlendes Halbleiter-
bauelement mit den Merkmalen des Patentanspruches 13 gelöst.
35  Vorteilhafte Weiterbildungen der Erfindung sind Gegenstand der
Unteransprüche 2 bis 12 bzw. 14 bis 19.



1997 G 2507 DE 01

297 24 382.9



2a

Erfindungsgemäß ist vorgesehen, daß im transparenten Epoxid-
gießharz ein anorganisch-mineralisches Leuchtstoffpigmentpulver

DE 297 24 382 U1

1997 G 2507 DE 01

13.10.00

3

auf der Basis eines Granatwirtsgitters mit der allgemeinen For-
mel $A_3B_5X_{12}$:M dispergiert sind und daß die Leuchtstoffpigmente
Korngrößen ≤ 20 μm und einen mittleren Korndurchmesser $d_{50}$ ≤ 5
μm aufweisen. Besonders bevorzugt liegt der mittlere Korndurch-
5    messer $d_{50}$ zwischen 1 und 2 μm. Bei diesen Korngrößen können
günstige Fertigungsausbeuten erhalten werden.

Anorganisch-mineralische Leuchtstoffe sind vorteilhafterweise
äußerst temperatur- und temperatur-feuchtestabil.
10

Bei einer besonders bevorzugten Weiterbildung der erfindungsge-
mäßen Vergußmasse setzt sich diese zusammen aus:
a) Epoxidgießharz ≥ 60 Gew%
b) Leuchtstoffpigmente ≤ 25 Gew%
15   c) Thixotropiermittel ≤ 10 Gew%
d) mineralischem Diffusor ≤ 10 Gew%
e) Verarbeitungshilfsmittel ≤ 3 Gew%
f) Hydrophobiermittel ≤ 3 Gew%
g) Haftvermittler ≤ 2 Gew%.
20

Geeignete Epoxidgießharze sind beispielsweise in der DE-OS 26
42 465 auf den Seiten 4 bis 9, insbesondere Beispiele 1 bis 4,
und in der EP 0 039 017 auf den Seiten 2 bis 5, insbesondere
Beispiele 1 bis 8, beschrieben, deren Offenbarungsgehalt hier-
25   mit durch Rückbezug aufgenommen wird.

Als Thixotropiermittel ist beispielsweise pyrogene Kieselsäure
verwendet. Das Thixotropiermittel dient zur Eindickung des
Epoxidgießharzes, um die Sedimentation des Leuchtpigmentpulvers
30   zu vermindern. Für die Gießharzverarbeitung werden weiter die
Fließ- und Benetzungseigenschaften eingestellt.

Als mineralischer Diffusor zur Optimierung des Leuchtbildes des
Bauelements ist bevorzugt $CaF_2$ verwendet.
35

Als Verarbeitungshilfsmittel eignet sich beispielsweise Glyko-
lether. Es verbessert die Verträglichkeit zwischen Epoxidgießß-

DE 297 24 382 U1

1997 G 2507 DE 01



4

harz und Leuchtpigmentpulver und dient damit zur Stabilisierung
der Dispersion Leuchtpigmentpulver - Epoxidgießharz. Zu diesem
Zweck können auch Oberflächenmodifikatoren auf Silikonbasis
eingesetzt werden.

5

Das Hydrophobiermittel, z. B. flüssiges Silikonwachs, dient
ebenfalls zur Modifikation der Pigmentoberfläche, insbesondere
wird die Verträglichkeit und Benetzbarkeit der anorganischen
Pigmentoberfläche mit dem organischen Harz verbessert.

10

Der Haftvermittler, z. B. funktionelles Alkoxysiloxan, verbes-
sert die Haftung zwischen den Pigmenten und dem Epoxidharz im
ausgehärteten Zustand der Vergußmasse. Dadurch wird erreicht,
daß die Grenzfläche zwischen dem Epoxidharz und den Pigmenten

15 z. B. bei Temperaturschwankungen nicht abreißt. Spalte zwischen
dem Epoxidharz und den Pigmenten würden zu Lichtverlusten im
Bauelement führen.

Das Epoxidgießharz, bevorzugt mit einem reaktiven Oxirandrei-

20 ring, enthält vorzugsweise ein mono- und/oder ein mehrfunktio-
nelles Epoxidgießharzsystem ($\geq$ 80 Gew%; z. B. Bisphenol-A-
Diglycidylether), einen Reaktivverdünner ($\leq$ 10 Gew%; z. B. aro-
matischer Monoglycidylether), einen mehrfunktionellen Alkohol
($\leq$ 5 Gew%), ein Entgasungsagens auf Silikonbasis ($\leq$ 1 Gew%) und

25 eine Entfärbungskomponente zur Einstellung der Farbzahl ($\leq$ 1
Gew%).

Bei einer besonders bevorzugten Weiterbildung des Vergusses
sind die Leuchtstoffpigmente kugelförmig oder schuppenförmig.

30 Die Neigung zur Agglomeratbildung derartiger Pigmente ist vor-
teilhafterweise sehr gering. Der $H_2O$-Gehalt liegt unter 2%.

