

(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) **EP 0 862 794 B1**

(12) **EUROPÄISCHE PATENTSCHRIFT**

(45) Veröffentlichungstag und Bekanntmachung des Hinweises auf die Patenterteilung:
27.11.2002 Patentblatt 2002/48

(51) Int Cl.[7]: **H01L 33/00**, H01S 5/32

(21) Anmeldenummer: 97909167.5

(22) Anmeldetag: 22.09.1997

(86) Internationale Anmeldenummer:
PCT/DE97/02139

(87) Internationale Veröffentlichungsnummer:
WO 98/012757 (26.03.1998 Gazette 1998/12)

(54) WELLENLÄNGENKONVERTIERENDE VERGUSSMASSE UND VERFAHREN ZU DEREN HERSTELLUNG, VERFAHREN ZUM HERSTELLEN EINES LICHT ABSTRAHLENDEN HALBLEITERBAUELEMENTS UND LICHT ABSTRAHLENDES HALBLEITERBAUELEMENT

SEALING MATERIAL WITH WAVELENGTH CONVERTING EFFECT AND ITS PRODUCTION PROCESS, PROCESS OF FABRICATING A LIGHT EMITTING SEMICONDUCTOR DEVICE AND LIGHT EMITTING SEMICONDUCTOR DEVICE

MASSE DE SCELLEMENT A EFFET CONVERTISSEUR DE LONGUEUR D'ONDE ET PROCEDE DE SA PRODUCTION, PROCEDE DE PRODUCTION D'UN DISPOSITIF SEMI-CONDUCTEUR EMETTEUR DE LUMIERE ET DISPOSITIF SEMI-CONDUCTEUR EMETTEUR DE LUMIERE

(84) Benannte Vertragsstaaten:
DE ES FR GB PT SE

(30) Priorität: 20.09.1996  DE 19638667

(43) Veröffentlichungstag der Anmeldung:
09.09.1998 Patentblatt 1998/37

(60) Teilanmeldung:
02007512.3 / 1 221 724

(73) Patentinhaber: Osram Opto Semiconductors GmbH & Co. OHG
93049 Regensburg (DE)

(72) Erfinder:
• HÖHN, Klaus
  D-82024 Taufkirchen (DE)
• DEBRAY, Alexandra
  D-93049 Regensburg (DE)
• SCHLOTTER, Peter
  D-79113 Freiburg (DE)
• SCHMIDT, Ralf
  D-79279 Vörstetten (DE)
• SCHNEIDER, Jürgen
  D-79199 Kirchzarten (DE)

(74) Vertreter: Epping, Wilhelm, Dipl.-Ing. et al
Epping Hermann & Fischer
Ridlerstrasse 55
80339 München (DE)

(56) Entgegenhaltungen:
EP-A- 0 936 682        WO-A-98/05078
DE-A- 3 804 293        DE-U- 9 013 615

Anmerkung: Innerhalb von neun Monaten nach der Bekanntmachung des Hinweises auf die Erteilung des europäischen Patents kann jedermann beim Europäischen Patentamt gegen das erteilte europäische Patent Einspruch einlegen. Der Einspruch ist schriftlich einzureichen und zu begründen. Er gilt erst als eingelegt, wenn die Einspruchsgebühr entrichtet worden ist. (Art. 99(1) Europäisches Patentübereinkommen).

13   EP 0 862 794 B1   14

geschlämmt und anschließend getrocknet wird.

12. Verfahren nach einem der Ansprüche 9 bis 11, bei dem dem Leuchtstoffpigmentpulver vor dem Vermischen mit dem Epoxidharz ein hydrophobierendes Silikonwachs zugegeben wird.

13. Verfahren nach einem der Ansprüche 9 bis 12, bei dem das Leuchtstoffpigmentpulver mit Alkoholen, Glykolethern und Silikonen im Epoxidharz bei erhöhten Temperaturen oberflächenmodifiziert wird.

14. Verfahren nach einem der Ansprüche 9 bis 13, bei dem kugelförmige oder schuppenförmige Leuchtstoffpigmente (6) verwendet werden.

15. Verfahren nach einem der Ansprüche 9 bis 14, bei dem Leuchtstoffpigmente verwendet werden, deren mittlerer Korndurchmesser $d_{50}$ zwischen 1 und 2 µm liegt.

