## VERIFICATION OF TRANSLATION

I, R. Radzai,

of   Newtype Communications, Inc.
     445 Fifth Avenue
     New York
     NY 10016
     United States of America

declare as follows:

1. That I am well acquainted with both the English and German languages, and

2. That the attached document is a true and correct translation made by me to the best of my knowledge and belief of:

   Claims of German utility model DE-GM297 24 382

_____11/08/05_____
Date

_____
Signature of Translator

1997 G 2507 DE 01          10/18/00

17

Claims

1. Wavelength-converting casting compound (5) based on a transparent epoxy casting resin, which is combined with a luminous material, for an electroluminescing component with a body (1) emitting ultraviolet, blue or green light,
characterized in that an inorganic luminous pigment powder with luminous pigments (6) from the group of the phosphors with general formula $A_3B_5X_{12}:M$ is dispersed in the transparent epoxy casting resin and the luminescent pigments have grain sizes $\leq$ 20 µm and a mean grain diameter $d_{50} \leq$ 5 µm.

2. Casting compound per claim 1, characterized in that the luminous pigments (6) are in the shape of spheres or flakes.

3. Casting compound per claim 1 or 2, characterized in that the mean grain diameter $d_{50}$ of the luminous pigments (6) is between 1 and 2 µm.

4. Casting compound per one of claims 1 to 3, characterized in that the casting compound (5) is composed of:
a) epoxy casting resin $\geq$ 60 wt. %
b) luminous pigments > 0 and $\leq$ 25 wt. %
c) thixotropic agent > 0 and $\leq$ 10 wt. %
d) mineral diffuser > 0 and $\leq$ 10 wt. %
e) processing adjuvant > 0 and $\leq$ 3 wt. %
f) hydrophobic agent > 0 and $\leq$ 3 wt. %
g) adhesion promoter > 0 and $\leq$ 2 wt. %.

5. Casting compound per one of claims 1 to 4, characterized in that particles from the group of the Ce-doped garnets are used as the luminous pigments.

DE 297 24 382 U1

1997 G 2507 DE 01                10/18/00
297 24 382.9
                              18

6. Casting compound per claim 5, characterized in that YAG:Ce particles are used as the luminous pigments.

7. Casting compound per one of claims 1 to 6, characterized in that its iron content is ≤ 20 ppm.

8. Casting compound per one of claims 1 to 7, characterized in that the luminous pigments (6) are provided with a silicone coating.

9. Casting compound per one of claims 1 to 8, characterized in that the luminous pigment powder is tempered at a temperature ≥ 200 degrees C before being mixed with the epoxy casting resin.

10. Casting compound per one of claims 1 to 8, characterized in that the luminous pigment powder is slurried in a rather high-boiling alcohol and then dried before being mixed with the epoxy casting resin.

11. Casting compound per claim 9 or 10, characterized in that a hydrophobic silicone wax is added to the luminous pigment powder.

12. Casting compound per one of claims 9 to 11, characterized in that the luminous pigment powder is surface-modified with alcohols, glycol ethers and silicones in the epoxy casting resin at elevated temperatures.

13. Light-emitting semiconductor component with a casting compound per one of claims 1 to 12 and with a semiconductor body (1), which emits electromagnetic radiation during the operation of the semiconductor component,
characterized in that

the semiconductor body (1) has a sequence of semiconductor layers (7) that is suited to emitting electromagnetic radiation from the ultraviolet, blue and/or green spectral region during operation of the semiconductor component,
the luminescent pigments transform a portion of the radiation coming from this spectral region into radiation with larger wavelength, so that the semiconductor component emits mixed radiation, especially mixed color light, consisting of this radiation and of radiation from the ultraviolet, blue and/or green spectral region.

14. Light-emitting semiconductor component per claim 13, characterized in that the casting compound encloses at least a part of the semiconductor body (1).

15. Light-emitting semiconductor component per claim 13 or 13 [sic], characterized in that the radiation emitted by the semiconductor body (1) has a luminescence intensity maximum in the blue spectral region at $\lambda$ = 430 nm or at $\lambda$ = 450 nm.

16. Light-emitting semiconductor component per one of claims 13 to 15, characterized in that the semiconductor body (1) is arranged in a recess (9) of a base housing (8) not transparent to light and the recess (9) is at least partly filled with the casting compound (5).

17. Light-emitting semiconductor component per one of claims 13 to 16, characterized in that the casting compound (5) is provided with different kinds of luminous pigments (6) in terms of the host lattice and the type and extent of the doping.

```
1997 G 2507 DE 01          10/18/00
297 24 382.9
                              20
```

18. Light-emitting semiconductor component per one of claims 15 to 17, characterized in that the semiconductor component emits white light.

19. Light-emitting semiconductor component per claim 18, characterized in that the casting compound has YAG:Ce particles as the luminous pigments.