## VERIFICATION OF TRANSLATION

I, R. Radzai,

of    Newtype Communications, Inc.
      445 Fifth Avenue
      New York
      NY 10016
      United States of America

declare as follows:

1.    That I am well acquainted with both the English and German
      languages, and

2.    That the attached document is a true and correct translation made
      by me to the best of my knowledge and belief of:

      Claims of German utility model DE-GM297 24 848

_____ 11/08/05 _____
Date

_____
Signature of Translator

Claims

1. Light-emitting semiconductor component with a semiconductor body (1), which emits electromagnetic radiation during the operation of the semiconductor component, with at least a first and at least a second electrical terminal (2, 3), which are connected in electrically conducting manner to the semiconductor body (1), and with a luminescence conversion element, which has at least one luminescent material, **characterized in that** the semiconductor body (1) has a sequence of semiconductor layers (7) that is suited to emitting electromagnetic radiation of a first wavelength region from the ultraviolet, blue and/or green spectral region during the operation of the semiconductor component, the luminescence conversion element transforms a radiation coming from the first wavelength region into radiation of a second wavelength region, different from the first, and lets through at least a part of the electromagnetic radiation of the first wavelength region, so that the semiconductor component emits a mixed radiation consisting of radiation of the first wavelength region and radiation of the second wavelength region, and a path length of the electromagnetic radiation of the first wavelength region emitted by the semiconductor body through the luminescence

DE 297 24 848 U1        04/11/2004

conversion element is approximately the same for all directions of radiation.

2. Light-emitting semiconductor component per claim 1, characterized in that the luminescence conversion element transforms radiation of the first wavelength region into radiation of several second wavelength regions from partial spectral regions differing from each other, such that the semiconductor component emits mixed radiation, consisting of radiation of the first wavelength region and radiation of the second wavelength regions.

3. Light-emitting semiconductor component per claim 1 or 2, characterized in that the luminescence conversion element is arranged essentially after the semiconductor body (1), looking in the principal direction of radiation of the semiconductor component.

4. Light-emitting semiconductor component per one of claims 1 to 3, characterized in that at least one luminescence conversion layer (4) is provided above or on top of the semiconductor body (1) as the luminescence conversion element.

5. Light-emitting semiconductor component per one of claims 1 to 3, characterized in that a luminescence conversion envelope (5) is provided as the luminescence conversion element, which encloses at least part of the semiconductor body (1) and partial regions of the electrical terminals (2, 3).

6. Light-emitting semiconductor component per one of claims 1 to 5, characterized in that the second wavelength regions have at least in part larger wavelengths $\lambda$ than the first wavelength region.

7. Light-emitting semiconductor component per one of claims 1 to 6, characterized in that the semiconductor body (1) emits ultraviolet radiation during the operation of the semiconductor component and the luminescence conversion element transforms at least a part of this ultraviolet radiation into visible light.

8. Light-emitting semiconductor component per one of claims 1 to 7, characterized in that the first wavelength region and the second wavelength region of the mixed radiation lie at least partly in mutually complementary spectral color regions, so that white light is produced.

9. Light-emitting semiconductor component per claim 2 or per claim 2 in conjunction with one of claims 3 to 7, characterized in that the first wavelength region emitted by the semiconductor body and two second wavelength regions produce an additive color trio, such that white light is emitted by the semiconductor component during its operation.

10. Light-emitting semiconductor component per one of claims 1 to 9, characterized in that the radiation emitted by the semiconductor body (1) has an intensity maximum at a wavelength $\lambda \leq 520$ nm, especially at a wavelength between 420 nm and 460 nm.

11. Light-emitting semiconductor component per one of claims 1 to 10, characterized in that the semiconductor body (1) is arranged in a recess (9) of a base housing (8) not transparent to light and the recess (9) is provided with a cover layer having a luminescence conversion layer (4).

12. Light-emitting semiconductor component per one of claims 1 to 11, characterized in that the semiconductor body (1) is arranged in a recess (9) of a base housing (8) and the recess (9) is at least partly filled with the luminescence conversion element.

13. Light-emitting semiconductor component per one of claims 1 to 12, characterized in that the luminescence conversion element has several layers with different wavelength conversion properties.

14. Light-emitting semiconductor component per one of claims 1 to 13, characterized in that the luminescence conversion element (4, 5) has at least one inorganic luminescent material (6) from the group of the phosphors.

15. Light-emitting semiconductor component per claim 14, characterized in that the inorganic luminescent material is from the group of the Ce-doped garnets.

16. Light-emitting semiconductor component per claim 15, characterized in that the inorganic luminous material is YAG:Ce.

17. Light-emitting semiconductor component per one of claims 14 to 16, characterized in that the inorganic luminescent material is embedded in an epoxy resin matrix.

18. Light-emitting semiconductor component per one of claims 14 to 17, characterized in that the inorganic luminous material is embedded in a matrix of a low-melting inorganic glass.

19. Light-emitting semiconductor component per one of claims 14 or 18, characterized in that the inorganic luminous material has a mean particle size of around 10 μm.

20. Light-emitting semiconductor component per one of claims 1 to 19, characterized in that the luminescence conversion element is provided with several different organic and/or inorganic luminous materials (6).

21. Light-emitting semiconductor component per one of claims 1 to 20, characterized in that the luminescence conversion element has organic and/or inorganic colorant molecules with and without wavelength conversion action.

22. Light-emitting semiconductor component per one of claims 1 to 21, characterized in that the luminescence conversion element has light-scattering particles.

23. Light-emitting semiconductor component per one of claims 1 to 22, characterized in that a transparent envelope (10, 15) is provided, which is arranged after the luminescence conversion element as seen from the semiconductor body and which has light-scattering particles.

24. Light-emitting semiconductor component per one of claims 1 to 23, characterized in that the luminescence conversion element is provided with one or more luminescing 4f-organometal compounds.

25. Light-emitting semiconductor component per one of claims 1 to 24, characterized in that the luminescence conversion element is provided with at least one luminous material that luminesces in the blue.

26. Light-emitting semiconductor component per one of claims 1 to 25, characterized in that a transparent envelope (10, 15) is provided, which is arranged after the luminescence conversion element as seen from the semiconductor body and which is provided with at least one luminous material that luminesces in the blue.

27. Full-color LED display device with a plurality of light-emitting semiconductor components according to one of claims 1 to 26.

28. Interior lighting of airplane cabins with a plurality of light-emitting semiconductor components according to one of claims 1 to 26.

29. Lighting for a display device, especially for liquid crystal displays, with a light-emitting semiconductor component according to one of claims 1 to 26.

There follow 6 pages of drawings