# Press Presse Prensa

FOR THE TRADE PRESS
Regensburg, 2 May 2005

° Osram to protect patents
## Osram Opto Semiconductors files action for patent infringement against Citizen

**Based on its conviction that Citizen is infringing fundamental patent rights, Osram Opto Semiconductors has filed action against the Japanese LED manufacturer Citizen Electronics Co., LTD. at Dusseldorf Regional Court. With this move, Osram intends to enforce its patents for the manufacture of Light Emitting Diodes (LEDs).**

In its suit, Osram stresses that Citizen has infringed and is still infringing its patents by importing, selling and offering certain white Light Emitting Diodes (LED) in Germany. Osram intends to obtain a restraining order and is applying for compensation. As part of the suit, Citizen is also to be prevented from importing numerous LEDs and Citizen products containing this LED to Germany. Action was similarly taken against a distributor, which has since declared that it will refrain from distributing Citizen products which infringe Osram's patents in future.

The products concerned in the legal action are white LEDs featuring conversion technology which have been patented by Osram. Typical applications include, for instance, display backlighting for mobile telephones and car radios. This technology was developed by the staff of Osram Opto Semiconductors in the mid to late 1990s. It permits the production of white LEDs with blue-emitting InGaN (indium gallium nitride) chips by using a suitable phosphor converter. The company was the first manufacturer to launch the white single-chip LED on the market.

Last May, Osram had already taken proceedings against the Malaysian manufacturer of LED Dominant Semiconductors Sdn. Bhd. at the United Nations Commission on International Trade Law. Osram is currently issuing warnings to Dominant and its distributors in Germany,

OSRAM GmbH
Publik Relations
Leitung: Juliane Braun
Hellabrunner Straße 1 · D-81536 München
Telefon (0 89) 62 12 25 19 · Fax (0 89) 62 13 34 57



France and Taiwan on the basis of the patent infringements. Two German distributors have already issued a declaration of discontinuance.

"Our objective in taking legal action against Citizen and issuing warnings to Dominant is to prevent unauthorised use of our technology," stated Dr. Rüdiger Müller, CEO of Osram Opto Semiconductors. "We have a considerable number of patents which were acquired over the course of many years of intensive research and development work," explained Müller.

**About Osram Opto Semiconductors**

Osram Opto Semiconductors GmbH, Regensburg, is a subsidiary of Osram, one of the two largest lighting manufacturers in the world. It offers its customers solutions based on semi-conductor technology for the lighting, sensor and visualisation sectors. The company has sites in Regensburg (Germany), San José (USA) and Penang (Malaysia). In the 2004 fiscal year (to the end of September) its 3,400 employees produced sales totalling EUR 459 million, some 11% of Osram's total sales figure of EUR 4.2 billion. For more information go to www.osram-os.com.

Contact for the technical press:
Marion Reichl
Tel. +49-941-850-16 93
Fax  +49-941-850-33 05
E-mail: marion.reichl@osram-os.com
*(Please do not print the address!)*