ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS

SUMMARY OF THE DOCUMENT TO BE SERVED

ÉLÉMENTS ESSENTIELS DE L'ACTE

---

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland
in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
(Artikel 5 Absatz 4)

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, on the 15th of November, 1965.
(article 5, fourth paragraph)

Convention relative à la notification à l'étranger des actes judiciaires ou extra-
judiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.
(article 5, alinéa 4)

Bezeichnung und Anschrift der ersuchenden Stelle: / Name and address of the requesting authority: /
Nom et adresse de l'autorité requérante:
Landgericht Düsseldorf, Neubrückstraße 3, 40213 Düsseldorf,
Aktenzeichen: 4 a O 134/05, 4. a Zivilkammer,

Bezeichnung der Parteien *): / Particulars of the parties *): / Identité des parties *):
Bezeichnung der Parteien siehe Rückseite

### GERICHTLICHES SCHRIFTSTÜCK **)
### JUDICIAL DOCUMENT **)
### ACTE JUDICIAIRE **)

Art und Gegenstand des Schriftstücks: / Nature and purpose of the document: / Nature et objet de l'acte:
- beglaubigte Abschrift der Klageschrift vom 14.03.2005
- Ausfertigung des Beschlusses vom 11.04.2005
- beglaubigte Abschrift der fristsetzenden richterlichen Verfügung vom 07.04.2005 nebst Hinweisen der Kammer
- gerichtliches Schreiben vom 17. Mai 2005

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Nature et objet de l'instance, les cas échéant, le montat du litige:

**Zivilprozessverfahren wegen Patent- und Gebrauchsmusterverletzung
Streitwert (vorläufig geschätzt): 5 Millionen Euro.**

Termin und Ort für die Einlassung auf das Verfahren **): / Date and place for entering appearance **):
Date et lieu de la comparution **):
Landgericht Düsseldorf, Neubrückstraße 3, 40213 Düsseldorf

Gericht, das die Entscheidung erlassen hat **): / Court which has given judgment **): / Juridiction qui a rendu la décision **):
Landgericht Düsseldorf, 4. a Zivilkammer

Datum der Entscheidung **): 11.04.2005
Date of judgment **): / Date de la décision **):

Im Schriftstück vermerkte Fristen **): / Time limits stated in the document **): / Indication des délais figurant dans l'acte **):
Frist zur Verteidigungsanzeige: 3 Wochen ab Klagezustellung
Frist zur Klageerwiderung: 1 weiterer Monat
Frist zur Benennung eines Zustellungsbevollmächtigten: 1 Monat ab Zustellung.

### AUSSERGERICHTLICHES SCHRIFTSTÜCK **)
### EXTRAJUDICIAL DOCUMENT **)
### ACTE EXTRAJUDICIAIRE **)

Art und Gegenstand des Schriftstücks: / Nature and purpose of the document: / Nature et objet de l'acte:


Im Schriftstück vermerkte Fristen **): / Time limits stated in the document **): / Indication des délais figurant dans l'acte **):


---

*) Gegebenenfalls Name und Anschrift der an der Übersendung des Schriftstücks interessierten Person.
   If appropriate, identity and address of the person interested in the transmission of the document.
   S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.

**) Unzutreffendes streichen. / Delete if inappropriate. / Rayer les metions inutiles.

OSRAM Opto Semiconductors Gesellschaft mit beschränkter Haftung, vertreten durch ihre Geschäftsführer Doktor Rüdiger Müller, Robert Wittgen und Klaus Regitz, Wernerwerkstrasse 2, 93049 Regensburg,

                                                                               Klägerin,

Prozessbevollmächtigte:      Rechtsanwälte Baker & McKenzie, Bethmannstraße 50-54, 60311 Frankfurt

g e g e n

die Citizen Electronics Company Limited, 1-23-1 Kamikurechi, Fujiyoshida-shi, Yamanashi-ken 403-0001, Japan, vertreten durch ihren Präsidenten, Herrn Takashi Masuzawa

                                                                               Beklagte,

**ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS**
SUMMARY OF THE DOCUMENT TO BE SERVED / ÉLÉMENTS ESSENTIELS DE L'ACTE

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland
in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965. (Artikel 5 Absatz 4)

