UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZEN ELECTRONICS COMPANY, LTD.

    Plaintiff,

    v.                                                         Civil Action No. 1:05-cv-01560-ESH

OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS GMBH,

    Defendants.

**DECLARATION OF CHARLES H. SANDERS IN SUPPORT OF DEFENDANTS'
REPLY TO PLAINTIFF'S OPPOSITION TO OSRAM GmbH AND OSRAM OPTO
SEMICONDUCTORS GmbH'S MOTION TO DISMISS**

I, Charles H. Sanders, declare as follows:

1.    I am an attorney at the firm of Fish & Richardson P.C., counsel to Defendants OSRAM GmbH and OSRAM Opto Semiconductors GmbH (collectively "OSRAM"). I have personal knowledge of the facts stated herein and would competently testify to them if called upon to do so.

2.    Exhibit 1 is a true and correct copy of a November 3, 2005 letter from Mr. Pokorny, Senior Vice President of OSRAM GmbH to Mr. Noguchi, Senior Managing Director of Citizen Electronics Company, Ltd.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of November 2005, at Boston, Massachusetts.

_____
Charles Sanders
Fish & Richardson P.C.
225 Franklin St.
Boston, MA 02110
(617) 542-5070