**OSRAM** ●

**Citizen Electronics Company, Ltd.**
**Mr. Katsuhiko Noguchi**
**Senior Managing Director**
**1-23-1, Kami-Kurechi, Fujiyoshida-shi**
**Yamanashi-Ken**
**Japan**

**Fax-Letter:**
**0081 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**

| Ihr Zeichen/Nachricht vom | Unsere Nachricht vom | Unsere Zeichen | OSRAM-Haus München · Hellabrunnerstr. 1 |
|---|---|---|---|
| | | GC-M  Po/mt | 3 November 2005 |

**WITHOUT CONTRACT OR PREJUDICE**
**PROTECTED COMMUNICATIONS IN ORDER TO PURSUE SETTLEMENT**
**SETTLEMENT DISCUSSIONS**

Dear Mr. Noguchi,

Thank you for your letter dated November 2, 2005. I appreciate that CITIZEN accepted my offer to enter into direct discussions between OSRAM Munich and CITIZEN Japan. This is the only way to avoid misunderstandings.

Regarding your mentioned confusing message thru our US counsel I can only say that our US counsel never made such statement and I continue to believe that there is no reason why US law and US counsels on either side should be involved at all.

I thank you very much for your invitation and I will let you know well in advance when I should be in Japan next time.

Just for your information I attach copy of a news magazine which properly describes the unfortunate history of litigation between OSRAM and CITIZEN which was triggered by CITIZEN's decision to start a law suit against us in the US.

Best regards,

O S R A M
Gesellschaft mit beschränkter Haftung

Pokorny
Senior Vice President
Corporate Projects

| Bearbeiter | ☎ 089 6213-2376 | Fax | E-Mail: | |
|---|---|---|---|---|
| G:\TRAUTMANN\citizen-noguchi.03.11.05.doc | Vermittlung 089 6213-0 | 089 6213-2019 | M.Trautmann@OSRAM.DE | |
| Briefadresse: | Paketadresse: | OSRAM Gesellschaft mit | Geschäftsführung: | Registergericht: |
| OSRAM GmbH | OSRAM GmbH | beschränkter Haftung | Martin Goetzeler, | München HRB 4151 |
| D-81536 München | Hellabrunnerstraße 1 | München | Vorsitzender | |
| | D-81543 München | Vorsitzender des | Kurt Gerl | |
| | | Aufsichtsrates: | Jörg Schaefer | |
| | | Rudi Lamprecht | Thomas Seeberg | |

Home ∗ Free Trial ∗ Subscribe ∗ Advertise ∗ About Us



**Bulletin**

Job Board :: Job Seeker :: Employer

LITIGATION ALERT
  New Lawsuits
  Judgments & Settlements
HOT TOPICS
  Firm Profiles
  Guest Columns
  Piracy & Enforcement
  People In The News
  Policy & Regulation
  Surveys & Statistics
PRACTICE AREAS
  Copyrights
  Patents
  Licensing
  Trade Secrets
  Trademarks
INDUSTRIES
  Autos, Aerospace, Defense
  Agriculture
  Financial Services
  Health, Pharma, Biotech
  Retail, Consumer Goods
  Media & Entertainment
  Tech, Telecom, Electronics
REGIONS
  Africa & Middle East
  Asia, Australia, NZ
  Europe
  Latin America
  North America
  Developing Countries
VENUES
  European Court of Justice
  U.S. District Courts
  Federal Circuit
  USPTO
  ITC

**Jobs**



## LED Suit Dismissed Over 14-Month Delay In Filing

*IP Law Bulletin (Wednesday, October 26, 2005)*--Citizen Electronics Ltd. waited too long before launching a preemptive lawsuit against rival Osram Opto Semiconductors and erased its chance for seeking declaratory judgment of non infringement, a federal court has ruled.

Japan-based Citizen sued Osram, its German rival, in January in the U.S. District Court for the District of Columbia, claiming its light-emitting diode (LED) products do not infringe a group of patents Osram had been asserting against other parties.

A party must prove there is "reasonable apprehension of suit" in order to seek declaratory judgment, a requirement Citizen failed to meet by waiting 14 months after licensing talks between the parties fell apart.

The suit covers LEDs that emit white light, a technology often used for backlights in cell phones and car radios, among other things.

The industry has been embroiled in litigation over various forms of LEDs for several years, with Citizen's and Osram's battle involving a third rival, Nichia Corporation.

In 2002, Osram signed a cooperation agreement with Korea-based Nichia to end their ongoing litigation. They agreed to cross-license each others patents for producing and distributing LEDs with white light.

