IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZEN ELECTRONICS COMPANY, LTD.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**OSRAM GMBH** )<br>)<br>and )<br>)<br>**OSRAM OPTO SEMICONDUCTORS GMBH** )<br>)<br>**Defendants.** )<br>) | Case Number 1:05CV01560 (ESH) |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO
FILE SURREPLY AND ALTERNATIVE MOTION TO STRIKE**

This matter having come before the Court on Citizen Electronic Company, Ltd.'s ("CE's") Motion for Leave to file a Surreply Regarding Defendants' Motion to Dismiss, and the Court being fully advised on the matter, **IT IS HEREBY ORDERED** that CE's Motion is **GRANTED** and its tendered Surreply (Ex. A to the Motion for Leave to File Surreply) shall be deemed **FILED**.

Alternatively, **IT IS HEREBY ORDERED** that CE's motion to strike Defendants' arguments raised for the first time in their reply brief is **GRANTED,** and that such arguments, identified in CE's motion to strike, are stricken.

Dated: December __, 2005

_____
Judge Ellen Segal Huvelle
U.S. District Judge

L:\LIT\CLIENT\CITIZEN\PLEADINGS\ORDER RE MOTION TO DISMISS.DOC