**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CITIZEN ELECTRONICS COMPANY, LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1560 (ESH)** |
| | ) | |
| **OSRAM GMBH and OSRAM OPTO SEMICONDUCTORS GMBH,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendants' Motion to Dismiss, plaintiff's Motion for Leave to File Surreply Regarding Defendants' Motion to Dismiss, and in the Alternative, For a Motion to Strike, and the oppositions to each, it is hereby

**ORDERED** that plaintiff's Motion for Leave to File Surreply [#16] is **GRANTED**; and it is further

**FURTHER ORDERED** that defendants' Motion to Dismiss [#9] is **GRANTED**, and the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

                                                                                s/
                                                              ELLEN SEGAL HUVELLE
                                                              United States District Judge

Date:  December 20, 2005