IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN ELECTRONICS COMPANY, LTD.<br><br>Plaintiff,<br>v.<br><br>OSRAM GMBH<br><br>and<br><br>OSRAM OPTO SEMICONDUCTORS GMBH<br><br>Defendants. | Case Number 1:05CV01560 (ESH) |

## NOTICE OF APPEAL

Notice is hereby given this 19th day of January, 2006, that Plaintiff Citizen Electronics Company, Ltd. hereby appeals to the United States Court of Appeals for the Federal Circuit from the order (docket no. 18) entered December 20, 2005, which granted defendant's motion to dismiss and dismissed the above-captioned case for lack of subject matter jurisdiction.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Robert C. Nissen, Esq. (Bar No. 455,576)
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

Attorneys for Plaintiff
CITIZEN ELECTRONICS COMPANY, LTD.

RECEIVED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CLERK**  Please mail copies of the above Notice of Appeal to the following addresses indicated:

**Alan D. Smith**
FISH & RICHARDSON, P.C.
255 Franklin Street
Boston, MA 02110

**Charles H. Sanders**
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

**Christian Anh Vu Chu**
FISH & RICHARDSON, P.C.
1425 K Street, NW
11th Floor
Washington, DC 20005

```
THANK YOU
    CHECK TENDERED $              $255.00
        255.00
===== T O T A L =====
        255.00
086908    FILING FEE CIVIL
CASE # 05-1560
======NO REFUND WITHOUT RECEIPT======
DC   1-2 TAM         Receipt # 141490
01/19/06                  12:03:37 PM
         WASHINGTON D.C.
    U.S. DISTRICT COURT
```