# United States Court of Appeals for the Federal Circuit

2006-1211

CITIZEN ELECTRONICS COMPANY, LTD.,

Plaintiff-Appellant,

v.

OSRAM GMBH and
OSRAM OPTO SEMICONDUCTORS GMBH,

Defendants-Appellees.

# Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

in CASE NO(S).    05-CV-1560 *ESH*

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED.

ENTERED BY ORDER OF THE COURT

DATED MAR 29 2007

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**ISSUED AS A MANDATE:** APR 19 2007