Bei der Herstellung und Verarbeitung von Epoxidgießharzkompo-
nenten mit anorganischen Leuchtstoffpigmentpulvern treten im

35 allgemeinen neben Benetzungs- auch Sedimentationsprobleme auf.
Besonders Leuchtstoffpigmentpulver mit $d_{50} \leq 5\mu m$ neigen stark
zur Agglomeratbildung. Bei der zuletzt genannten Zusammenset-

1997 G 2507 DE 01
297 24 382.9

31.10.00

5

zung der Vergußmasse können die Leuchtstoffpigmente vorteilhaf-
terweise in der oben angegebenen Korngröße im Wesentlichen ag-
glomeratfrei und homogen in das Epoxidgießharz dispergiert wer-
5       den. Diese Dispersion ist auch bei längerer Lagerung der Ver-
gußmasse stabil. Es treten im Wesentlichen keine Benetzungs-
und/oder Sedimentationsprobleme auf.


Besonders bevorzugt sind als Leuchtstoffpigmente Partikel aus
10      der Gruppe der Ce-dotierten Granate, insbesondere YAG:Ce-
Partikel verwendet. Eine vorteilhafte Dotierstoffkonzentration
ist beispielsweise 1% und eine vorteilhafte Leuchtstoffkonzen-
tration beträgt beispielsweise 12%. Desweiteren weist das be-
vorzugt hochreine Leuchtstoffpigmentpulver vorteilhafterweise
15      einen Eisengehalt von ≤ 5ppm auf. Ein hoher Eisengehalt führt
zu hohen Lichtverlusten im Bauelement. Das Leutstoffpigmentpul-
ver ist stark abrasiv. Der Fe-Gehalt der Vergußmasse kann bei
deren Herstellung daher beträchtlich ansteigen. Vorteilhaft
sind Fe-Gehalte in der Vergußmasse < 20ppm.
20
Der anorganische Leuchtstoff YAG:Ce hat unter anderem den be-
sonderen Vorteil, daß es sich hierbei um nicht lösliche Farb-
pigmente mit einem Brechungsindex von ca. 1,84 handelt. Dadurch
treten neben der Wellenlängenkonversion Dispersion und
25      Streueffekte auf, die zu einer guten Vermischung von blauer
Diodenstrahlung und gelber Konverterstrahlung führen.


Besonders vorteilhaft ist weiterhin, dass die Leuchtstoffkon-
zentration im Epoxidharz bei Verwendung von anorganischen
30      Leuchtstoffpigmenten nicht, wie bei organischen Farbstoffen,
durch die Löslichkeit begrenzt wird.


Zur weiteren Verminderung der Agglomeratbildung können die
Leuchtstoffpigmente vorteilhafterweise mit einem Silikon-
35      Coating versehen sein.


DE 297 24 382 U1

1997 G 2507 DE 01
297 24 382.9

6

Bei einer bevorzugten Ausführungsform einer erfindungsgemäßen
Vergußmasse wird das Leuchtstoffpigmentpulver vor dem Vermi-
schen mit dem Epoxidgießharz z. B. ca. 10 Stunden bei einer
5  Temperatur ≥ 200°C getempert. Dadurch kann ebenfalls die Nei-
gung zu Agglomeratbildung verringert werden.

Alternativ oder zusätzlich kann dazu das Leuchtstoffpigmentpul-
ver vor dem Vermischen mit dem Epoxidgießharz in einem höher
10  siedenden Alkohol geschlämmt und anschließend getrocknet wer-
den. Eine weitere Möglichkeit die Agglomeratbildung zu verrin-
gern besteht darin, dem Leuchtstoffpigmentpulver vor dem Vermi-
schen mit dem Epoxidgießharz ein hydrophobierendes Silikonwachs
zuzugeben. Besonders vorteilhaft ist die Oberflächenstabilisie-
15  rung der Phosphore durch erwärmen der Pigmente in Gegenwart von
Glykolethern, z. B. 16 h bei T > 60°C.

Zur Vermeidung störender Verunreinigungen beim Dispergieren der
Leuchtstoffpigmente, verursacht durch Abrieb, werden Reaktions-
20  gefäße, Rühr- und Dispergiervorrichtungen sowie Walzwerke aus
Glas, Korund, Carbid- und Nitridwerkstoffen sowie speziell ge-
härtete Stahlsorten verwendet. Agglomeratfreie Leuchtstoffdis-
persionen werden auch in Ultraschallverfahren oder durch den
Einsatz von Sieben und Glaskeramikfritten erhalten.

25

Ein besonders bevorzugter anorganischer Leuchtstoff zur Her-
stellung von Weiß leuchtenden optoelektronischen Bauelementen
ist der Phosphor YAG:Ce ($Y_3Al_5O_{12}$:$Ce^{3+}$). Dieser läßt sich auf be-
sonders einfache Weise in herkömmlich in der LED-Technik ver-
30  wendeten transparenten Epoxidgießharzen mischen. Weiterhin als
Leuchtstoffe denkbar sind weitere mit Seltenen Erden dotierte
Granate wie z. B. $Y_3Ga_5O_{12}$:$Ce^{3+}$, $Y(Al,Ga)_5O_{12}$:$Ce^{3+}$ und
$Y(Al,Ga)_5O_{12}$:$Tb^{3+}$.

35  Zur Erzeugung von mischfarbigem Licht eignen sich darüberhinaus
besonders die mit Seltenen Erden dotierten Thiogallate wie z.
B. $CaGa_2S_4$:$Ce^{3+}$ und $SrGa_2S_4$:$Ce^{3+}$. Ebenso ist hierzu die Ver-



1997 G 2507 DE 01

297 24 382.9                        31.10.00

7

wendung von mit Seltenen Erden dotierten Aluminaten wie z. B.
$YAlO_3:Ce^{3+}$, $YGaO_3:Ce^{3+}$, $Y(Al,Ga)O_3:Ce^{3+}$ und mit Seltenen Erden do-
tierten Orthosilikaten $M_2SiO_5:Ce^{3+}$ (M: Sc, Y, Sc) wie z. B.
5   $Y_2SiO_5:Ce^{3+}$ denkbar. Bei allen Yttriumverbindungen kann das Yt-
trium im Prinzip auch durch Scandium oder Lanthan ersetzt wer-
den.