16. Verfahren nach einem der Ansprüche 9 bis 15, bei dem

   a) Epoxidharz ≥ 60 Gew%
   b) Leuchtstoffpigmente > 0 und ≤ 25 Gew%
   c) Thixotropiermittel > 0 und ≤ 10 Gew%
   d) mineralischem Diffusor > 0 und ≤ 10 Gew%
   e) Verarbeitungshilfsmittel > 0 und ≤ 3 Gew%
   f) Hydrophobiermittel > 0 und ≤ 3 Gew%
   g) Haftvermittler > 0 und ≤ 2 Gew%

   vermischt werden.

17. Verfahren nach einem der Ansprüche 9 bis 16, bei dem als Leuchtstoffpigmente Partikel aus der Gruppe der Ce-dotierten Granate verwendet werden.

18. Verfahren nach Anspruch 17, bei dem als Leuchtstoffpigmente YAG:Ce-Partikel verwendet werden.

19. Verfahren nach einem der Ansprüche 9 bis 18, bei dem die Leuchtstoffpigmente (6) mit einem Silikon-Coating versehen werden.

20. Verfahren zum Herstellen eines lichtabstrahlenden Halbleiterbauelements, bei dem ein Halbleiterkörper (1), der eine Halbleiterschichtenfolge (7) aufweist, die geeignet ist, im Betrieb des Halbleiterbauelements elektromagnetische Strahlung aus dem ultravioletten, blauen und/oder grünen Spektralbereich auszusenden, zumindest teilweise mit einer Vergußmasse gemäß einem der Patentansprüche 1 bis 8 umschlossen wird.

21. Lichtabstrahlendes Halbleiterbauelement, hergestellt mit einer Vergußmasse nach einem der Ansprüche 1 bis 8 mit einem Halbleiterkörper (1), der eine Halbleiterschichtenfolge (7) aufweist, die geeignet ist, im Betrieb des Halbleiterbauelements elektromagnetische Strahlung aus dem ultravioletten, blauen und/oder grünen Spektralbereich auszusenden, und die Leuchtstoffpigmente einen Teil der aus diesem Spektralbereich stammenden Strahlung in Strahlung mit größerer Wellenlänge umwandelt, derart, daß das Halbleiterbauelement Mischstrahlung, insbesondere mischfarbiges Licht, bestehend aus dieser Strahlung und aus Strahlung aus dem ultravioletten, blauen und/oder grünen Spektralbereich aussendet.

22. Lichtabstrahlendes Halbleiterbauelement nach Anspruch 21, bei dem die Vergußmasse zumindest einen Teil des Halbleiterkörpers (1) umschließt.

23. Lichtabstrahlendes Halbleiterbauelement nach Anspruch 21 oder 22, bei dem die vom Halbleiterkörper (1) ausgesandte Strahlung im blauen Spektralbereich bei $\lambda = 430$ nm oder bei $\lambda = 450$ nm ein Lumineszenz-Intensitätsmaximum aufweist.

24. Lichtabstrahlendes Halbleiterbauelement nach einem der Ansprüche 21 bis 23, bei dem der Halbleiterkörper (1) in einer Ausnehmung (9) eines lichtundurchlässigen Grundgehäuses (8) angeordnet ist und die Ausnehmung (9) zumindest teilweise mit der Vergußmasse (5) gefüllt ist.

25. Lichtabstrahlendes Halbleiterbauelement nach einem der Ansprüche 21 bis 24, bei dem die Vergußmasse (5) hinsichtlich Wirtsgitter und Art und Ausmaß der Dotierung mit verschiedenartigen Leuchtstoffpigmenten (6) versehen ist.

**Claims**

1. Wavelength-converting casting compound (5) based on a transparent epoxy resin for an electroluminescent component with a body (1) emitting ultraviolet, blue and/or green light, in which an inorganic luminescent pigment powder with luminescent pigments (6) from the group of phosphors with the general formula $A_3B_5X_{12}$:M is dispersed in the transparent epoxy resin, and the luminescent pigments have particle sizes ≤ 20 µm and a mean particle diameter $d_{50} \leq 5$ µm.