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters,
signed at The Hague, on the 15th of November, 1965 (article 5, fourth paragraph)

Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière
civile ou commerciale, signee a La Haye, le 15 novembre 1965 (article 5, alinea 4)

Bezeichnung und Anschrift der ersuchenden Stelle: / Name and address of the requesting authority: / Nom et adresse de l'autorité requérante

デュッセルドルフ地方裁判所第4a民事部, Neubrückstr. 3, 40213 Düsseldorf
(書類番号 4a O 134/05)

Bezeichnung der Parteien *): / Particulars of the parties *) / Identité des parties *)

裏面参照

**GERICHTLICHES SCHRIFTSTÜCK \*\*) / JUDICIAL DOCUMENT \*\*) / ACTE JUDICIAIRE \*\*)**

Art und Gegenstand des Schriftstücks: / Nature and purpose of the document: / Nature et objet de l'acte:

2005年3月14日付の訴状の認証謄本、2005年4月11日付の決定書の副本、
2005年4月7日付の裁判所の期間確定命令書の認証謄本および注意事項、
2005年5月17日付の裁判所発行の書簡

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:
Nature and purpose of the proceedings and, where appropriate, the amount in dispute / Nature et objet de l'instance, le cas échéant, le montant du litige

特許権・実用新案権抵触にかかわる民事裁判手続、反訴額:五百万ユーロ

Termin und Ort für die Einlassung auf das Verfahren \*\*): / Date and place for entering appearance \*\*) / Date et lieu de la comparution \*\*)

デュッセルドルフ地方裁判所, Neubrückstr. 3, 40213 Düsseldorf, ドイツ

Gericht, das die Entscheidung erlassen hat \*\*): / Court which has given judgment \*\*) / Juridiction qui a rendu la décision \*\*)

デュッセルドルフ地方裁判所の第4a民事部

Datum der Entscheidung \*\*): / Date of judgment \*\*) / Date de la décision \*\*)
Im Schriftstück vermerkte Fristen \*\*): / Time limits stated in the document \*\*) / Indication des délais figurant dans l'acte \*\*)

裏面参照

**AUSSERGERICHTLICHES SCHRIFTSTÜCK \*\*) / EXTRAJUDICIAL DOCUMENT \*\*) / ACTE EXTRAJUDICIAIRE \*\*)**

Art und Gegenstand des Schriftstücks: / Nature and purpose of the document: / Nature et objet de l'acte

Im Schriftstück vermerkte Fristen \*\*): / Time limits stated in the document \*\*) / Indication des délais figurant dans l'acte \*\*)

\*) Gegebenenfalls Name und Anschrift der an der Übersendung des Schriftstücks interessierten Person.
If appropriate, identity and address of the person interested in the transmission of the document. / S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

\*\*) Unzutreffendes streichen. / Delete if inappropriate. / Rayer les mentions inutiles.

**当事者の住所地及び名称**

原告：

オスラム・オプト・セミコンダクター有限会社；取締役　リュディガー・ミュラー博士、ロベルト・ヴィットゥゲン、クラウス・レーギッツ、ヴェルナーヴェルクシュトラーセ２番地、93049　レーゲンスブルク

訴訟代理人：

ギュンター・ピックラーン博士、ベーカー　アンド　マッケンツィー　エルエルピー、ベートマンシュトラーセ　50-54、60311　フランクフルト

被告：

シチズン・エレクトロニクス株式会社、日本国、〒403-0001 山梨県富士吉田市上暮地１丁目23番１号、社長　枡澤　敬


**書簡記載の期間**

防御表示期間：訴状送達以降３週間内；

答弁書提出期間：更に一ヶ月間；

委任送達代理人の指名期間：送達以降一ヶ月以内

Landgericht Düsseldorf
4. a Zivilkammer
Aktenzeichen: 4 a O 134/05

40213 Düsseldorf, 17.05.2005
Neubrückstraße 3

Citizen Electronics
Company Limited
vertreten durch ihren Präsidenten
Herrn Takashi Masuzawa
1-23-1 Kamikurechi, Fujiyoshida-shi

Yamanashi-ken 403-0001
Japan

Sehr geehrte Damen und Herren!