However, Citizen had already licensed Nichia's patent earlier in 2002. Nichea warned Citizen and its other licensees that its new agreement with Osram did not cover third party licenses, putting Citizen's products in question.



**Connetics Files S**
*Thursday, October 27, 20*
Connetics Corp. has sued
Industries Ltd. for patent
New Drug Application for

**Inventor Infring Rules**
*Thursday, October 27, 20*
An inventor who left his c
infringe a patent originall
Wednesday by the U.S. C

**Magma Counter Designs**
*Thursday, October 27, 20*
Chip designer Magma De
round of litigation with ri
Synopsys is using patent
business.

**Web Analysis Co**
*Wednesday, October 26,*
NetRatings Inc. and Visu
patents for gauging web

**CAT And Abbott Dispute**
*Wednesday, October 26,*
Cambridge Antibody Tech
their protracted dispute: c
reaching a settlement jus
begin.

**LED Suit Dismiss**

In 2003, Osram was busy asserting the patents against LED importers abroad and in the U.S. International Trade Commission. At the same time it entered into licensing talks with Citizen.

The talks ended without an agreement.

Citizen referred to the contentious situation in 2002 and 2003 as proof that Osram would soon file suit against Citizen, thereby meeting the "reasonable apprehension" requirement. That motion was dismissed for lack of jurisdiction, a result of Citizen's 14-month delay in filing.

In May, however, Osram proved that perhaps Citizen's fears of impending litigation were justified by suing the company over the white light LED's in a German regional court. That prompted Citizen to file the same suit in Washington D.C. again in August.

Osram insists the original dismissal should once again apply, due to the same lack of reasonable apprehension.

"Citizen's expected reliance on Osram's German suit amounts to an exercise in circular reasoning. Citizen did not have a reasonable apprehension of suit at the time it originally filed suit, and it surprise suit provoked Osram to respond by suing Citizen in Germany...[S]ince Osram's German suit was filed after Citizen's original suit, it could not have been the basis for Citizen's having a reasonable apprehension of suit," Osram attorneys wrote.

LEDs are semiconductor devices that emit narrow-spectrum light. The color depends on the semiconducting material used inside. For example, zinc selenide minerals in the diode will produce a blue color, while a diamond mineral will ultraviolet light. White light uses a phosphor to convert blue emission from a silicon chip into white.

The patents in the case are U.S. Patent Numbers 6,066,861; 6,245,259; 6,277,301; 6,576,930; 6,592,780; and 6,613,247.

Citizen Electronics is represented in the matter by attorneys with Oblon, Spivak,

**Filing**
*Wednesday, October 26,*
Citizen Electronics Ltd. w
lawsuit against rival Osra
for seeking declaratory ju
has ruled.

**Sun Pharma Tak J&J**
*Wednesday, October 26,*
Taking a unique route to
lawsuit, India's Sun Phar
generic version of Johnsc

**Congress Shoulc Urges**
*Tuesday, October 25, 20*
Congress should take up
at a special hearing, a co.

**Eye Care Rivals Company**
*Tuesday, October 25, 20*
Patent-holding company,
eye-care companies for it
intellectual property port!

**Cheaper, Faster At USPTO**
*Tuesday, October 25, 20*
Appealing claims rejectio
with the initial success of
The program forces exan
sooner and with less fine

**Fujitsu, NEC, Tos Chip Patents**
*Tuesday, October 25, 20*
Asserting a patent portfo
IP holding company, is tel
market over ubiquitous n

**Merchant & Gou**
*Tuesday, October 25, 20*
Merchant & Gould and W
create one of the largest
United States.

**IBM Opens Pate! Industry**
*Tuesday, October 25, 20*
Health care and educatio
thousands of IBM patents
portfolio in hopes of fost

**In Risky Strateg Stay**
*Monday, October 24, 20C*
An immediate end to the
unlikely, despite the refu
Circuit to stay an injuncti

**Market Exclusivi Bioterror Bill**
*Monday, October 24, 20C*
The contentious "wildcar!
removed prior to a vote !
easing concerns of the ge
controversial language.

McClelland, Maier & Neustadt. Osram is represented by Fish & Richardson PC.

The case is Citizen Electronics Company Ltd. v. Osram Gmbh et al, case number 1:05-cv-01560, in the U.S. District Court for the District of Columbia in Washington, DC.

- **AXT, Cree Settle Patent Litigation Over LED Technology** (Tuesday, March 16, 2004)
- **Sony, Samsung Sign Cross-Licensing Deal Covering 24,000 Patents** (Monday, December 13, 2004)

Questions? Comments? E-mail the editor.

# Jobs

© 2003-2005 Portfolio Media, Inc.