Bevorzugt wird die erfindungsgemäße Vergußmasse bei einem
10  strahlungsemittierenden Halbleiterkörper, insbesondere mit ei-
ner aktiven Halbleiterschicht oder -schichtenfolge aus $Ga_xIn_{1-x}N$
oder $Ga_xAl_{1-x}N$, eingesetzt, der im Betrieb eine elektromagneti-
sche Strahlung aus dem ultravioletten, blauen und/oder grünen
Spektralbereich aussendet. Die Leuchtstoffpartikel in der Ver-
15  gußmasse wandeln einen Teil der aus diesem Spektralbereich
stammenden Strahlung in Strahlung mit größerer Wellenlänge um,
derart, daß das Halbleiterbauelement Mischstrahlung, insbeson-
dere mischfarbiges Licht, bestehend aus dieser Strahlung und
aus Strahlung aus dem ultravioletten, blauen und/oder grünen
20  Spektralbereich aussendet. Das heißt beispielsweise, daß die
Leuchtstoffpartikel einen Teil der vom Halbleiterkörper ausge-
sandten Strahlung spektral selektiv absorbiert und im länger-
welligen Bereich emittiert. Bevorzugt weist die von dem Halb-
leiterkörper ausgesandte Strahlung bei einer Wellenlänge $\lambda \leq$
25  520 nm ein relatives Intensitätsmaximum auf und liegt der von
den Leuchtstoffpartikeln spektral selektiv absorbierte Wellen-
längenbereich außerhalb dieses Intensitätsmaximums.


Ebenso können vorteilhafterweise auch mehrere verschiedenartige
30  Leuchtstoffpartikelarten, die bei unterschiedlichen Wellenlän-
gen emittieren, in der Vergußmasse dispergiert sein. Dies wird
bevorzugt durch unterschiedliche Dotierungen in unterschiedli-
chen Wirtsgittern erreicht. Dadurch ist es vorteilhafterweise
möglich, vielfältige Farbmischungen und Farbtemperaturen des
35  vom Bauelement emittierten Lichtes zu erzeugen. Von besonderem
Interesse ist dies für vollfarbtaugliche LEDs.



1997 G 2507 DE 01

297 24 382.9

31.10.00

7a

Bei einem bevorzugten Halbleiterbauelement mit einer erfin-
dungsgemäßen Vergußmasse ist ein strahlungsemittierender Halb-
leiterkörper (z. B. ein LED-Chip) zumindest teilweise von die-
5    ser umschlossen. Die Vergußmasse ist dabei bevorzugt gleichzei-
tig als Bauteilumhül-

DE 297 24 382 U1

1997 G 2507 DE 01

8

lung (Gehäuse) genutzt. Der Vorteil eines Halbleiterbauelements
gemäß dieser Ausführungsform besteht im wesentlichen darin, daß
zu seiner Herstellung konventionelle, für die Herstellung von
herkömmlichen Leuchtdioden (z. B. Radial-Leuchdioden) einge-
5   setzte Produktionslinien verwendet werden können. Für die Bau-
teilumhüllung wird anstelle des bei herkömmlichen Leuchtdioden
dafür verwendeten transparenten Kunststoffes einfach die Ver-
gußmasse verwendet.

10   Mit der erfindungsgemäßen Vergußmasse kann auf einfache Weise
mit einer einzigen farbigen Lichtquelle, insbesondere einer
Leuchtdiode mit einem einzigen blaues Licht abstrahlenden Halb-
leiterkörper, mischfarbiges, insbesondere weißes Licht erzeugt
werden. Um z. B. mit einem blaues Licht aussendenden Halblei-
15   terkörper weißes Licht zu erzeugen, wird ein Teil der von dem
Halbleiterkörper ausgesandten Strahlung mittels anorganischer
Leuchtstoffpartikel aus dem blauen Spektralbereich in den zu
Blau komplementärfarbigen gelben Spektralbereich konvertiert.
Die Farbtemperatur oder Farbort des weißen Lichtes kann dabei
20   durch geeignete Wahl des Leuchtstoffes, dessen Partikelgröße
und dessen Konzentration, variiert werden. Darüber hinaus kön-
nen auch Leuchtstoffmischungen eingesetzt werden, wodurch sich
vorteilhafterweise der gewünschte Farbton des abgestrahlten
Lichtes sehr genau einstellen läßt.

25

Besonders bevorzugt wird die Vergußmasse bei einem strahlungse-
mittierenden Halbleiterkörper verwendet, bei dem das ausgesand-
te Strahlungsspektrum bei einer Wellenlänge zwischen 420nm und
460 nm, insbesondere bei 430 nm (z. B. Halbleiterkörper auf der
30   Basis von $Ga_xAl_{1-x}N$) oder 450 nm (z. B. Halbleiterkörper auf der
Basis von $Ga_xIn_{1-x}N$) ein Intensitätsmaximum aufweist. Mit einem
derartigen Halbleiterbauelement lassen sich vorteilhafterweise
nahezu sämtliche Farben und Mischfarben der C.I.E.-Farbtafel
erzeugen. An Stelle des strahlungsemittierenden Halbleiterkör-
35   pers aus elektrolumineszierendem Halbleitermaterial kann aber
auch ein anderes elektrolumineszierendes Material, wie bei-
spielsweise Polymermaterial, eingesetzt werden.