2. Casting compound according to Claim 1, in which the luminescent pigments (6) are spherical or in the form of flakes.

3. Casting compound according to Claim 1 or 2, in which the mean particle diameter $d_{50}$ lies between 1 and 2 µm.

4. Casting compound according to one of Claims 1 to 3, which is made up of:

   a) epoxy resin ≥ 60% by weight
   b) luminescent pigments > 0 and ≤ 25% by weight
   c) thixotropic agent > 0 and ≤ 10% by weight
   d) mineral diffusor > 0 and ≤ 10% by weight
   e) processing auxiliary > 0 and ≤ 3% by weight
   f) hydrophobing agent > 0 and ≤ 3% by weight
   g) adhesion promoter > 0 and ≤ 2% by weight.

5. Casting compound according to one of Claims 1 to 4, in which particles from the group of Ce-doped garnets are used as luminescent pigments.

6. Casting compound according to Claim 5, in which YAG:Ce particles are used as luminescent pigments.

7. Casting compound according to one of Claims 1 to 6, in which the iron content is ≤ 20 ppm.

8. Casting compound according to one of Claims 1 to 7, in which the luminescent pigments (6) are provided with a silicone coating.

9. Method for producing a Casting compound for a light-emitting component with a body (1) emitting ultraviolet, blue or green light, in which an inorganic luminescent pigment powder is dispersed in a transparent epoxy resin, with luminescent pigments (6) from the group of phosphors with the general formula $A_3B_5X_{12}$:M which have particle sizes ≤ 20 µm and a mean particle diameter $d_{50}$ ≤ 5 µm.

10. Method according to Claim 9, in which the luminescent pigment powder is heat-treated at a temperature ≥ 200°C before mixing with the epoxy resin.

11. Method according to Claim 9 or 10, in which the luminescent pigment powder is washed in a higher-boiling alcohol and then dried before mixing with the epoxy resin.

12. Method according to one of Claims 9 to 11, in which a hydrophobing silicone wax is added to the luminescent pigment powder before mixing with the epoxy resin.

13. Method according to one of Claims 9 to 12, in which the luminescent pigment powder is surface-modified with alcohols, glycol ethers and silicones in the epoxy resin at elevated temperatures.

14. Method according to one of Claims 9 to 13, in which luminescent pigments (6) which are spherical or in the form of flakes are used.

15. Method according to one of Claims 9 to 14, in which luminescent pigments whose mean particle diameter $d_{50}$ lies between 1 and 2 µm are used.

16. Method according to one of Claims 9 to 15, in which

    a) epoxy resin ≥ 60% by weight
    b) luminescent pigments > 0 and ≤ 25% by weight
    c) thixotropic agent > 0 and ≤ 10% by weight
    d) mineral diffusor > 0 and ≤ 10% by weight
    e) processing auxiliary > 0 and ≤ 3% by weight
    f) hydrophobing agent > 0 and ≤ 3% by weight
    g) adhesion promoter > 0 and ≤ 2% by weight

    are mixed.

17. Method according to one of Claims 9 to 16, in which particles from the group of Ce-doped garnets are used as luminescent pigments.

18. Method according to Claim 17, in which YAG:Ce particles are used as luminescent pigments.

19. Method according to one of Claims 9 to 18, in which the luminescent pigments (6) are provided with a silicone coating.

20. Method for producing a light-emitting semiconductor component, in which a semiconductor body (1), which has a semiconductor layer sequence (7) that is suitable for emitting electromagnetic radiation from the ultraviolet, blue and/or green spectral range during operation of the semiconductor component, is at least partially encased by a casting compound according to one of Patent Claims 1 to 8.

21. Light-emitting semiconductor component, produced using a casting compound according to one of Patent Claims 1 to 8, with a semiconductor body (1), which has a semiconductor layer sequence (7) that is suitable for emitting electromagnetic radiation from the ultraviolet, blue and/or green spectral range during operation of the semiconductor component, and the luminescent pigments convert a part of the radiation coming from this spectral range into radiation with a longer wavelength, such that the semiconductor component emits mixed radiation, in particular mixed-colour light, consisting of this radiation and of radiation from the ultraviolet, blue and/or green spectral range.

22. Light-emitting semiconductor component according to Claim 21, in which the casting compound encases at least a part of the semiconductor body (1).

23. Light-emitting semiconductor component according to Claim 21 or 22, in which the radiation emitted

by the semiconductor body (1) has a luminescence-intensity maximum in the blue spectral range at $\lambda = 430$ nm or at $\lambda = 450$ nm.