In dem Rechtsstreit

**OSRAM Opto Semiconductors Gesellschaft mit beschränkter Haftung ./. Citizen Electronics Company Limited**

wird Ihnen anliegende beglaubigte Abschrift der am **15.03.2005** bei Gericht eingegangenen Klageschrift vom **14.03.2005** gemäß Paragraph 276 Absatz 1 Zivilprozeßordnung zur Kenntnisnahme übersandt.

Wegen der Benennung eines Rechtsanwalts haben Sie die Möglichkeit, bei dem Anwaltsverein in D-40213 Düsseldorf, Mühlenstraße 34, Telefon: 0049-211-8306-2543/4, Fax: 0049-211-134343, anzufragen.

Hochachtungsvoll

Doktor Grabinski
Vorsitzender Richter am Landgericht

Beglaubigt
(Krüger)
Justizangestellte

デュッセルドルフ地方裁判所
第4a民事部
ノイブリュックシュトラーセ　3
40213　デュッセルドルフ

2005年5月17日
書類番号　4a O 134/05

シチズン・エレクトロニクス株式会社

所在地　日本国山梨県富士吉田市上暮地1丁目23番1号（郵便番号403-0001）
代表者　社長　枡澤　敬


各位

オスラム・オプト・セミコンダクター有限会社とシチズン・エレクトロニクス株式会社間における訴訟について

本訴訟に関して、民事訴訟法第276章第1項に準じ、当方が2005年3月15日付受理した2005年3月14日付の訴状 の認証謄本（添付）をご参考までに送付します。

なお、弁護士の指名については下記の弁護士協会までお問い合わせください。

＜弁護士協会＞
ミューレンシュトラーセ　34、D-40213　デュッセルドルフ
電　話　0049-211-8306-2543/4　　ＦＡＸ　0049-211-134343

敬　具

地方裁判所裁判長　グラビンスキ博士


認証済み
司法局員　クリューガー

デュッセルドルフ地方裁判所　　（印）


Die Richtigkeit und Vollständigkeit der vorstehenden Übersetzung aus
der deutschen in die japanische Sprache wird bescheinigt.

Krefeld, den 26.07.2005

Uwe Hirayama
Für den Bezirk des Oberlandesgerichts Düsseldorf ermächtigter
Übersetzer

1/1

4a O 134/05



# LANDGERICHT DÜSSELDORF

# BESCHLUSS

In dem Rechtsstreit

der OSRAM Opto Semiconductors Gesellschaft mit beschränkter Haftung, vertreten durch ihre Geschäftsführer Doktor Rüdiger Müller, Robert Wittgen und Klaus Regitz, Wernerwerkstrasse 2, 93049 Regensburg,

Klägerin,

Prozessbevollmächtigte:    Rechtsanwälte Baker & McKenzie, Bethmannstraße 50-54, 60311 Frankfurt

g e g e n

die Citizen Electronics Company Limited, 1-23-1 Kamikurechi, Fujiyoshida-shi, Yamanashi-ken 403-0001, Japan, vertreten durch ihren Präsidenten, Herrn Takashi Masuzawa

Beklagte zu 1),

die Endrich Bauelemente Vertriebs Gesellschaft mit beschränkter Haftung, vertreten durch ihre Geschäftsführer Herrn Wolfgang Endrich und Frau Ursula Endrich, Hauptstraße 56, 72202 Nagold,

Beklagte zu 2),

hat die 4a. Zivilkammer des Landgerichts Düsseldorf durch den Vorsitzenden Richter am Landgericht Doktor Grabinski, der Richterin am Landgericht Klepsch und den Richter am Landgericht Lambrecht am 11. April 2005

**beschlossen:**

I. Die Beklagte zu 1) hat - wenn sie keinen Prozessbevollmächtigten bestellt - innerhalb einer Frist von einem Monat einen Zustellungsbevollmächtigten zu benennen, der in der Bundesrepublik Deutschland einen Wohnsitz hat oder einen Geschäftsraum unterhält, der eine Zustellung von Schriftstücken erlaubt. Die Benennungsfrist beginnt mit der Zustellung dieses Beschlusses zu laufen. An den Zustellungsbevollmächtigten können mit Wirkung für und gegen die Beklagte zu 1) alle Zustellungen von Schriftstücken erfolgen, die im Rechtsstreit zu erfolgen haben.