DE 297 24 382 U1

1997 G 2507 DE 01

15·10·00

9

Besonders geeignet ist die Vergußmasse für ein lichtemittieren-
des Halbleiterbauelement (z. B. eine Leuchtdiode), bei dem der
elektrolumineszierende Halbleiterkörper in einer Ausnehmung ei-
nes vorgefertigten eventuell bereits mit einem Leadframe verse-
5    henen Gehäuses angeordnet ist und die Ausnehmung mit der Ver-
gußmasse versehen ist. Ein derartiges Halbleiterbauelement läßt
sich in großer Stückzahl in herkömmlichen Produktionslinien
herstellen. Hierzu muß lediglich nach der Montage des Halblei-
terkörpers in das Gehäuse die Vergußmasse in die Ausnehmung ge-
10   füllt werden.

Ein weißes Licht abstrahlendes Halbleiterbauelement läßt sich
mit der erfindungsgemäßen Vergußmasse vorteilhafterweise da-
durch herstellen, daß der Leuchtstoff so gewählt wird, daß eine
15   von dem Halbleiterkörper ausgesandte blaue Strahlung in komple-
mentäre Wellenlängenbereiche, insbesondere Blau und Gelb, oder
zu additiven Farbtripeln, z. B. Blau, Grün und Rot umgewandelt
wird. Hierbei wird das gelbe bzw. das grüne und rote Licht über
die Leuchtstoffe erzeugt. Der Farbton (Farbort in der CIE-
20   Farbtafel) des dadurch erzeugten weißen Lichts kann dabei durch
geeignete Wahl des/der Leuchtstoffes/e hinsichtlich Mischung
und Konzentration variiert werden.

Um die Durchmischung der von einem elektrolumineszierenden
25   Halbleiterkörper ausgesandten Strahlung mit der vom Leuchtstoff
konvertierten Strahlung und damit die Farbhomogenität des vom
Bauelement abgestrahlten Lichtes zu verbessern, ist bei einer
vorteilhaften Ausgestaltung der erfindungsgemäßen Vergußmasse
zusätzlich ein im Blauen lumineszierender Farbstoff zugefügt,
30   der eine sogenannte Richtcharakteristik der von dem Halbleiter-
körper ausgesandten Strahlung abschwächt. Unter Richtcharakte-
ristik ist zu verstehen, daß die von dem Halbleiterkörper aus-
gesandte Strahlung eine bevorzugte Abstrahlrichtung aufweist.

35   Ein weißes Licht abstrahlendes erfindungsgemäßes Halbleiterbau-
element mit einem blaues Licht emittierenden elektrolumineszie-
renden Halbleiterkörper läßt sich besonders bevorzugt dadurch


DE 297 24 382 U1

1997 G 2507 DE 01

10

realisieren, daß dem für die Verußmasse verwendeten Epoxidharz
der anorganische Leuchtstoff YAG:Ce ($Y_3Al_5O_{12}:Ce^{3+}$) beigemischt
ist. Ein Teil einer von dem Halbleiterkörper ausgesandten blau-
en Strahlung wird von dem anorganischen Leuchtstoff $Y_3Al_5O_{12}:Ce^{3+}$
5  in den gelben Spektralbereich und somit in einen zur Farbe Blau
komplementärfarbigen Wellenlängenbereich verschoben. Der Farb-
ton (Farbort in der CIE-Farbtafel) des weißen Lichts kann dabei
durch geeignete Wahl der Farbstoffkonzentration variiert wer-
den.

10

Der Verußmasse können zusätzlich lichtstreuende Partikel, so-
genannte Diffusoren zugesetzt sein. Hierdurch läßt sich vor-
teilhafterweise der Farbeindruck und die Abstrahlcharakteristik
des Halbleiterbauelements weiter optimieren.

15

Mit der erfindungsgemäßen Verußmasse kann vorteilhafterweise
auch eine von einem elektrolumineszierenden Halbleiterkörper
neben der sichtbaren Strahlung ausgesandte ultraviolette Strah-
lung in sichtbares Licht umgewandelt werden. Dadurch wird die
20  Helligkeit des vom Halbleiterkörper ausgesandten Lichts deut-
lich erhöht.

Ein besonderer Vorteil von erfindungsgemäßen weißes Licht ab-
strahlenden Halbleiterbauelementen, bei denen als Lumineszenz-
25  konversionsfarbstoff insbesondere YAG:Ce verwendet ist, besteht
darin, daß dieser Leuchtstoff bei Anregung mit blauem Licht ei-
ne spektrale Verschiebung von ca. 100 nm zwischen Absorption
und Emission bewirkt. Dies führt zu einer wesentlichen Redukti-
on der Reabsorption des vom Leuchtstoff emittierten Lichtes und
30  damit zu einer höheren Lichtausbeute. Außerdem besitzt YAG:Ce
vorteilhafterweise eine hohe thermische und photochemische (z.
B. UV-) Stabilität (wesentlich höher als organische Leuchtstof-
fe), so daß auch Weiß leuchtende Dioden für Außenanwendung
und/oder hohe Temperaturbereiche herstellbar sind.