24. Light-emitting semiconductor component according to one of Claims 21 to 23, in which the semiconductor body (1) is arranged in a recess (9) of an opaque base package (8), and the recess (9) is filled at least partially with the casting compound (5).

25. Light-emitting semiconductor component according to one of Claims 21 to 24, in which the casting compound (5) is provided with various luminescent pigments (6) that differ with respect to host lattice and type and level of the doping.

**Revendications**

1. Composition (5) de scellement à effet convertisseur de longueur d'onde à base d'une résine époxyde transparente pour un composant électroluminescent, ayant un corps (1) émettant de la lumière ultraviolette bleue et/ou verte, dans laquelle il est dispersé dans la résine époxyde transparente une poudre de pigment minéral luminescent ayant des pigments (6) luminescents du groupe composé des substances fluorescentes de formule générale $A_3B_5X_{12}$:M et les pigments luminescents ont des granulométries $\leq 20$ μm et un diamètre moyen de grains $d_{50} \leq 5$ μm.

2. Composition de scellement suivant la revendication 1, dans laquelle les pigments (6) luminescents sont en forme de sphères ou en forme d'écailles.

3. Composition de scellement suivant la revendication 1 ou 2, dans laquelle le diamètre moyen de grains $d_{50}$ est compris entre 1 et 2 μm.

4. Composition de scellement suivant l'une des revendications 1 à 3 qui est composée de :

   a) d'une résine époxyde $\geq 60$ % en poids
   b) de pigments luminescents $> 0$ et $\leq 25$ % en poids
   c) d'un agent thixotrope $>$ et $\leq 10$ % en poids
   d) d'un diffuseur minéral $> 0$ et $\leq 10$ % en poids
   e) d'un adjuvant de traitement $> 0$ et $\leq 3$ % en poids
   f) d'un agent hydrophobe $> 0$ et $\leq 3$ % en poids
   g) d'un agent adhésif $> 0$ et $\leq 2$ % en poids.

5. Composition de scellement suivant l'une des revendications 1 à 4, dans laquelle il est utilisé comme pigments luminescents des particules du groupe des grenats dopées par du Ce.

6. Composition de scellement suivant la revendication 5, dans laquelle il est utilisé comme pigments luminescents des particules de YAG:Ce.

7. Composition de scellement suivant l'une des revendications 1 à 6, dans laquelle la teneur en fer est $\leq 20$ ppm.

8. Composition de scellement suivant l'une des revendications 1 à 7, dans laquelle les pigments (6) luminescents sont munis d'un enrobage de silicone.

9. Procédé de préparation d'une composition de scellement pour un composant émettant de la lumière et comprenant un corps (1) émettant de la lumière ultraviolette bleue ou verte, dans lequel on disperse dans une résine époxyde transparente une poudre minérale de pigment luminescent ayant des pigments (6) luminescents choisis dans le groupe des substances fluorescentes de formule générale $A_3B_5X_{12}$:M, qui ont des granulométries $\leq 20$ μm et un diamètre moyen de grain $d_{50} \leq 5$ μm.

10. Procédé suivant la revendication 9, dans lequel on traite thermiquement la poudre de pigment luminescent, avant le mélange à la résine époxyde, à une température $\geq 200$°C.

11. Procédé suivant la revendication 9 ou 10, dans lequel on met la poudre de pigment luminescent dans un alcool à haut point d'ébullition avant le mélange avec la résine époxyde et ensuite on la sèche.

12. Procédé suivant l'une des revendications 9 à 11, dans lequel on ajoute à la poudre de pigment luminescent, avant le mélange à la résine époxyde, une cire de silicone hydrophobe.

13. Procédé suivant l'une des revendications 9 à 12, dans lequel on modifie la surface de la poudre de pigment luminescent par des alcools, des étherglycols et des silicones dans la résine époxyde en procédant à des températures élevées.

14. Procédé suivant l'une des revendications 9 à 13, dans lequel on utilise des pigments (6) luminescents en forme de sphères ou en forme d'écailles.

15. Procédé suivant l'une des revendications 9 à 14, dans lequel on utilise des pigments luminescents dont le diamètre moyen de grains $d_{50}$ est compris entre 1 et 2 μm.

16. Procédé suivant l'une des revendications 9 à 15, dans lequel on mélange

    a) une résine époxyde $\geq 60$ % en poids
    b) des pigments luminescents $> 0$ et $\leq 25$ % en