II. Wird ein Zustellungsbevollmächtigter von der Beklagten zu 1) nicht benannt, so können Zustellungen nach Ablauf der Benennungsfrist dadurch bewirkt werden, dass die betreffenden Schriftstücke unter der Anschrift der Beklagten zu 1) zur Post gegeben werden. Das Schriftstück gilt in einem solchen Fall zwei Wochen nach Aufgabe zur Post als zugestellt.

Doktor Grabinski        Klepsch        Lambrecht

Ausgefertigt
(Krüger)
Justizangestellte
als Urkundsbeamter
der Geschäftsstelle



書類番号　4a O 134/05

デュッセルドルフ地方裁判所
決定書

原告

オスラム・オプト・セミコンダクター有限会社、所在地ヴェルナーヴェルクシュトラーセ　2番地、93049　レーゲンスブルク、取締役　リュディガー・ミュラー博士、ロベルト・ヴィットュゲン、クラウス・レーギッツ、

訴訟代理人

弁護士　ベーカー　アンド　マッケンツィー、所在地　ベートマンシュトラーセ50-54、60311　フランクフルト

被告

1) シチズン・エレクトロニクス株式会社、所在地　日本国山梨県富士吉田市上暮地１丁目23番１号（郵便番号403-0001）、社長　枡澤　敬

2) エントリッヒ・バウエレメンテ・フェアトリープ有限会社、所在地　ハウプトシュトラーセ　56、72202　ナーゴルト、取締役　ヴォルフガング・エントリッヒ、ウルズラ・エントリッヒ

　上記当事者間の訴訟について、デュッセルドルフ地方裁判所の4a民事部は2005年4月11日において、グラビンスキー地方裁判所裁判官、クレプシュ裁判官およびランブレヒト地方裁判所裁判官により下記のように決定しました。

1. 被告1が訴訟代理人を選任しない場合、委任送達代理人を1ヶ月以内に指名しなければならない。但し、委任送達代理人はドイツ連邦共和国に居住し又は事務所を営み、書類送達が可能であるものとする。指名期間は本決定書の送達日から始まるものとする。本訴訟に関わる書類は、被告1に対して有利あるいは不利であるかの如何に関わらず、本委任送達代理人あてに送達される。

2. 被告1が委任送達代理人を指名しない場合、上記指名期間経過後、書類を被告1の住所を明記して郵送する手段をもって送達する。但し、この場合には該当書類が郵送された2週間後に送達が成立したものとする。

グラビンスキー博士　　　　　クレプシュ　　　　　ランブレヒト

文書作成済

クリューガー

司法局員

書記課の書記官として

デュッセルドルフ地方裁判所　（印）

Die Richtigkeit und Vollständigkeit der vorstehenden Übersetzung aus der deutschen in die japanische Sprache wird bescheinigt.

Krefeld, den 26.07.2005

Uwe Hirayama
Für den Bezirk des Oberlandesgerichts Düsseldorf ermächtigter Übersetzer

**Aktenzeichen: 4 a O 134/05**

Beglaubigte - auszugsweise - Abschrift
der richterlichen Verfügung

In dem Rechtsstreit

**OSRAM Opto Semiconductors Gesellschaft mit beschränkter Haftung ./. Citizen Electronics Company Limited**

Es wird das schriftliche Vorverfahren hinsichtlich der gegenüber der Beklagten zu 1) erhobenen Ansprüche angeordnet.

Die Beklagte zu 1) wird auf folgendes hingewiesen:

Falls Sie eine Verteidigung gegen die Klage beabsichtigen, müssen Sie dies binnen einer **Frist von drei Wochen** nach Zustellung der Klageschrift dem Gericht schriftlich anzeigen. Die Erklärung, sich gegen die Klage verteidigen zu wollen, können Sie **nur durch einen beim Landgericht Düsseldorf oder bei einem anderen deutschen Amts- oder Landgericht zugelassenen Rechtsanwalt**, den Sie mit Ihrer Vertretung beauftragen müssen, abgeben. Geht die Anzeige der Verteidigungsbereitschaft nicht innerhalb der oben genannten Frist hier ein, kann das Gericht auf Antrag der klagenden Partei ohne mündliche Verhandlung sofort ein Versäumnisurteil gegen Sie erlassen.