35

YAG:Ce hat sich bislang hinsichtlich Reabsorption, Lichtausbeu-
te, thermischer und photochemischer Stabilität und Verarbeit-



11

barkeit als am besten geeigneter Leuchtstoff herausgestellt. Denkbar ist jedoch auch die Verwendung von anderen Ce-dotierten Phosphoren, insbesondere Ce-dotierten Granattypen.

5   Die Wellenlängenkonversion der Primärstrahlung wird durch die Kristallfeldaufspaltung der aktiven Übergangsmetallzentren im Wirtsgitter bestimmt. Durch die Substitution von Y durch Gd und/oder Lu bzw. Al durch Ga im $Y_3Al_5O_{12}$-Granatgitter können die Emissionswellenlängen in unterschiedlicher Weise verschoben
10   werden, wie außerdem durch die Art der Dotierung. Durch die Substitution von $Ce^{3+}$-Zentren durch $Eu^{3+}$ und/oder $Cr^{3+}$ können entsprechende Shifts erzeugt werden. Entsprechende Dotierungen mit $Nd^{3+}$ und $Er^{3+}$ ermöglichen sogar aufgrund der größeren Ionen- radien und damit geringeren Kristallfeldaufspaltungen IR-
15   emittierende Bauelemente.

Weitere Merkmale, Vorteile und Zweckmäßigkeiten der Erfindung ergeben sich aus der nachfolgenden Beschreibung von zwei Aus- führungsbeispielen in Verbindung mit den Figuren 1 bis8. Es
20   zeigen:

Figur 1 eine schematische Schnittansicht eines ersten Halblei- terbauelements mit einer erfindungsgemäßen Vergußmasse;
Figur 2 eine schematische Schnittansicht eines zweiten Halblei-
25   terbauelements mit einer erfindungsgemäßen Vergußmasse;
Figur 3 eine schematische Schnittansicht eines dritten Halblei- terbauelements mit einer erfindungsgemäßen Vergußmasse;
Figur 4 eine schematische Schnittansicht eines vierten Halblei- terbauelements mit einer erfindungsgemäßen Vergußmasse;
30   Figur 5 eine schematische Schnittansicht eines fünften Halblei- terbauelements mit einer erfindungsgemäßen Vergußmasse;
Figur 6 eine schematische Darstellung eines Emissionsspektrums eines blaues Licht abstrahlenden Halbleiterkörpers mit einer Schichtenfolge auf der Basis von GaN;
35   Figur 7 eine schematische Darstellung der Emissionsspektren zweier Halbleiterbauelemente mit einer erfindungsgemäßen Ver- gußmasse, die weißes Licht abstrahlen, und



13:10:00

12

Figur 8 eine schematische Darstellung der Emissionsspektren von
weiteren Halbleiterbauelementen, die weißes Licht abstrahlen.

In den verschiedenen Figuren sind gleiche bzw. gleichwirkende
5   Teile immer mit denselben Bezugszeichen bezeichnet.

Bei dem lichtemittierenden Halbleiterbauelement von Figur 1 ist
der Halbleiterkörper 1 mittels eines elektrisch leitenden Ver-
bindungsmittels, z. B. ein metallisches Lot oder ein Klebstoff,
10   mit seinem Rückseitenkontakt 11 auf einem ersten elektrischen
Anschluß 2 befestigt. Der Vorderseitenkontakt 12 ist mittels
eines Bonddrahtes 14 mit einem zweiten elektrischen Anschluß 3
verbunden.

15   Die freien Oberflächen des Halbleiterkörpers 1 und Teilbereiche
der elektrischen Anschlüsse 2 und 3 sind unmittelbar von einer
gehärteten, wellenlängenkonvertierenden Vergußmasse 5 umschlos-
sen. Diese weist bevorzugt auf: Epoxidgießharz 80 - 90 Gew%,
Leuchtstoffpigmente (YAG:Ce) ≤ 15 Gew%, Diethylenglycolmonome-
20   thylether ≤ 2 Gew%, Tegopren 6875-45 ≤ 2 Gew%, Aerosil 200 ≤ 5
Gew%

Das in Figur 2 dargestellte Ausführungsbeispiel eines erfin-
dungsgemäßen Halbleiterbauelements unterscheidet sich von dem
25   der Figur 1 dadurch, daß der Halbleiterkörper 1 und Teilberei-
che der elektrischen Anschlüsse 2 und 3 anstatt von einer wel-
lenlängenkonvertierenden Vergußmasse von einer transparenten
Umhüllung 15 umschlossen sind. Diese transparente Umhüllung 15
bewirkt keine Wellenlängenänderung der von dem Halbleiterkörper
30   1 ausgesandten Strahlung und besteht beispielsweise aus einem
in der Leuchtdiodentechnik herkömmlich verwendeten Epoxid-, Si-
likon- oder Acrylatharz oder aus einem anderen geeigneten
strahlungsdurchlässigen Material wie z. B. anorganisches Glas.

35   Auf diese transparente Umhüllung 15 ist eine Schicht 4 aufge-
bracht, die aus einer wellenlängenkonvertierenden Vergußmasse,
wie in der Figur 2 dargestellt, die gesamte Oberfläche der Um-



1997 G 2507 DE 01

13

hülling 15 bedeckt. Ebenso denkbar ist, daß die Schicht 4 nur einen Teilbereich dieser Oberfläche bedeckt. Die Schicht 4 besteht beispielsweise aus einem transparenten Epoxidharz, das mit Leuchtstoffpartikeln 6 versetzt ist. Auch hier eignet sich

5  als Leuchtstoff für ein weiß leuchtendes Halbleiterbauelement bevorzugt YAG:Ce.