Für den Fall, daß Sie sich gegen die Klage verteidigen wollen, wird Ihnen ferner aufgegeben, durch den zu bestellenden Rechtsanwalt innerhalb einer **weiteren, mit Ablauf der oben genannten Frist zur Verteidigungsanzeige beginnenden Frist von einem Monat** auf die Klage schriftlich zu erwidern. Die Frist ist nur gewahrt, wenn der zu bestellenden Rechtsanwalt die Klageerwiderung vor Ablauf der Frist bei Gericht einreicht. Geht die Erwiderung nicht fristgerecht ein, besteht die Gefahr, allein deshalb den Prozeß zu verlieren. Denn das Gericht darf verspätetes Vorbringen nur berücksichtigen, wenn dies nach seiner freien Überzeugung die Erledigung des Rechtsstreits nicht verzögert oder die Verspätung genügend entschuldigt wird. Ebenso dürfen verspätete Rügen, die die Zulässigkeit der Klage betreffen und auf die die beklagte Partei verzichten kann, nur zugelassen werden, wenn die beklagte Partei die Verspätung genügend entschuldigt.

Einzelheiten zum Verfahren der 4. Zivilkammer des Landgerichts Düsseldorf in Streitverfahren des gewerblichen Rechtsschutzes ergeben sich aus den beigefügten Hinweisen, die der von Ihnen beauftragte Rechtsanwalt beachten möge. Sie gelten für diesen Rechtsstreit mit der Maßgabe, daß ein früher erster Termin nicht stattfindet und ein Haupttermin statt dessen bestimmt wird, wenn Sie durch Ihren Rechtsanwalt Ihre Verteidigungsbereitschaft angezeigt haben.

Düsseldorf, den 07.04.2005
Landgericht, 4 a. Zivilkammer
Der Vorsitzende
in Vertretung Klepsch, Richterin am Landgericht

Die Richtigkeit vorstehender - auszugsweiser -
Abschrift wird beglaubigt.

(Krüger)
Justizangestellte

書類番号　4a O 134/05

# 裁判官の命令書　＜認証謄本＞

オスラム・オプト・セミコンダクター有限会社とシチズン・エレクトロニクス株式会社間における訴訟について

被告1に対し提起された請求に関し、書面による事前手続を行うことを命じる。

被告1に対する注意事項

　訴えに対して防御を申し出る場合、訴状の送達を受けてから3週間以内にこの旨を裁判所に書面で通知しなければならない。この場合は、デュッセルドルフ地方裁判所又はその他のドイツの簡易裁判所又は地方裁判所に登録されている弁護士を代理人として委託しなければならない。書面による防御の申出が指定期間内に当方に受理されない場合、裁判所は原告側の申立に基づいて、口頭弁論なしに即刻欠席判決となる可能性がある。

また、訴えに対して防御する意志がある場合は、訴えに対する答弁書を委任すべき弁護士を通じて上記防御通知期間が経過した日から一ヶ月以内に提出することを義務とする。委任すべき弁護士は答弁書を本期間が終了する以前に提出することによってのみ、本期間を遵守したものと見なす。答弁書が期間通りに受理されない場合、これを理由として裁判が不利な結果となる恐れがある。即ち、提出の遅滞が生じた場合には、この遅滞により争訟の処理に悪影響がないとされる或いは遅滞免責を認めるための十分な理由が確認されることにより裁判官の自由心証に委ねられる時のみ上記遅滞を受け入れることを可能とする。さらに、訴えの適法性に関する責問権、つまり被告が放棄できる責問権についての主張が遅滞される場合、被告側が十分に遅滞の許しを願い出ることによりのみこれを許可する。

被告側の弁護士は、デュッセルドルフ地方裁判所第４民事部で行なう工業所有権に関する訴訟手続の詳細について添付の注意事項を十分に参照すること。なお、本訴訟において上記注意事項は、弁護士を通じて防御意志を表示した場合、早期第一回手続の期日の代わりに主要期日が決定されるという前提のもとで適用される。

2005年４月７日　デュッセルドルフ
地方裁判所　第４民事部　民事部長の代理として
地方裁判所裁判官　クレプシュ、

本謄本が原本に相違ないことを認証する。
司法局員　クリューガー

デュッセルドルフ地方裁判所　（印）

Die Richtigkeit und Vollständigkeit der vorstehenden Übersetzung aus der deutschen in die japanische Sprache wird bescheinigt.