Bei dem in Figur 3 dargestellten besonders bevorzugten mit der erfindungsgemäßen Vergußmasse versehenen Bauelement, sind der

10  erste und zweite elektrische Anschluß 2,3 in ein lichtundurchlässiges evtl. vorgefertigtes Grundgehäuse 8 mit einer Ausnehmung 9 eingebettet. Unter „vorgefertigt" ist zu verstehen, daß das Grundgehäuse 8 bereits an den Anschlüssen 2,3 beispielsweise mittels Spritzguß fertig ausgebildet ist, bevor der Halblei-

15  terkörper auf den Anschluß 2 montiert wird. Das Grundgehäuse 8 besteht beispielsweise aus einem lichtundurchlässigen Kunststoff und die Ausnehmung 9 ist hinsichtlich ihrer Form als Reflektor 17 für die vom Halbleiterkörper im Betrieb ausgesandte Strahlung (ggf. durch geeignete Beschichtung der Innenwände der

20  Ausnehmung 9) ausgebildet. Solche Grundgehäuse 8 werden insbesondere bei auf Leiterplatten oberflächenmontierbaren Leuchtdioden verwendet. Sie werden vor der Montage der Halbleiterkörper auf ein die elektrischen Anschlüsse 2,3 aufweisendes Leiterband (Leadframe) z. B. mittels Spritzgießen aufgebracht.

25

Die Ausnehmung 9 ist mit einer Vergußmasse 5, deren Zusammensetzung der oben in Verbindung mit der Beschreibung zu Figur 1 angegebenen entspricht, gefüllt.

30  In Figur 4 ist eine sogenannte Radialdiode dargestellt. Hierbei ist der elektrolumineszierende Halbleiterkörper 1 in einem als Reflektor ausgebildeten Teil 16 des ersten elektrischen Anschlußes 2 beispielsweise mittels Löten oder Kleben befestigt. Derartige Gehäusebauformen sind in der Leuchtdiodentechnik be-

35  kannt und bedürfen von daher keiner näheren Erläuterung.



14

Die freien Oberflächen des Halbleiterkörpers 1 sind unmittelbar
von einer Vergußmasse 5 mit Leuchtstoffpartikel 6 bedeckt, die
wiederum von einer weiteren transparenten Umhüllung 10 umgeben
ist.

5

Der Vollständikeit halber sei an dieser Stelle angemerkt, daß
selbstverständlich auch bei der Bauform nach Figur 4 analog zu
dem Bauelement gemäß Figur 1 eine einstückige Umhüllung, beste-
hend aus gehärteter Vergußmasse 5 mit Leuchtstoffpartikel 6,

10  verwendet sein kann.

Bei dem Ausführungsbeispiel von Figur 5 ist eine Schicht 4
(mögliche Materialien wie oben angegeben) direkt auf den Halb-
leiterkörper 1 aufgebracht. Dieser und Teilbereiche der elek-

15  trischen Anschlüsse 2,3 sind von einer weiteren transparenten
Umhüllung 10 umschlossen, die keine Wellenlängenänderung der
durch die Schicht 4 hindurchgetretenen Strahlung bewirkt und
beispielsweise aus einem in der Leuchtdiodentechnik verwendba-
ren transparenten Epoxidharz oder aus Glas gefertigt ist.

20

Solche, mit einer Schicht 4 versehenen Halbleiterkörper 1 ohne
Umhüllung können natürlich vorteilhafterweise in sämtlichen aus
der Leuchtdiodentechnik bekannten Gehäusebauformen (z. B. SMD-
Gehäuse, Radial-Gehäuse (man vergleiche Figur 4) verwendet

25  sein.

Bei sämtlichen der oben beschriebenen Bauelemente kann zur Op-
timierung des Farbeindrucks des abgestrahlten Lichts sowie zur
Anpassung der Abstrahlcharakteristik die Vergußmasse 5, ggf.

30  die transparente Umhüllung 15, und/oder ggf. die weitere trans-
parente Umhüllung 10 lichtstreuende Partikel, vorteilhafterwei-
se sogenannte Diffusoren aufweisen. Beispiele für derartige
Diffusoren sind mineralische Füllstoffe, insbesondere $CaF_2$,
$TiO_2$, $SiO_2$, $CaCO_3$ oder $BaSO_4$ oder auch organische Pigmente. Die-

35  se Materialien können auf einfache Weise Epoxidharzen zugesetzt
werden.

15

In den Figuren 6, 7 und 8 sind Emissionsspektren eines blaues
Licht abstrahlenden Halbleiterkörpers (Fig. 6) (Lumineszenzma-
ximum bei λ ~ 430 nm) bzw. von mittels eines solchen Halblei-
terkörpers hergestellten Weiß leuchtenden Halbleiterbauelemen-
5   ten (Fig. 7 und 8) gezeigt. An der Abszisse ist jeweils die
Wellenänge λ in nm und auf der Ordinate ist jeweils eine rela-
tive Elektrolumineszenz(EL)-Intensität aufgetragen.