Krefeld, den 26.07.2005

Uwe Hirayama
Für den Bezirk des Oberlandesgerichts Düsseldorf ermächtigter Übersetzer

# Hinweise

## für das Verfahren in Sachen des gewerblichen Rechtsschutzes
## vor der 4. Zivilkammer des Landgerichts Düsseldorf

A.     Verfahrensgang

In Streitverfahren des gewerblichen Rechtsschutzes (Patent-, Gebrauchsmuster- und Arbeitnehmererfindersachen, Geschmacksmuster-, Sortenschutz-, Kennzeichen- und Wettbewerbssachen) sowie des Namensrechts wird von der Kammer folgendes Verfahren angewendet:

1. Nach Eingang der Klageschrift wird ein früher erster Termin zur mündlichen Verhandlung (§ 275 Absatz 1 der Zivilprozeßordnung [ZPO]) bestimmt, der unter Wahrung der Einlassungsfrist von zwei Wochen (§ 274 Absatz 3 ZPO) etwa vier Wochen nach der Klagezustellung stattfindet.

   a) Falls eine Partei im frühen ersten Termin nicht durch einen Prozeßbevollmächtigten vertreten ist, kann auf Antrag gegen sie Versäumnisurteil ergehen.

   b) Im frühen ersten Termin müssen die Rügen, die die Zulässigkeit der Klage betreffen und auf die der Beklagte verzichten kann, erhoben werden, da sie später nur noch zugelassen werden dürfen, wenn der Beklagte die Verspätung genügend entschuldigt (§§ 282 Absatz 3, 296 Absatz 3 ZPO).

   c) Bis zum frühen ersten Termin braucht der Beklagte noch keine schriftliche Klageerwiderung in der Sache selbst vorzulegen.

2. Im frühen ersten Termin werden

   a) die Anträge gestellt und erforderlichenfalls ihre zweckmäßige Fassung erörtert,

   b) dem Beklagten eine Frist zur schriftlichen Klageerwiderung (§ 275 Absatz 3 ZPO) und

   c) dem Kläger eine Frist zur schriftlichen Stellungnahme auf die Klageerwiderung (§ 275 Absatz 4 ZPO) gesetzt,

   d) der Haupttermin bestimmt.

3. Angriffs- und Verteidigungsmittel, die erst nach Ablauf der hierfür gesetzten Frist vorgebracht werden, dürfen nur noch zugelassen werden, wenn nach der freien Überzeugung des Gerichts ihre Zulassung die Erledigung des Rechtsstreits nicht verzögern würde oder wenn die Partei die Verspätung genügend entschuldigt (§ 296 Absatz 1 ZPO). Die dem Beklagten gesetzte Frist zur Klageerwiderung und die dem Kläger gesetzte Frist zur Stellungnahme auf die Klageerwiderung (Replikfrist) sind demnach unbedingt einzuhalten, weil andernfalls das Vorbringen grundsätzlich zurückgewiesen werden muß.

   Falls der Beklagte einen auf einen Einspruch, eine Nichtigkeitsklage, einen Löschungsantrag oder einen sonstigen Rechtsbehelf gegen das Klageschutzrecht gestützten Antrag auf Aussetzung der Verhandlung (§ 148 ZPO) stellen will, ist zu beachten, daß die Klageerwiderungsfrist auch für die Begründung dieses Antrags gilt. Die bereits eingereichte Rechtsbehelfsschrift ist daher nebst Begründung mit der Klageerwiderung vorzulegen. Ist der Rechtsbehelf noch nicht eingelegt, so müssen innerhalb der

Klageerwiderungsfrist jedenfalls die Tatsachen vorgebracht werden, auf die der Rechtsbehelf gestützt werden soll, damit der Kläger zu dem Aussetzungsantrag Stellung nehmen kann.

Dementsprechend gilt die Replikfrist auch für die Gegenäußerung des Klägers zu dem Aussetzungsantrag und der für diesen gegebenen Begründung.