Von der vom Halbeiterkörper ausgesandten Strahlung nach Figur 6
10  wird nur ein Teil in einen längerwelligen Wellenlängenbereich
konvertiert, so daß als Mischfarbe weißes Licht entsteht. Die
gestrichelte Linie 30 in Figur 7 stellt ein Emissionsspektrum
von einem Halbleiterbauelement dar, das Strahlung aus zwei kom-
plementären Wellenlängenbereichen (Blau und Gelb) und damit
15  insgesamt weißes Licht aussendet. Das Emissionsspektrum weist
hier bei Wellenlängen zwischen ca. 400 und ca. 430 nm (Blau)
und zwischen ca. 550 und ca. 580 nm (Gelb) je ein Maximum auf.
Die durchgezogene Linie 31 repräsentiert das Emissionsspektrum
eines Halbleiterbauelements, das die Farbe Weiß aus drei Wel-
20  lenlängenbereichen (additives Farbtripel aus Blau, Grün und
Rot) mischt. Das Emissionsspektrum weist hier beispielsweise
bei den Wellenlängen von ca. 430 nm (Blau), ca. 500 nm (Grün)
und ca. 615 nm (Rot) je ein Maximum auf.

25  Figur 8 zeigt ein Emissionsspektrum eines Weiß leuchtendes
Halbleiterbauelement, das mit einem ein Emissions-Spektrum ge-
mäß Figur 6 aussendenden Halbleiterkörper versehen ist und bei
dem als Leuchtstoff YAG:Ce verwendet ist. Von der vom Halbei-
terkörper ausgesandten Strahlung nach Figur 6 wird nur ein Teil
30  in einen längerwelligen Wellenlängenbereich konvertiert, so daß
als Mischfarbe weißes Licht entsteht. Die verschiedenartig ge-
strichelten Linien 30 bis 33 von Figur 8 stellen Emissionsspek-
tren von erfindungsgemäßen Halbleiterbauelementen dar, bei de-
nen das Epoxidharz der Vergußmasse 5 unterschiedliche YAG:Ce-
35  Konzentrationen aufweist. Jedes Emissionsspektrum weist zwi-
schen λ = 420 nm und λ = 430 nm, also im blauen Spektralbe-
reich, und zwischen λ = 520 nm und λ = 545 nm, also im grünen



1997 G 2507 DE 01

13·10·00

16

Spektralbereich, jeweils ein Intensitätsmaximum auf, wobei die
Emissionsbanden mit dem längerwelligen Intensitätsmaximum zu
einem großen Teil im gelben Spektralbereich liegen. Das Dia-
gramm von Figur 12 verdeutlicht, daß bei dem erfindungsgemäßen
5    Halbleiterbauelement auf einfache Weise durch Veränderung der
Leuchtstoffkonzentration im Epoxidharz der CIE-Farbort des wei-
ßen Lichtes verändert werden kann.

Die Erläuterung der Erfindung anhand der oben beschriebenen
10   Bauelemente ist natürlich nicht als Beschränkung der Erfindung
auf diese zu betrachten. Als Halbleiterkörper, wie beispiels-
weise Leuchtdioden-Chips oder Laserdioden-Chips, ist beispiels-
weise auch eine Polymer-LED zu verstehen, die ein enstprechen-
des Strahlungsspektrum aussendet.

DE 29724382 U1

1997 G 2507 DE 01

13:10:00

17

Schutzansprüche

1. Wellenlängenkonvertierende Vergußmasse (5) auf der Basis eines transparenten Epoxidgießharzes, das mit einem Leuchtstoff
5  versetzt ist, für ein elektrolumineszierendes Bauelement mit einem ultraviolettes, blaues oder grünes Licht aussendenden Körper (1),
d a d u r c h   g e k e n n z e i c h n e t ,  daß im transparenten Epoxidgießharz ein anorganisches Leuchtstoffpigmentpulver mit
10  Leuchtstoffpigmenten (6) aus der Gruppe der Phosphore mit der allgemeinen Formel $A_3B_5X_{12}:M$ dispergiert ist und daß die Leuchtstoffpigmente Korngrößen $\leq 20$ µm und einen mittleren Korndurchmesser $d_{50} \leq 5$ µm aufweisen.

15  2. Vergußmasse nach Anspruch 1, d a d u r c h   g e k e n n z e i c h n e t ,  daß die Leuchtstoffpigmente (6) kugelförmig oder schuppenförmig sind.

3. Vergußmasse nach Anspruch 1 oder 2, d a d u r c h   g e k e n n -
20  z e i c h n e t ,  daß der mittlere Korndurchmesser $d_{50}$ der Leuchtstoffpigmente (6) zwischen 1 und 2 µm liegt.

4. Vergußmasse nach einem der Ansprüche 1 bis 3, d a d u r c h   g e k e n n z e i c h n e t ,  daß die Vergußmasse (5) zusammengesetzt
25  ist aus:
a) Epoxidgießharz $\geq 60$ Gew%
b) Leuchtstoffpigmente $> 0$ und $\leq 25$ Gew%
c) Thixotropiermittel $> 0$ und $\leq 10$ Gew%
d) mineralischem Diffusor $> 0$ und $\leq 10$ Gew%
30  e) Verarbeitungshilfsmittel $> 0$ und $\leq 3$ Gew%
f) Hydrophobiermittel $> 0$ und $\leq 3$ Gew%
g) Haftvermittler $> 0$ und $\leq 2$ Gew%.

5. Vergußmasse nach einem der Ansprüche 1 bis 4, d a d u r c h
35  g e k e n n z e i c h n e t ,  daß als Leuchtstoffpigmente Partikel aus der Gruppe der Ce-dotierten Granate verwendet sind.