Eine Verlängerung der gesetzten Fristen ist nur möglich, wenn hierdurch die Erledigung des Rechtsstreits nicht verzögert wird oder wenn die Partei ohne ihr Verschulden die Frist nicht einhalten kann.

4. Der Haupttermin dient zur ausführlichen mündlichen Verhandlung, in der die Prozeßbevollmächtigten das Streitverhältnis vortragen (§§ 137, 78 Abs. 1 ZPO).

Ein Haupttermin kann nur aus erheblichen Gründen aufgehoben oder verlegt werden. Die erheblichen Gründe sind glaubhaft zu machen (§ 227 ZPO). Die Parteien mögen daher sofort, nachdem ihnen der Haupttermin mitgeteilt worden ist, prüfen, ob alle Personen, deren Teilnahme an der Verhandlung erforderlich ist, verfügbar sind; andernfalls ist dies dem Gericht umgehend mitzuteilen.

B. **Auflagen an die Parteien**

1. Den Parteien wird aufgegeben, alle Anlagen zu ihren Schriftsätzen gesondert und einzeln zu heften und stets genau zu kennzeichnen, und zwar fortlaufend für den ganzen Prozeß sowie auf allen Anlagen das Aktenzeichen, Kurzrubrum und den einreichenden Anwalt zu vermerken, da die Anlagen der Gerichtsakte nicht beigeheftet, sondern gesondert aufbewahrt werden. Die vom Beklagten gewählte Anlagenbezeichnung soll sich von der des Klägers unterscheiden.

2. Dem Kläger wird aufgegeben, in Patent- und Gebrauchsmusterstreitsachen das Klageschutzrecht (vollständige Patent- oder Gebrauchsmusterschrift) für das Gericht dreifach, davon möglichst mindestens eine Originalschrift, einzureichen. Wird, wie regelmäßig zweckmäßig, eine Merkmalsgliederung des geltend gemachten Anspruchs vorgelegt, so soll auch diese dreifach eingereicht werden.

3. Enthält, wie in Geschmacksmustersachen und in Fällen unlauterer Leistungsübernahme regelmäßig geboten, der Klageantrag Photographien oder Farbkopien des angegriffenen Erzeugnisses, so sollen der Klageschrift drei weitere Sätze der betreffenden Abbildungen (für das Urteil) beigefügt werden.

4. Der Text fremdsprachiger (auch englischsprachiger) Schriften kann nur berücksichtigt werden, wenn ihm eine Übersetzung beigefügt wird. Ist Klagepatent ein nicht in deutscher Sprache abgefaßtes europäisches Patent, ist mit der Klageschrift (für das Gericht dreifach) die vom Deutschen oder Österreichischen Patentamt veröffentlichte Übersetzung oder, wenn eine solche fehlt, eine vom Kläger zu veranlassende Übersetzung vorzulegen.

5. Fotokopien oder Durchschriften sind daraufhin zu prüfen, ob diejenigen Einzelheiten, über die sie Aufschluß geben sollen, eindeutig und klar erkennbar sind.



# 注意事項

デュッセルドルフ地方裁判所 第4a民事部 における工業所有権の保護事件に関する手続について

## A. 手続の経過

工業所有権の保護に関する争訟事件、即ち特許・実用新案・職務発明・意匠・品種保護・商品表示・競争等に関する争訟事件及び商号権に関する事件において、本民事部では下記の手続を適用します。

1. 訴状の受理後口頭弁論（民事訴訟法第275章第1項）のための早期第一回手続の期日を決定します。但し、前記早期第一回手続の期日は2週間の応訴期間（民事訴訟法第274章第3項）を遵守した上で、訴状を送達してから約4週間後となります。

    a) 早期第一回手続の期日に原告又は被告が訴訟代理人を立てない場合、申立のうえ欠席判決を下すことが可能となります。

    b) 訴えの適法性に関して被告が放棄できる責問権を主張する場合、この早期第一回手続の期日にその旨を申し出なければなりません。即ち上述の責問権主張が遅滞される場合、被告側が十分に遅滞の許しを願い出ることによりのみ許可します（民事訴訟法第282章第3項、第296章第3項）。