1997 G 2507 DE 01

297 24 382.9

31.10.00

18

6. Vergußmasse nach Anspruch 5, d a d u r c h   g e k e n n z e i c h -
n e t , daß als Leuchtstoffpigmente YAG:Ce-Partikel verwendet
sind.

5

7. Vergußmasse nach einem der Ansprüche 1 bis 6, d a d u r c h
g e k e n n z e i c h n e t , daß deren Eisengehalt ≤ 20ppm ist.

8. Vergußmasse nach einem der Ansprüche 1 bis 7, d a d u r c h
10   g e k e n n z e i c h n e t , daß die Leuchtstoffpigmente (6) mit
einem Silikon-Coating versehen sind.

9. Vergußmasse gemäß einem der Ansprüche 1 bis 8, d a d u r c h
g e k e n n z e i c h n e t , daß das Leuchtstoffpigmentpulver vor
15   dem Vermischen mit dem Epoxidgießharz bei einer Temperatur ≥
200°C getempert ist.

10. Vergußmasse gemäß einem der Ansprüche 1 bis 8, d a d u r c h
g e k e n n z e i c h n e t , daß das Leuchtstoffpigmentpulver vor
20   dem Vermischen mit dem Epoxidgießharz in einem höher siedenden
Alkohol geschlämmt und anschließend getrocknet ist.

11. Vergußmasse gemäß Anspruch 9 oder 10, d a d u r c h   g e -
k e n n z e i c h n e t , daß dem Leuchtstoffpigmentpulver ein hy-
25   drophobierendes Silikonwachs zugegeben ist.

12. Vergußmasse gemäß einem der Ansprüche 9 bis 11, d a d u r c h
g e k e n n z e i c h n e t , daß das Leuchstoffpigmentpulver mit
Alkoholen, Glykolethern und Silikonen im Epoxidgießharz bei er-
30   höhten Temperaturen oberflächenmodifiziert ist.

13. Lichtabstrahlendes Halbleiterbauelement mit einer Verguß-
masse nach einem der Ansprüche 1 bis 12 und mit einem Halblei-
terkörper (1), der im Betrieb des Halbleiterbauelements elek-
35   tromagnetische Strahlung aussendet
d a d u r c h   g e k e n n z e i c h n e t ,

DE 297 24 382 U1

1997 G 2507 DE 01

19

daß der Halbleiterkörper (1) eine Halbleiterschichtenfolge (7)
aufweist, die geeignet ist, im Betrieb des Halbleiterbauele-
ments elektromagnetische Strahlung aus dem ultravioletten,
blauen und/oder grünen Spektralbereich auszusenden,

5     daß die Leuchtstoffpigmente einen Teil der aus diesem Spektral-
bereich stammenden Strahlung in Strahlung mit größerer Wellen-
länge umwandelt, derart, daß das Halbleiterbauelement Misch-
strahlung, insbesondere mischfarbiges Licht, bestehend aus die-
ser Strahlung und aus Strahlung aus dem ultravioletten, blauen

10    und/oder grünen Spektralbereich aussendet.


14. Lichtabstrahlendes Halbleiterbauelement nach Anspruch 13,
d a d u r c h   g e k e n n z e i c h n e t ,  daß die Vergußmasse zumin-
dest einen Teil des Halbleiterkörpers (1) umschließt.

15

15. Lichtabstrahlendes Halbleiterbauelement nach Anspruch 13
oder 13, d a d u r c h   g e k e n n z e i c h n e t ,  daß die vom Halb-
leiterkörper (1) ausgesandte Strahlung im blauen Spektralbe-
reich bei $\lambda$ = 430 nm oder bei $\lambda$ = 450 nm ein Lumineszenz-

20    Intentsitätsmaximum aufweist.


16. Lichtabstrahlendes Halbleiterbauelement nach einem der An-
sprüche 13 bis 15, d a d u r c h   g e k e n n z e i c h n e t ,  daß der
Halbleiterkörper (1) in einer Ausnehmung (9) eines lichtun-

25    durchlässigen Grundgehäuses (8) angeordnet ist und daß die Aus-
nehmung (9) zumindest teilweise mit der Vergußmasse (5) ge-
füllt.


17. Lichtabstrahlendes Halbleiterbauelement nach einem der An-

30    sprüche 13 bis 16, d a d u r c h   g e k e n n z e i c h n e t ,  daß die
Vergußmasse (5) hinsichtlich Wirtsgitter und Art und Ausmaß der
Dotierung mit verschiedenartigen Leuchtstoffpigmenten (6) ver-
sehen ist.

1997 G 2507 DE 01
297 24 382.9

31.10.00

20

18. Lichtabstrahlendes Halbleiterbauelement nach einem der An-
sprüche 15 bis 17, d a d u r c h   g e k e n n z e i c h n e t , daß das
Halbleiterbauelement weißes Licht abstrahlt.

5

19. Lichtabstrahlendes Halbleiterbauelement nach Anspruch 18,
d a d u r c h   g e k e n n z e i c h n e t ,   daß die Vergußmasse als
Leuchtstoffpigmente YAG:Ce-Partikel aufweist.

DE 297 24 382 U1

1997 G 2507 DE 01

18 10 00
1/4



FIG 1



FIG 2



FIG 3

DE 297 24 382 U1



FIG 4



FIG 5



FIG 6



FIG 7

4/4



FIG 8

DE 297 24 382 U1