    c) 被告はこの早期第一回手続の期日までに答弁書を提出する必要はありません。

2. 早期第一回手続の期日に行なわれる事項：

    a) 各種の申請を提起し、また必要に応じてその合目的的な形式を論じます。

    b) 被告に対して答弁書提出期限（民事訴訟法第275章第3項）を定めます。

    c) 原告に対して答弁書に関する意見書提出期限（民事訴訟法第275章第4項）を定めます。

    d) 主要期日を定めます。

3. 提出期限経過後に提出される攻撃・防御方法については、裁判官の自由心証に基づいて遅滞した提出により訴訟の処理を遅らせる或いは提出の遅滞について当事者が十分に許しを願い出る場合に限り（民事訴訟法第296章第1項）許可されます。従って、被告に対して定められた答弁書提出期限及び原告に対して定められた再抗弁の期限、即ち答弁書に関する意見書提出期限は必ず遵守しなければなりません。さもないと、提出を基本的に拒否されます。

    被告が異議、無効訴訟、抹消申請又は本事件の保護権に対するその他の法的救済に基づいて、弁論停止を申請する場合（民事訴訟法第148章）、それに対する理由付けの書面提出期間は答弁書提出期限と同日となりますのでご注意ください。従って、以前提出された上記法的救済関連書類を理由付を添付して答弁書と共に提出する必要があります。法的救済手段の申立がまだ行なわれていない場合、原告が停止申請について意見を表明できるように、被告は答弁書提出期限以内に前述の法的救済手段を支持する事実を提出しなければなりません。

これに対応して、上記停止申請及びその理由付書に対する原告側の抗弁期限については上述の再抗弁期限が適用されます。

指定された諸期限の延期は〈1〉延期により、訴訟の処理が遅れない場合、〈2〉当事者が自己の責めによることなく期限を遵守することが不可能である場合に限って可能です。

4. 主要期日は詳細な口頭弁論を行ない、訴訟代理人等が訴訟関係について述べるものです（民事訴訟法第137章、第78章第1項）。

主要期日は重大な理由が発生した場合に限って解消又は延期することができます。但し、この場合重大な理由を疎明しなければなりません（民事訴訟法第227章）。従って、当事者は主要期日に弁論に出席すべき人物全員が出席可能であるか否かを主要期日の通知があった直後に確認してください。また、全員出席が不可能と思われる場合、即刻その旨を裁判所に通知しなければなりません。

B. 当事者の遵守事項

1. 当事者は所定の付随文書について、それぞれ別個にして纏め、全訴訟にわたって順次に表記しなければなりません。また、付随文書は裁判所の記録に添付するものではなく裁判所の記録とは別に保管するので、すべての附随文書に書類番号、原告・被告の明記、提出元の弁護士名を表記しなければなりません。なお、被告側と原告側の付随文書表記の方法は異なるものとします。

2. 原告は特許及び実用新案事件においてて特許公告もしくは実用新案公告などの完全版を3通（可能な限りそのうち少なくとも1通が原本であること）裁判所に提出しなければなりません。また、通常は主張される請求の構成要件一覧表を提出する場合、同様に3通を提出して下さい。

3. 意匠に関する事件及び不正模倣の事件において一般的であるように、請求の趣旨申立が本件商品の写真又はカラーコピーなどを含んでいる場合、該当図面を別に3通（判決書のため）用意して訴状に添付しなければなりません。

4. 外国語（英語を含む）による文章の内容は、同文章に翻訳文が添付されている時のみ考慮されます。本件の特許公告がドイツ語による欧州特許によるものでない場合、訴状と共にドイツ特許庁あるいはオーストリア特許庁が発行した翻訳文（裁判所用3通）を裁判所に提出しなければなりません。但し、このような翻訳文が存在しない場合は原告が翻訳文を調達し裁判所に提出して下さい。

5. コピーおよび副本は、明確に認識できるものであり、あらゆる詳細についてはっきりと説明するものであるかどうかを必ず確認しておかなければなりません。

Die Richtigkeit und Vollständigkeit der vorstehenden Übersetzung aus der deutschen in die japanische Sprache wird bescheinigt.

Krefeld, den 26.07.2005

Uwe Hirayama
Für den Bezirk des Oberlandesgerichts Düsseldorf ermächtigter Übersetzer